IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JOE ANDREW SALAZAR | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 2:16-cv-1096-JRG-RSP |
| v. | § | |
| | § | |
| HTC CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

Defendant HTC Corporation's Motion to Dismiss under Fed. R. Civ. P. 12(b)(6) is hereby GRANTED. Accordingly, the complaint against HTC Corporation is dismissed with prejudice.