**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| JOE ANDREW SALAZAR | § § § | |
| v. | § § | Case No. 2:16-CV-1096-JRG-RSP |
| HTC CORPORATION | § § | JURY TRIAL DEMANDED |

**JOINT MOTION FOR ENTRY OF DOCKET CONTROL ORDER**

Pursuant to the Court's Order (Doc. No. 18), Plaintiff Joe Andrew Salazar ("Salazar") and Defendant HTC Corporation ("HTC"), (collectively, the "Parties"), submit their attached Agreed Docket Control Order for the Court's consideration and entry.

Dated: April 17, 2017

                                              Respectfully submitted,

*/s/ Andy Tindel w/ permission of Lead Attorney*

Dariush Keyhani, Lead Attorney
New Jersey State Bar No. 044062002
MEREDITH & KEYANI, PLLC
125 Park Avenue, 25th Floor
New York, NY 10017
(212) 760-0098 Telephone
(212) 202-3819 Facsimile
dkeyhani@meredithkeyhani.com

Andy Tindel
Texas State Bar No. 20054500
MT² LAW GROUP
MANN | TINDEL | THOMPSON
112 East Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile:  (903) 596-0909
Email: atindel@andytindel.com

*Attorneys for Plaintiff Joe Andrew Salazar*

/s/ Trampas A. Kurth
Jerry R. Selinger
State Bar No. 18008250
Email: jselinger@pattersonsheridan.com
Trampas A. Kurth
State Bar No. 24055807
Email: tkurth@pattersonsheridan.com
PATTERSON + SHERIDAN, LLP
1700 Pacific Avenue, Suite 2650
Dallas, Texas 75201
Telephone: (214) 272-0957
Facsimile:  (214) 623-4846

*Attorneys for Defendant HTC Corporation*

## CERTIFICATE OF SERVICE

This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on this the 17th of April, 2017.  Any other known counsel of record will be served with a copy of this document by email and/or facsimile transmission

_____
Andy Tindel