**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| JOE ANDREW SALAZAR | § § § | |
| v. | § § | Case No. 2:16-CV-1096-JRG-RSP |
| HTC CORPORATION | § § | JURY TRIAL DEMANDED |

**JOINT MOTION FOR ENTRY OF DISCOVERY ORDER**

Pursuant to the Court's Order (Doc. No. 18), Plaintiff Joe Andrew Salazar ("Salazar") and Defendant HTC Corporation ("HTC"), (collectively, the "Parties"), submit their attached Agreed Discovery Order for the Court's consideration and entry.

Dated: April 17, 2017

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/Andy Tindel w/ permission of Lead Attorney/*

　　　　　　　　　　　　　　　　　　Dariush Keyhani, Lead Attorney
　　　　　　　　　　　　　　　　　　New Jersey State Bar No. 044062002
　　　　　　　　　　　　　　　　　　MEREDITH & KEYANI, PLLC
　　　　　　　　　　　　　　　　　　125 Park Avenue, 25th Floor
　　　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　　　(212) 760-0098 Telephone
　　　　　　　　　　　　　　　　　　(212) 202-3819 Facsimile
　　　　　　　　　　　　　　　　　　dkeyhani@meredithkeyhani.com

　　　　　　　　　　　　　　　　　　Andy Tindel
　　　　　　　　　　　　　　　　　　Texas State Bar No. 20054500
　　　　　　　　　　　　　　　　　　MT² LAW GROUP
　　　　　　　　　　　　　　　　　　MANN | TINDEL | THOMPSON
　　　　　　　　　　　　　　　　　　112 East Line Street, Suite 304
　　　　　　　　　　　　　　　　　　Tyler, Texas 75702
　　　　　　　　　　　　　　　　　　Telephone: (903) 596-0900
　　　　　　　　　　　　　　　　　　Facsimile:  (903) 596-0909
　　　　　　　　　　　　　　　　　　Email: atindel@andytindel.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Joe Andrew Salazar*

*/s/ Trampas A. Kurth*
Jerry R. Selinger
State Bar No. 18008250
Email: jselinger@pattersonsheridan.com
Trampas A. Kurth
State Bar No. 24055807
Email: tkurth@pattersonsheridan.com
PATTERSON + SHERIDAN, LLP
1700 Pacific Avenue, Suite 2650
Dallas, Texas 75201
Telephone: (214) 272-0957
Facsimile:  (214) 623-4846

*Attorneys for Defendant HTC Corporation*

## CERTIFICATE OF SERVICE

This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on this the 17th of April, 2017.  Any other known counsel of record will be served with a copy of this document by email and/or facsimile transmission

*/s/ Andy Tindel*

Andy Tindel