**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| JOE ANDREW SALAZAR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 2:16-CV-01096-JRG-RSP |
| | § | |
| HTC CORPORATION, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

**JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT AGREED PROTECTIVE
ORDER AND TO SERVE INITIAL AND ADDITIONAL DISCLOSURES**

Plaintiff Joe Andrew Salazar ("Salazar") and Defendant HTC Corporation ("HTC"), file this Joint Motion for Extension of Time to Submit Agreed Protective Order and to Serve Initial and Additional Disclosures and as good cause supporting this Motion the parties respectfully show as follows:

1. Pursuant to the Court's Order (Doc. No. 9), the current deadline for the parties to submit a proposed agreed protective order and to serve their respective initial and additional disclosures required by paragraphs 1 and 3 of the Discovery Order to be entered in this action is April 17, 2017.

2. Salazar and HTC jointly move the Court for an order granting a seven (7) day extension of time for the parties to submit their agreed proposed protective order and to serve their initial and additional disclosures, up to and including April 24, 2017.  Grant of the requested extension will not unduly delay the orderly and expeditious preparation of this action for trial and such request is not sought solely for purposes of delay but only so that justice may be done.

3.  Good cause is demonstrated for the grant of this requested extension in that the parties have not yet completed negotiations on the content of the proposed agreed protective order to be submitted to the Court today under the current deadline the parties are required to comply with.  Completion of the parties' negotiations on the proposed agreed protective order have been delayed because of ongoing discussions between the parties on other case management orders that were also due for submission to the Court today and additionally by the fact that communications between Defendant and its trial counsel on the proposed agreed protective order for this action have been slowed as a result of Defendant's corporate headquarters being located in the country of Taiwan.

4.  A proposed order granting the relief requested in this motion is attached for the Court's review.

WHEREFORE, Salazar and HTC jointly request the Court to extend the parties' deadline to submit a proposed agreed protective order and to serve their respective initial and additional disclosures, up to and including April 24, 2017 and for such other and further relief as the Court deems suitable and just.

Dated: April 17, 2017

Respectfully submitted,

*/s/ Andy Tindel w/ permission of Lead Attorney*

Dariush Keyhani, Lead Attorney
New Jersey State Bar No. 044062002
MEREDITH & KEYANI, PLLC
125 Park Avenue, 25th Floor
New York, NY 10017
(212) 760-0098 Telephone
(212) 202-3819 Facsimile
dkeyhani@meredithkeyhani.com

Andy Tindel
Texas State Bar No. 20054500
MT² LAW GROUP
MANN | TINDEL | THOMPSON
112 East Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile:  (903) 596-0909
Email: atindel@andytindel.com

*Attorneys for Plaintiff Joe Andrew Salazar*

 /s/ Trampas A. Kurth  w/ permission
Jerry R. Selinger
State Bar No. 18008250
Email: jselinger@pattersonsheridan.com
Trampas A. Kurth
State Bar No. 24055807
Email: tkurth@pattersonsheridan.com
PATTERSON + SHERIDAN, LLP
1700 Pacific Avenue, Suite 2650
Dallas, Texas 75201
Telephone: (214) 272-0957
Facsimile:  (214) 623-4846

*Attorneys for Defendant HTC Corporation*

**CERTIFICATE OF CONFERENCE**

On April 17, 2017, undersigned counsel for Salazar communicated with Trampas Kurth, counsel for HTC, about extending the time for the parties to submit their agreed proposed protective order and to serve their respective initial and additional disclosures for a period of seven (7) days and the parties agreed to jointly move the Court for an order extending the time for submission of these filings for the requested seven (7) day period.

Andy Tindel

3

**CERTIFICATE OF SERVICE**

    This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on this the 17th of April, 2017. Any other known counsel of record will be served with a copy of this document by email and/or facsimile transmission

_____

Andy Tindel