**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| JOE ANDREW SALAZAR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 2:16-CV-01096-JRG-RSP |
| | § | |
| HTC CORPORATION, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**
**TO SUBMIT AGREED PROTECTIVE ORDER AND TO SERVE**
**INITIAL AND ADDITIONAL DISCLOSURES**

On this day came on to be considered the Joint Motion for Extension of Time to Submit Agreed Protective Order and to Serve Initial and Additional Disclosures filed by Plaintiff Joe Andrew Salazar ("Salazar") and Defendant HTC Corporation ("HTC"), and the Court having now reviewed said motion finds that good cause has been demonstrated for the requested extension and that the motion should be granted.  It is, therefore,

ORDERED that the parties shall have up to and including April 24, 2017 to submit their agreed proposed protective order and to serve the parties' initial and additional disclosures.