**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| JOE ANDREW SALAZAR<br><br>v.<br><br>HTC CORPORATION | §<br>§<br>§<br>§<br>§<br>§ | Case No. 2:16-CV-1096-JRG-RSP |
|---|---|---|

**PLAINTIFF JOE ANDREW SALAZAR'S**
**NOTICE OF COMPLIANCE WITH P.R. 3-1 AND 3-2**

Plaintiff Joe Andrew Salazar ("Salazar") hereby notifies the Court and all parties that Salazar complied with Patent Rules 3-1 and 3-2, pursuant to the Order (Doc. No. 9) entered by the Court on March 6, 2017 and in accordance with the pending Joint Motion for Entry of Docket Control Order (Doc. No. 21), by serving his P.R. 3-1 Infringement Contentions and P.R. 3-2 Document Production Accompanying Infringement Contentions upon Defendant HTC Corporation via electronic transmission on April 19, 2017.

Dated: April 19, 2017

Respectfully submitted,

*/Andy Tindel w/ permission of Lead Attorney/*

DARIUSH KEYHANI, Lead Attorney
NJ SBN 044062002
MEREDITH & KEYANI, PLLC
125 Park Avenue, 25th Floor
New York, NY 10017
(212) 760-0098 Telephone
(212) 380-1325 Direct Line
(212) 202-3819 Facsimile
dkeyhani@meredithkeyhani.com

ANDY TINDEL
Texas State Bar No. 20054500
MT² LAW GROUP
MANN | TINDEL | THOMPSON
112 East Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile:  (903) 596-0909
Email: atindel@andytindel.com

*Attorneys for Plaintiff Joe Andrew Salazar*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 19th day of April 2017, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

_____

Andy Tindel