# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BISCOTTI INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORP., <br><br> Defendant. | Case 2:13-cv-01015-JRG |

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant Microsoft Corporation ("Microsoft") hereby answers the Complaint for Patent Infringement of Plaintiff Biscotti Inc. ("Biscotti"), as follows:

### THE PARTIES

1. Microsoft has insufficient knowledge or information to form a belief as to the allegations contained in this paragraph and therefore denies the same.

2. Microsoft admits that it is incorporated under the laws of Washington State with its principal place of business at 1 Microsoft Way, Redmond, WA 98052. Microsoft admits that it may be served with process through its registered agent, Corporation Service Company, 211 E. 7th, Suite 620, Austin, Texas 78701.

### PATENT-IN-SUIT

3. Microsoft admits U.S. Patent No. 8,144,182 ("the '182 Patent") is entitled "Real Time Video Communications System," and that the face of the '182 patent lists March 27, 2012 as its issue date. Microsoft admits that Exhibit A purported to be a copy of the '182 patent. Microsoft has insufficient knowledge or information to form a belief regarding ownership of the

## CERTIFICATE OF SERVICE

I certify that on January 17, 2014, I filed Microsoft's Answer to Plaintiff's Complaint with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

By: */s/ Melissa R. Smith*
Melissa R. Smith