IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JOE ANDREW SALAZAR,         )<br>                             )<br>       Plaintiff,            )<br>                             )<br>v.                           )<br>                             )<br>HTC CORPORATION              )<br>                             )<br>       Defendant.            )<br>                             ) | Civil Action No.<br>2:16-cv-01096-JRG-RSP<br><br><br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING MOTION TO TRANSFER VENUE OF DEFENDANT HTC CORPORATION

The Court, having considered the Motion to Transfer Venue of Defendant HTC Corporation. pursuant to 28 U.S.C. §1404 and the parties' positions and arguments related thereto, finds that the motion is well-founded.  Accordingly, it is hereby

ORDERED that the Motion  to Transfer of Defendant HTC Corporation. is GRANTED, and this action is hereby transferred to the United States District Court for the Northern District of California.