# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| JOE ANDREW SALAZAR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 2:16-CV-01096-JRG-RSP |
| | § | |
| HTC CORPORATION, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

## JOINT MOTION TO AMEND THE DOCKET CONTROL ORDER

Joe Andrew Salazar ("Salazar") and HTC Corporation ("HTC") (collectively the "Parties") submit this Joint Motion to Amend the Docket Control Order (Doc. No. 25).

1. The Parties request that the deadline to Join Additional Parties contained in the Court's Docket Control Order be extended from June 2, 2017 to June 15, 2017. The Parties have mutually agreed to allow each other additional time to answer certain discovery requests and an extension of the Docket Control Order deadline for joining additional parties will allow the Parties the necessary time required to review the other's discovery responses prior to the expiration of the deadline to join additional parties.

WHEREFORE, Salazar and HTC respectfully request that the Court grant this motion and to enter the attached proposed First Amended Docket Control Order.

Dated: May 26, 2017

Respectfully submitted,

*/Andy Tindel w/ permission of Lead Attorney*

Dariush Keyhani, Lead Attorney
New Jersey State Bar No. 044062002
MEREDITH & KEYANI, PLLC
125 Park Avenue, 25th Floor
New York, NY 10017
(212) 760-0098 Telephone
(212) 202-3819 Facsimile
dkeyhani@meredithkeyhani.com

Andy Tindel
Texas State Bar No. 20054500
MT² LAW GROUP
MANN | TINDEL | THOMPSON
112 East Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile:  (903) 596-0909
Email: atindel@andytindel.com

*Attorneys for Plaintiff Joe Andrew Salazar*

_/s/ Trampas A. Kurth_ w/ permission_____
Jerry R. Selinger
State Bar No. 18008250
Email: jselinger@pattersonsheridan.com
Trampas A. Kurth
State Bar No. 24055807
Email: tkurth@pattersonsheridan.com
PATTERSON + SHERIDAN, LLP
1700 Pacific Avenue, Suite 2650
Dallas, Texas 75201
Telephone: (214) 272-0957
Facsimile:  (214) 623-4846

*Attorneys for Defendant HTC Corporation*

**CERTIFICATE OF SERVICE**

This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on this the 26th of May, 2017.  Any other known counsel of record will be served with a copy of this document by email and/or facsimile transmission

_/s/ Andy Tindel_

Andy Tindel