**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| JOE ANDREW SALAZAR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 2:16-CV-01096-JRG-RSP |
| | § | |
| HTC CORPORATION, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S UNOPPOSED MOTION TO AMEND**
**FIRST AMENDED DOCKET CONTROL ORDER**

JOE ANDREW SALAZAR, ("Salazar") Plaintiff in the above-entitled and numbered civil action, files this Unopposed Motion to Amend First Amended Docket Control Order and shows:

1. Pursuant to the First Amended Docket Control Order (Doc. No. 40), the current deadline for the parties to exchange Proposed Claim Terms in accordance with P.R. 4-1 is June 20, 2017.

2. Salazar requests an additional seven (7) days, up to and including June 27, 2017, for the parties to exchange Proposed Claim Terms. Good cause is demonstrated for this request in that lead counsel for Salazar is away from his office traveling this week for depositions and is unable to devote the necessary time in order to complete Salazar's Proposed Claim Terms.

3. HTC is not opposed to the relief requested in this motion.

WHEREFORE, Salazar requests the Court to extend the deadline for the parties to exchange their Proposed Claim Terms up to and including June 27, 2017 and for such other and further relief as the Court deems suitable and just.

Dated: June 19, 2017

Respectfully submitted,

/Andy Tindel w/ permission of Lead Attorney/

Dariush Keyhani, Lead Attorney
New Jersey State Bar No. 044062002
MEREDITH & KEYANI, PLLC
125 Park Avenue, 25th Floor
New York, NY 10017
(212) 760-0098 Telephone
(212) 202-3819 Facsimile
dkeyhani@meredithkeyhani.com

Andy Tindel
Texas State Bar No. 20054500
MT² LAW GROUP
MANN | TINDEL | THOMPSON
112 East Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile: (903) 596-0909
Email: atindel@andytindel.com

*Attorneys for Plaintiff Joe Andrew Salazar*

**CERTIFICATE OF SERVICE**

This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on this the 19th day of June, 2017. Any other known counsel of record will be served with a copy of this document by email and/or facsimile transmission

Andy Tindel

**CERTIFICATE OF CONFERENCE**

In compliance with E.D. Tex. Loc. Ct. R. CV-7(h), lead counsel for Plaintiff Joe Andrew Salazar communicated with Jerry Selinger, counsel for Defendant HTC Corporation, on June 19, 2017 with respect to the Plaintiff's Motion for Extension of Time to Comply with P.R. 4-1. Counsel for Defendant indicated he was not opposed to the relief requested in this motion.

Andy Tindel