**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JOE ANDREW SALAZAR, | § § § | |
| Plaintiff, | § § | |
| | § | Civil Action No. 2:16-cv-01096-JRG-RSP |
| v. | § § | |
| HTC CORPORATION, et al., | § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## **DECLARATION OF JERRY R. SELINGER**

I, Jerry R. Selinger, declare as follows:

1. I am over twenty-one years of age, have personal knowledge of the following facts or access to information and/or records allowing me to confirm these facts.

2. I am a partner the law firm of Patterson & Sheridan, LLP and represent Defendant HTC Corporation ("HTC") in this case.

3. I submit this declaration in support of Defendant HTC Corporation's Response in Opposition to Plaintiff's Motion for Leave to Correct/Amend Second Amended Complaint.

4. Attached hereto as Exhibit 1 is a true and correct copy of pages excerpted from AT&T, Inc.'s of Form 10-K for the Fiscal Year ending December 31, 2015, filed on February 18, 2016, which can be located via the att.com website by using the searching tool available at the following web address: https://investors.att.com/financial-reports/sec-filings. The document from which the attached excerpts were taken was downloaded using the following address: https://otp.tools.investis.com/clients/us/atnt/SEC/sec-show.aspx?FilingId=11194496&Cik=0000732717&Type=PDF&hasPdf=1. The referenced portions of Exhibit 1 have been highlighted in accordance with Local Rule CV-7(b).

1

2

5. Attached hereto as Exhibit 2 is a true and correct copy of a Declaration of Steven D. Threlkeld, downloaded via the Eastern District of Texas CM/ECF system, which declaration was filed on August 6, 2013 (Dkt. #48-4) in *Cell and Network Selection LLC v. AT&T Inc. et al.*, Eastern District of Texas Civil Action No. 6:13-cv-00403-KNM.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___July 20, 2017_____          __/s/Jerry R. Selinger_____
                                                Jerry R. Selinger