# EXHIBIT B

## SALAZAR'S PROPOSED CONSTRUCTIONS OF DISPUTED TERMS

| No. | Salazar's Terms | HTC's Terms | Salazar's Proposed Construction | '467 Patent Claims | Extrinsic Evidence |
|---|---|---|---|---|---|
| 1. | "communications, command, control, and sensing system" | | Although this phrase is in the preamble, this is a substantive limitation and the phrase should have the following proposed construction: An interactive microprocessor based wireless communications device that includes sound and data transceivers, signal detection and coupling devices, signal conversion-device, voice recording, playback and storage device, voice activated device, display device, touchscreen or similar device, sensors, frequency generation devices, sound detection and reproduction devices, and power source. | All asserted claims | Salazar intends to rely on extrinsic evidence in the form of testimony from his technical expert that one of ordinary skill in the art at the time of the invention would construe the terms "communication, command, control and sensing system" and "handset and a base station" as reflected in Salazar's proposed construction in No. 1 and No. 3 |
| 2. | | "A communications, command, control and sensing system for | Plain and ordinary meaning except as to the construction of the phrase | Claims 1, 34 | |

| | | communicating with a plurality of external devices" | "communications, command, control, and sensing system" as construed in No. 1. above | | |
|---|---|---|---|---|---|
| 3. | | "A handset and a base station employed in a communications, command, control and sensing system for communicating with a plurality of external devices" | Plain and ordinary meaning except as to the construction of the phrase "communications, command, control, and sensing system" as construed in No. 1. above and except as to construction of the of the phrase "handset and a base station" in both the handset and the base station have similar components and function in substantially the same manner. The base station may have additional features, for example: it couples a frequency modulated signal to alternating current (AC) power line; it may be powered by an alternative alternating current (AC) signal and battery power sources; it may provide battery charging for the handset, and it may be coupled to public or private telephone lines. | Claim 10 | |
| 4. | | "a microprocessor for generating a plurality of control signals used to operate said system" | No construction necessary – plain and ordinary meaning | Claims 1, 10, 34 | |

| | | | | | |
|---|---|---|---|---|---|
| 5. | | "control signals" | No construction necessary – plain and ordinary meaning | Claims 1, 10, 34 | |
| 6. | | "said microprocessor creating a plurality of reprogrammable communication protocols" | No construction necessary – ordinary meaning | Claims 1, 34 | |
| 7. | | "reprogrammable communication protocols" | No construction necessary – plain and ordinary meaning | Claims 1, 34 | |
| 8. | | "said microprocessor creating a plurality of communication protocols" | No construction necessary – plain and ordinary meaning | Claim 10 | |
| 9. | | "communication protocols" | No construction necessary – ordinary meaning | Claims 1, 2, 10, 34 | |
| 10. | | "wherein each communication protocol includes a command code set that defines the signals that are employed to communicate with each one of said external devices" | No construction necessary – ordinary meaning | Claims 1, 10, 34 | |
| 11. | | "command code set that defines the signals" | No construction necessary – ordinary meaning | Claims 1, 10, 34 | |
| 12. | | "command code set" | No construction necessary – ordinary meaning | Claims 1, 2, 10, 27, 28, 34 | |
| 13. | | "a memory device coupled to said microprocessor configured to store a plurality of parameter sets retrieved by said microprocessor so as to recreate a desired command code set, such that the memory space required to | No construction necessary – plain and ordinary meaning | Claims 1, 10 | |

|     |     |     |     |     |     |
| --- | --- | --- | --- | --- | --- |
|     |     | store said parameters is smaller than the memory space required to store said command code sets" |     |     |     |
| 14. |     | "parameter sets" | No construction necessary – ordinary meaning | Claims 1, 10, 27, 34 |     |
| 15. |     | "such that the memory space required to store said parameters is smaller than the memory space required to store said command code sets" | No construction necessary – ordinary meaning | Claims 1, 10 |     |
| 16. |     | "a memory device … configured to store a plurality of parameter sets" | No construction necessary – ordinary meaning | Claims 1, 10, 34 |     |
| 17. |     | "retrieved by said microprocessor so as to recreate a desired command code set" | No construction necessary – plain and ordinary meaning | Claims 1, 10 |     |
| 18. |     | "a memory device coupled to said microprocessor configured to store a plurality of parameter sets retrieved by said microprocessor so as to recreate based on said parameter sets a desired set of pulse signals corresponding to logical "1's" and "0's" as specified by a command code set" | No construction necessary – plain and ordinary meaning | Claim 34 |     |
| 19. |     | "a selector controlled by said microprocessor for enabling said radio frequency transceiver and said infra-red frequency transceiver to | No construction necessary – plain and ordinary meaning | Claims 2, 10 |     |

| | | | | |
|---|---|---|---|---|
| | | transmit a desired command code set generated by said microprocessor via either radio frequency signals and infra-red signals as desired, and to receive a signal from any one of said external devices via either radio frequency signals and infra-red signals" | | | |
| 20. | | "selector" | No construction necessary – ordinary meaning | Claims 2, 10, 17 | |
| 21. | | "a data detector coupled to said selector for receiving signals transmitted from each one of said external devices, said data detector providing control signals received from said external devices to said microprocessor" | No construction necessary – ordinary meaning | Claim 10 | |
| 22. | | "data detector" | No construction necessary – ordinary meaning | Claim 10 | |
| 23. | | "base station" | Plain and ordinary meaning except as to the construction of the phrase "handset and a base station" in No. 3 above | Claims 10, 14, 23 | |
| 24. | | "handset" | Plain and ordinary meaning except as to the construction of the phrase "handset and a base station" in No. 3 above | Claims 10, 23 | |
| 25. | | "backup battery power source" | No construction necessary – ordinary meaning | Claim 14 | |

| | | | | |
|---|---|---|---|---|
| 26. | | "a plurality of home entertainment systems" | No construction necessary – ordinary meaning | Claim 26 |
| 27. | | "external devices" | No construction necessary – ordinary meaning | Claims 1, 2, 10, 28, 34 |