IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JOE ANDREW SALAZAR, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 2:16-cv-01096-JRG-RSP |
| v. | ) | |
| | ) | |
| HTC CORPORATION | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **STIPULATION**

Plaintiff Joe Andrew Salazar and defendant HTC Corporation hereby stipulate that the preambles of independent claims 1, 10 and 34 are substantive limitations and that the clause "communications, command, control and sensing system" in each such preamble does not need to be further construed.

Respectfully submitted,

 /s/ Jerry R. Selinger
Jerry R. Selinger
State Bar No. 18008250
Email: jselinger@pattersonsheridan.com
Trampas A. Kurth
State Bar No. 24055807
Email: tkurth@pattersonsheridan.com
PATTERSON + SHERIDAN, LLP
1700 Pacific Avenue, Suite 2650
Dallas, Texas 75201
Telephone: (214) 272-0957
Facsimile: (214) 623-4846

**ATTORNEYS FOR DEFENDANT HTC CORPORATION**

/s/ Dariush Keyhani
Dariush Keyhani, Lead Attorney
NJ SBN 044062002
MEREDITH & KEYHANI, PLLC
125 Park Avenue, 25th Floor
New York, NY 10017
Telephone:  (212) 760-0098
Direct Line: (212) 380-1325
Facsimile:  (212) 220-3819
dkeyhani@meredithkeyhani.com

Andy Tindel
Texas State Bar No. 2005500
MT2 LAW GROUP
MANN TINDEL THOMPSON
112 East Line Street, Suite 304
Tyler, Texas 75702
Telephone:  (903) 596-0900
Facsimile:  (903) 596-0909
Email: atindel@andytindel.com

**ATTORNEYS FOR PLAINTIFF JOE ANDREW SALAZAR**

### CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2017, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case filing ("ECF") system of the court.  The attorneys of record who have consented in writing to accept notice as service of this document by electronic means are being served pursuant to Local Rule CV-5(a)(3) by a "Notice of Electronic Filing," sent by the ECF system.

_____/s/ Jerry R. Selinger_____