**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| JOE ANDREW SALAZAR, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § § | No. 2:16-CV-01096-JRG-RSP |
| HTC CORPORATION, | § § § | |
| Defendant. | § § | |

## ORDER APPOINTING TECHNICAL ADVISOR

The Court appoints Shane Nelson as its technical advisor in this case, with his fees and expenses to be assessed equally between Plaintiff and Defendant and timely paid as billed. The parties are **ORDERED** to send courtesy copies of claim construction briefs, exhibits, and technology tutorials in PDF form to shane@parklegal.com.

For claim construction materials that have already been filed as of the date of this Order, the filing party is **ORDERED** to provide copies to Mr. Nelson within three business days. For claim construction materials filed after the date of this Order, the filing party is **ORDERED** to provide copies to Mr. Nelson no later than one business day after filing.

**SIGNED this 20th day of September, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE