IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JOE ANDREW SALAZAR, | § § § | |
| Plaintiff, | § § | |
| | § | Civil Action No. 2:16-cv-01096-JRG-RSP |
| v. | § § | |
| HTC CORPORATION, et al., | § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

## **DECLARATION OF JERRY R. SELINGER**

I, Jerry R. Selinger, declare as follows:

1. I am over twenty-one years of age, have personal knowledge of the following facts or access to information and/or records allowing me to confirm these facts.

2. I am a partner in the law firm of Patterson & Sheridan, LLP and represent Defendant HTC Corporation ("HTC") in this case.

3. I submit this declaration in support of Defendant HTC Corporation's Responsive Claim Construction Brief.

4. Attached hereto as Exhibit A is a true and correct copy of a Stipulation filed on September 18, 2017, withdrawing, among other things, the Declaration of Roy A. Griffin III [Dkt. 88].

5. Attached hereto as Exhibit B is a true and correct copy of United States Patent No. 5,802,467 (the '467 Patent).

6. Attached hereto as Exhibit C is a true and correct copy of the Office Action dated April 27, 1997, excerpted from the prosecution history of the '467 Patent.

2

7. Attached hereto as Exhibit D is a true and correct copy of the Amendment dated October 31, 1997, excerpted from the prosecution history of the '467 Patent.

8. Attached hereto as Exhibit E is a true and correct copy of a Stipulation filed on September 18, 2017, regarding independent claim preambles [Dkt. 89].

9. Attached hereto as Exhibit F is a true and correct copy of Krisbergh, United States Patent No. 5,138,649, entitled "Portable Telephone Handset with Remote Control," relied on by the Examiner in the Office Action, which is Exhibit C, and referred to by applicants in the Amendment, which is Exhibit D.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___September 20, 2017_____    __/s/Jerry R. Selinger_____
　　　　　　　　　　　　　　　　　　　　　　　　Jerry R. Selinger