**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| JOE ANDREW SALAZAR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 2:16-cv-01096-JRG-RSP |
| | § | |
| HTC CORPORATION | § | PATENT CASE |
| | § | |
| Defendant. | § | JURY DEMANDED |

**JOINT CLAIM CONSTRUCTION CHART PURSUANT TO PATENT RULE 4-5(d)**

Pursuant to Patent Rule 4-5(d), Plaintiff Joe Andrew Salazar ("Salazar") and Defendant HTC Corporation ("HTC") hereby submit this Joint Claim Construction Chart in accordance with the Court's August 31, 2016 Fourth Amended Docket Control Order (Doc. No. 82). Attached hereto as Exhibit A is the Joint Claim Construction Chart that includes the constructions on which the parties have reached agreement, the disputed terms, the parties' respective proposed claim constructions of the disputed terms and a column for the Court's construction of the disputed claim term.

Dated: October 3, 2017

Respectfully submitted,

*/s/ Andy Tindel w/ permission of Lead Attorney*

DARIUSH KEYHANI, Lead Attorney
NJ SBN 044062002
MEREDITH & KEYANI, PLLC
125 Park Avenue, 25th Floor
New York, NY 10017
(212) 760-0098 Telephone
(212) 380-1325 Direct Line
(212) 202-3819 Facsimile
Email: dkeyhani@meredithkeyhani.com

ANDY TINDEL
Texas State Bar No. 20054500
MT² LAW GROUP
MANN | TINDEL | THOMPSON
112 East Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile:  (903) 596-0909
Email: atindel@andytindel.com

*Attorneys for Plaintiff Joe Andrew Salazar*


 /s/ Trampas A. Kurth  w/permission
Jerry R. Selinger
State Bar No. 18008250
Email: jselinger@pattersonsheridan.com
Trampas A. Kurth
State Bar No. 24055807
Email: tkurth@pattersonsheridan.com
PATTERSON + SHERIDAN, LLP
1700 Pacific Avenue, Suite 2650
Dallas, Texas 75201
Telephone: (214) 272-0957
Facsimile:  (214) 623-4846

*Attorneys for Defendant HTC Corporation*

## **CERTIFICATE OF SERVICE**

      This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on this the 3rd day of October, 2017.  Any other known counsel of record will be served with a copy of this document by email and/or facsimile transmission

_____
Andy Tindel