IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JOE ANDREW SALAZAR, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| ) | 2:16-cv-01096-JRG-RSP |
| v. ) | |
| ) | |
| HTC CORPORATION ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |
| ) | |

## **STIPULATED ORDER**

It is stipulated by and between the parties in this case that the deposition of Peel Technologies, Inc. can be taken on January 8, 2018, which is after the close of fact discovery as set forth in the Fifth Amended Scheduling Order [Dkt.106].  No other deadlines will be affected.

IT IS SO STIPULATED AND ORDERED.

SIGNED this __ day of December, 2017.

.

Respectfully submitted,

/s/ Jerry R. Selinger
Jerry R. Selinger
State Bar No. 18008250
Email: jselinger@pattersonsheridan.com
Trampas A. Kurth
State Bar No. 24055807
Email: tkurth@pattersonsheridan.com
PATTERSON + SHERIDAN, LLP
1700 Pacific Avenue, Suite 2650
Dallas, Texas 75201
Telephone: (214) 272-0957
Facsimile: (214) 623-4846

**ATTORNEYS FOR DEFENDANT HTC CORPORATION**

/s/ Dariush Keyhani
Dariush Keyhani, Lead Attorney
NJ SBN 044062002
MEREDITH & KEYHANI, PLLC
125 Park Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 760-0098
Direct Line: (212) 380-1325
Facsimile: (212) 220-3819
dkeyhani@meredithkeyhani.com

Andy Tindel
Texas State Bar No. 2005500
MT[2] LAW GROUP
MANN TINDEL THOMPSON
112 East Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile: (903) 596-0909
Email: atindel@andytindel.com

**ATTORNEYS FOR PLAINTIFF JOE ANDREW SALAZAR**

## **CERTIFICATE OF SERVICE**

I certify that on December 6, 2017, that the foregoing document was electronically filed with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic case filing ("ECF") system of the court. The attorneys of record who have consented in writing to accept notice as service of this document by electronic means are being served by a "Notice of Electronic Filing," sent by the ECF system.

                                                                                             /s/Jerry R. Selinger