IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JOE ANDREW SALAZAR § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> HTC CORPORATION, § <br> § <br> Defendant. § | Case No. 2:16-cv-1096-JRG-RSP |

**HTC CORPORATION'S NOTICE OF RIPENESS REGARDING
HTC CORPORATION'S RENEWED MOTION TO DISMISS AS TO
SECOND AMENDED COMPLAINT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

HTC Corporation respectfully reminds the Court that the Renewed Motion to Dismiss as to Second Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6)  [Dkts.50, 57] in this case is pending, ripe, and awaiting the Court's decision.

Respectfully submitted

_____/s/ Jerry R. Selinger_____
Jerry R. Selinger
PATTERSON + SHERIDAN, LLP
State Bar No. 18008250
Email: jselinger@pattersonsheridan.com
Trampas A. Kurth
State Bar No. 24055807
Email: tkurth@pattersonsheridan.com
1700 Pacific Avenue, Suite 2650
Dallas, Texas 75201
Telephone: 214-272-0957
Facsimile: 713-623-4846

ATTORNEYS FOR DEFENDANT
HTC CORPORATION

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 22, 2017, a true and correct copy of the foregoing document was served upon all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                                         /s/ Jerry R. Selinger