IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JOE ANDREW SALAZAR | § | |
| | § | |
| v. | § | Case No. 2:16-CV-1096-JRG-RSP |
| | § | |
| HTC CORPORATION | § | |

Motions Hearing
MAG. JUDGE ROY PAYNE PRESIDING
February 8, 2018

**OPEN:** 9:00 am                                                             **ADJOURN:** 2:35 pm

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Dariush Keyhani |
| | Andy Tindel |
| | Mark Mann |
| ATTORNEY FOR DEFENDANTS: | Jerry Selinger |
| | Gil Gillam |
| LAW CLERK: | Mike Paul |
| COURT REPORTER: | Tammy Goolsby |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.   Case called.   Andy Tindel announced ready and introduced co-counsel.   Gil Gillam announced ready and introduced co-counsel.

Jerry Selinger argued Defendant's Motion to Strike Allegations Regarding the "HTC Mini+" From Claim Chart A to Plaintiff's First Amended Disclosure of Asserted Claims and Infringement Contentions and for Clarification of Construction of "Telephone Line Interface" (Dkt. No. 116). Dariush Keyhani responded.   The Court granted the motion.

Andy Tindel then argued Plaintiff's Motion to Compel Defendant HTC Corporation to Comply with the Court's Discovery Order, Answer Interrogatories and Produce 30(b)(6) Witnesses and to Overrule Objections (Dkt. No. 118).   Jerry Selinger responded.

After the lunch break, Mr. Keyhani informed the Court of the agreements that have been reached regarding certain discovery issues.   Mr. Selinger responded.   Andy Tindel and Gil Gillam also responded.   The parties then continued arguing the remaining issues.   The motion was granted in part and denied in part for the reasons orally assigned.