# EXHIBIT Q

**From:** Darius Keyhani [mailto:dkeyhani@meredithkeyhani.com]
**Sent:** Friday, February 9, 2018 12:58 PM
**To:** Selinger, Jerry R. <jselinger@pattersonsheridan.com>; Williams, Fred <fwilliams@velaw.com>; Landis, Todd <tlandis@velaw.com>; Apreotesi, Mario A. <mapreotesi@velaw.com>
**Cc:** Andy Tindel (atindel@andytindel.com) <atindel@andytindel.com>; mark@themannfirm.com
**Subject:** [EXT] Salazar v. HTC Corporation No. 2:16-cv-01096-JRG-RSP

Jerry-  Following-up on our discussion of plaintiff's asserted claims, the plaintiff stipulates to withdrawing its claim 10 and dependencies.  I am traveling today, If your office would kindly prepare and send over a stipulation with the parties' signatures for review, I can okay by email and you can have filed with the Court.  This will stipulation will hopefully make your deposition today with Roy more efficient as you will not need to have him address the claims that have been withdrawn.

Darius

On Jan 18, 2018, at 10:26 AM, Jerry R. Selinger <JSelinger@pattersonsheridan.com> wrote:

> **Jerry R. Selinger** • Partner
> **PATTERSON + SHERIDAN LLP**
> **1700 Pacific Ave. Suite 2650, Dallas, TX 75201**
> **Main:**     214.720.2200
> **Direct:**   214.272.0957
> **Fax:**      713.623.4846
> **Email:** JSelinger@pattersonsheridan.com
> http://www.pattersonsheridan.com
>
> CONFIDENTIAL INFORMATION
> This transmission contains information from the law firm of Patterson & Sheridan, L.L.P. which is confidential or privileged. The information is intended to be for the use of the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please