## **CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL**

     Pursuant to Local Rule CV-5(a)(7)(A), this is to certify that this motion information and documents designated as CONFIDENTIAL and/or RESTRICTED – ATTORNEYS' EYES ONLY under the Protective Order approved and entered on April 25, 2017 (Dkt. 33).

                                                */s/ Fred I. Williams*_____
                                                Fred I. Williams