IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JOE ANDREW SALAZAR, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 2:16-cv-01096-JRG-RSP |
| v. | ) | |
| | ) | |
| HTC CORPORATION | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS REGARDING CLAIMS 10, 14, 17, 23, 26, 31, AND 32 OF U.S. PATENT 5,802,467

Plaintiff Joe Andrew Salazar and defendant HTC Corporation hereby stipulate and agree that all claims, counterclaims, and requests for relief by Joe Andrew Salazar against HTC Corporation based on infringement of claim 10 and any of its dependent claims of U.S. Patent No. 5,802,467 (including claims 14, 17, 23, 26, 31, and 32) are hereby dismissed with prejudice. All of HTC Corporation's claims, counterclaims, defenses, and requests for relief relating to claim 10 and any of its dependent claims are hereby dismissed without prejudice.

Dated: February 12, 2018

Respectfully submitted,

 */s/ Jerry R. Selinger*
Jerry R. Selinger
State Bar No. 18008250
Email: jselinger@pattersonsheridan.com
Trampas A. Kurth
State Bar No. 24055807
Email: tkurth@pattersonsheridan.com
PATTERSON + SHERIDAN, LLP
1700 Pacific Avenue, Suite 2650
Dallas, Texas 75201
Telephone: (214) 272-0957
Facsimile: (214) 623-4846

/s/ Fred I. Williams
Fred I. Williams
TX Bar No. 00794855
Email: fwilliams@velaw.com
Mario A. Apreotesi
TX Bar No. 24080772
Email: mapreotesi@velaw.com
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Tel: 512.542.8400
Fax: 512.542.8612

Todd E. Landis
TX Bar No. 24030226
Email: tlandis@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel: 210.220.7700
Fax: 210.220.7716

Harry Lee Gillam, Jr.
State Bar No. 07921800
Email: gil@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Tel: 903.934.8450
Fax: 903.934.9257

**ATTORNEYS FOR DEFENDANT HTC CORPORATION**

/s/ Dariush Keyhani
Dariush Keyhani, Lead Attorney
NJ SBN 044062002
MEREDITH & KEYHANI, PLLC
125 Park Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 760-0098
Direct Line: (212) 380-1325
Facsimile: (212) 220-3819
dkeyhani@meredithkeyhani.com

2

Andy Tindel<br>
Texas State Bar No. 2005500<br>
MT$^2$ LAW GROUP<br>
MANN TINDEL THOMPSON<br>
112 East Line Street, Suite 304<br>
Tyler, Texas 75702<br>
Telephone:  (903) 596-0900<br>
Facsimile:   (903) 596-0909<br>
Email: atindel@andytindel.com

**ATTORNEYS FOR PLAINTIFF**
**JOE ANDREW SALAZAR**

## CERTIFICATE OF SERVICE

    I hereby certify that on February 12, 2018, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case filing ("ECF") system of the court.  The attorneys of record who have consented in writing to accept notice as service of this document by electronic means are being served pursuant to Local Rule CV-5(a)(3) by a "Notice of Electronic Filing," sent by the ECF system.

*/s/ Fred I. Williams*_____
Fred I. Williams