**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| JOE ANDREW SALAZAR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 2:16-CV-01096-JRG-RSP |
| | § | |
| HTC CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER OVERRULING OBJECTIONS

The Court referred this action to United States Magistrate Judge Roy S. Payne pursuant to 28 U.S.C. § 636. Now before the Court are Defendant HTC Corporation's Objections (Dkt. No. 112) to Magistrate Judge Payne's Claim Construction Opinion and Order (Dkt. No. 108). Plaintiff responded. *See* Pl.'s Resp. in Opp'n (Dkt. No. 113).

Having considered Magistrate Judge Payne's claim construction order, Defendant's objections, and Plaintiff's response, the Court concludes Defendant has not shown Judge Payne clearly erred or reached a conclusion contrary to law. *See* Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A). Accordingly, the Court **OVERRULES** Defendant HTC Corporation's Objections (Dkt. No. 112).

**So ORDERED and SIGNED this 13th day of February, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE