# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| JOE ANDREW SALAZAR, | § | |
| Plaintiff, | § § § | |
| v. | § | No. 2:16-CV-01096-JRG-RSP |
| HTC CORPORATION, | § § § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred this action to United States Magistrate Judge Roy S. Payne pursuant to 28 U.S.C. § 636. Now before the Court is Judge Payne's recommendation to deny HTC's Renewed Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Dkt. No. 50). *See* R. &. R. (Dkt. No. 156). Neither party objected to the recommendation.

Having considered the Magistrate Judge's recommendation, the Court **ADOPTS** the Report and Recommendation (Dkt. No. 156) and therefore **DENIES** HTC's Renewed Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Dkt. No. 50).

**So ORDERED and SIGNED this 13th day of March, 2018.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE