# EXHIBIT A

## <u>PLAINTIFF JOE ANDREW SALAZAR'S UPDATED TRIAL WITNESS LIST</u>

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and the Court's Eighth Amended Docket Control Order (Dkt. 212), Plaintiff Joe Andrew Salazar ("Salazar") hereby submits the following list of witnesses whom Salazar expects to present at trial other than solely for impeachment, either live or by deposition, and those witnesses whom Salazar may call if the need arises, either live or by deposition.

This Trial Witness List does not identify those witnesses whom Salazar may choose to cross-examine at trial, either live or by deposition, and Salazar hereby reserves the right to cross-examine and/or impeach any witnesses called live or by deposition at trial by any party, regardless of whether those witnesses are disclosed on this Witness List, including without limitation by counter-designations of proffered deposition testimony.  Salazar also reserves the right to present witnesses by deposition in the event that they become unavailable for trial.  Salazar further reserves the right to call, live or by deposition, any witness identified or called at trial by Defendant HTC Corporation ("HTC").

Additionally, Salazar reserves the right to amend and/or supplement this Witness List to add or delete witnesses as allowed by the Court and law, including to add rebuttal witnesses as contemplated by the Court's Eighth Amended Docket Control Order (Dkt. 212), in rebuttal to HTC's case, arguments or evidence, and/or for purposes of authenticating evidence.  Salazar notes that his identification of any witness listed herein is not an admission that the witness's testimony would be admissible into evidence if proffered by HTC and Salazar reserves the right to withdraw or choose not to call any witness identified herein.

At this time, Salazar identifies the following witnesses for trial in alphabetical order:

1

| Name | Will Call | May Call | Live | By Deposition |
|---|---|---|---|---|
| Thiru Aranachalum | | | | |
| W. Christopher Bakewell | | | | |
| Justin R. Blok | X | | X | |
| Thomas J. Brindisi | | | | |
| Jason CH Chen | | | | |
| Peter Chou | | | | |
| Ho, Chia Chu | X | | X | or X |
| John M. DiMatteo | | X | | |
| Sherrie Gietzen | | | | |
| Steven W. Goldstein | | | | |
| Dr. Oded Gottesman | X | | X | |
| Roy A. Griffin III | X | | X | |
| Vineet Gupta | | | | |
| Lou Lai Jun | | | | |
| Balamurugan Krishnan | | | | |
| Hsiu Fen Lai | X | | X | or X |
| Vincent Lam | | X | X | |
| Howard Lee | | X | X | |
| Jason Lee | | X | X | |
| Fred Liu | | | | |
| Daniel Maloney | | | | |
| Robert L. Meyers | | X | X | or X |
| Luis Molero-Castro | X | | X | |
| Sivasubramanian Muthukumarasamy | X | | | X |
| Francesco Nerieri | | | | |
| Nigel Newby-house | X | | X | |
| Joe Andrew Salazar | X | | X | |
| Joseph Sofer | | X | | |
| E. Earle Thompson | | X | | |
| Michael Wee | | | | |
| Tung Shan Wei | X | | X | or X |
| Vincent Wei | | | | |
| Yen Ju Wen | | | | |
| Andrew Wolfe | | | | |
| Additional HTC Corporation 30(b)(6) witnesses to be produced in response to Court's directives | X | | X | or X |
| Corporate Representative of HTC Corporation that will attend trial | X | X | | |
| Any witnesses properly identified by Defendant on its witness list | | X | X | or X |

2