# EXHIBIT D

**PLAINTIFF JOE ANDREW SALAZAR'S UPDATED EXHIBIT LIST**

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and the Court's Eighth Amended Docket Control Order (Dkt. 212), Plaintiff Joe Andrew Salazar ("Salazar") hereby submits the attached list of exhibits that Salazar expects to offer at trial, or may offer if the need arises.

This Exhibit List does not identify all exhibits that Salazar may use with the examination of any witnesses, called live or by deposition at trial, and Salazar hereby reserves the right to offer and/or use any exhibit to cross-examine and/or impeach any witnesses at trial, regardless of whether that exhibit is disclosed on this Exhibit List. Salazar further reserves the right to offer and/or use any exhibit identified on Defendant HTC Corporation's ("HTC") exhibit list or offered by HTC at trial. Additionally, Salazar reserves the right to amend and/or supplement this Exhibit List to add or delete exhibits as allowed by the Court and law, including to add rebuttal exhibits as contemplated by the Court's Eighth Amended Docket Control Order (Dkt. 212), in rebuttal to HTC's case, arguments or evidence, and/or for purposes of authenticating evidence. Salazar notes that his identification of any exhibit listed herein is not an admission that such exhibit would be admissible into evidence if proffered by HTC and Salazar reserves the right to withdraw or choose not to offer any exhibit identified herein, in whole or in part.

At this time, Salazar identifies the following exhibits that he expects to be offered into evidence at trial, or that may it may offer into evidence at trial if the need arises:

*[continued on next page]*

## PLAINTIFF JOE ANDREW SALAZAR'S UPDATED TRIAL EXHIBIT LIST

| PX NO. | HTC'S OBJECTIONS | EXHIBIT DESCRIPTION | BEGINNING BATES NUMBER | ENDING BATES NUMBER | CONF | CAT |
|---|---|---|---|---|---|---|
| 1. | | U.S. Patent No. 5,802,467 | SALAZAR 496 | SALAZAR 521 | | A |
| 2. | FRCP 26 | The prosecution history of the application that resulted in the '467 Patent | SALAZAR 1 | SALAZAR 559 | | B |
| 3. | 403, DUP (#2); FRCP 26 | Notice of Allowability re the patent application for the '467 (February 17, 1998) (part of the prosecution history of the '467 patent) | SALAZAR 287 | SALAZAR 292 | | A |
| 4. | 403, DUP (#2); FRCP 26 | Election/Restriction re application for the '467 Patent (April 27, 1997) (part of the application of the '467 Patent) | SALAZAR 293 | SALAZAR 295 | | A |
| 5. | | Contract between Joe Andrew Salazar and Luis Molero Castro | SALAZAR 596 | SALAZAR 598 | C | A |
| 6. | 401/402, 403, 801/802, 901 | Schematic Diagrams | SALAZAR 845 | SALAZAR 847 | C | A |
| 7. | 401/402, 403, 801/802, 901 | Bill of Materials | SALAZAR 848 | SALAZAR 851 | C | A |
| 8. | | Asset Assignment and Debt Satisfaction Agreement between Innovative Intelcom Industries and Joe Andrew Salazar | SALAZAR 559 | | | A |
| 9. | 401/402, 403, 801/802, 901, 901/1006/FRCP 26 (improper compilation, exhibit contains multiple individual documents) | Miscellaneous information relating to work done relating to the invention disclosed in the '467 Patent | SALAZAR 578 | SALAZAR 616 | C | B |
| 10. | 401/402, 403, 801/802, 901, DUP (#6, 7), 901/1006/FRCP 26 (improper compilation, exhibit contains multiple individual documents) | Technical Information | SALAZAR 617 | SALAZAR 852 | C | B |
| 11. | 401/402, 403, 801/802, 901, FRCP 26 | Technical Files (zip file) | SALAZAR 853 | | C | |
| 12. | 403, subject to objections | HTC Corporation's Responses to Salazar's First Set of Interrogatories (No. 1-10) dated June 7, 2017 | NONE | NONE | C | A |
| 13. | 403, subject to objections | HTC Corporation's Responses to Salazar's Second Set of Interrogatories (No. 11-23) dated November 2, 2017 | NONE | NONE | C | A |

A = Expect to Offer
B = May Offer

| 14. | 403, subject to objections | HTC Corporation's First Amended/Supplemental Responses to Salazar's First Set of Interrogatories (No. 1-10) dated November 27, 2017 | NONE | NONE | C | A |
|---|---|---|---|---|---|---|
| 15. | 403, subject to objections | HTC Corporation's Amended/Supplemental Responses to Salazar's Second Set of Interrogatories (No. 11-23) dated November 27, 2017 | NONE | NONE | C | A |
| 16. | 403, subject to objections | HTC Corporation's Responses to Salazar's Third Set of Interrogatories dated December 12, 2017 | NONE | NONE | C | A |
| 17. | 403 (except columns A-J), SM | HTC Spreadsheet | HTC036724 | | C | A |
| 18. | | HTC Corporation's Master Purchase Agreement with AT&T Mobility with all amendments | HTC038818 | HTC039139 | C | A |
| 19. | | HTC Corporation Master Purchase Agreement with Verizon Wireless with all amendments | HTC039062 | HTC039139 | C | A |
| 20. | | Distribution Agreement between HTC Corporation and HTC America, Inc. | HTC037528 | HTC037547 | C | A |
| 21. | 403, 703, 801/802, 805, 901 | https://www.gsmarena.com/htc_one-5313.php (reference in Blok report) | NONE | NONE | | B |
| 22. | 703, 801/802, 805, 901 | https://web.archive.org/web/20040607054730/http://www.my1remote.com:80/about.htm (reference in Blok report) | NONE | NONE | | B |
| 23. | 703, 801/802, 805,901 | https://web.archive.org/web/20040609020746/http://www.myoneremote.com:80/ (reference in Blok report) | NONE | NONE | | B |
| 24. | 703, 801/802, 805,901 | https://web.archive.org/web/20031222153234/http://myoneremote.com:80/ (reference in Blok report) | NONE | NONE | | B |
| 25. | 703, 801/802, 901 | https://www.bloomberg.com/research/stocks/private/snapshot.asp?privcapId=8104897 (reference in Blok report) | NONE | NONE | | B |
| 26. | 401/402, 403, SM | HTC, "2016 Annual Report," April 17, 2017 (reference in Blok report) | NONE | NONE | | B |

A = Expect to Offer
B = May Offer

| 27. | 703, 801/802, 805, 901 | https://techcrunch.com/2007/11/05/breaking-google-announces-android-and-open-handset-alliance/ (reference in Blok report) | NONE | NONE | | B |
|---|---|---|---|---|---|---|
| 28. | 703, 801/802, 805, 901 | https://www.androidauthority.com/history-htcs-android-design-689648/ (reference in Blok report) | NONE | NONE | | B |
| 29. | 401/402, 403, SM | HTC, "2008 Annual Report," (reference in Blok report) | NONE | NONE | | B |
| 30. | 401/402, 403, SM | HTC, "2011 Annual Report," May 10, 2012 (reference in Blok report) | NONE | NONE | | B |
| 31. | 401/402, 403, SM | HTC037706 – 867 (reference in Blok report) | HTC037706 | HTC037867 | C | B |
| 32. | 703, 801/802, 805, 901 | https://techcrunch.com/gallery/a-history-of-htc-in-12-devices/slide/8/ (reference in Blok report) | NONE | NONE | | B |
| 33. | 703, 801/802, 805, 901 | https://www.engadget.com/2013/02/19/htc-one-hands-on-design-and-hardware/ (reference in Blok report) | NONE | NONE | | B |
| 34. | 703, 801/802, 805, 901 | https://www.slashgear.com/htcone-m8-priced-and-released-same-day-in-store-25321873/ (reference in Blok report) | NONE | NONE | | B |
| 35. | 703, 801/802, 805, 901 | https://www.digitaltrends.com/mobile/htc-one-m9-news/ (reference in Blok report) | NONE | NONE | | B |
| 36. | 703, 801/802, 805, 901 | http://www.techradar.com/reviews/phones/mobile-phones/htc-one-m7-1131862/review (reference in Blok report) | NONE | NONE | | B |
| 37. | 703, 801/802, 805, 901 | https://www.cnet.com/how-to/how-to-use-the-htc-one-to-control-your-tv/ (reference in Blok and Griffin reports) | NONE | NONE | | B |
| 38. | 703, 801/802, 805, 901 | https://www.addictivetips.com/android/remotely-control-any-ir-device-tv-ac-with-htc-one/ (reference in Blok report) | NONE | NONE | | B |
| 39. | 401/402, 403, SM | HTC037868 – 8011 (reference in Blok report) | HTC037868 | HTC038011 | C | B |
| 40. | 703, 801/802, 805, 901 | https://www.laptopmag.com/reviews/smartphones/htc-one-m8 (reference in Blok report) | NONE | NONE | | B |

A = Expect to Offer
B = May Offer

| | | | | | | |
|---|---|---|---|---|---|---|
| 41. | 703, 801/802, 805, 901 | https://www.theverge.com/2014/8/19/6031237/htc-one-m8-for-windows-verizon-price-announcement (reference in Blok report) | NONE | NONE | | B |
| 42. | 703, 801/802, 805, 901 | https://www.cnet.com/products/htc-one-m9-review/ (reference in Blok report) | NONE | NONE | | B |
| 43. | 703, 801/802, 805, 901 | https://www.forbes.com/sites/jaymcgregor/2015/03/23/htcone-m9-review-release-date-price-news/#31a2b4e81d7e (reference in Blok report) | NONE | NONE | | B |
| 44. | 703, 801/802, 805, 901 | https://www.androidauthority.com/htc-one-m9-review-596044/ (reference in Blok report) | NONE | NONE | | B |
| 45. | 801/802, 805 | http://blog.htc.com/2015/04/sense-tv-going-away-need-know/ (reference in Blok report) | NONE | NONE | | B |
| 46. | 703, 801/802, 805, 901 | https://www.androidheadlines.com/2015/04/acloser-look-peel-smart-remote-on-the-htc-one-m9.html (reference in Blok report) | NONE | NONE | | B |
| 47. | 703, 801/802, 805, 901 | http://searchmobilecomputing.techtarget.com/definition/smartphone (reference in Blok report) | NONE | NONE | | B |
| 48. | 703, 801/802, 805, 901 | http://www.businessinsider.com/worlds-first-smartphone-simon-launched-before-iphone-2015-6 (reference in Blok report) | NONE | NONE | | B |
| 49. | 703, 801/802, 805, 901 | http://pocketnow.com/2014/07/28/the-evolution-of-the-smartphone (reference in Blok report) | NONE | NONE | | B |
| 50. | 703, 801/802, 805, 901 | https://www.cnbc.com/2017/06/29/everyiphone-released-in-order.html (reference in Blok report) | NONE | NONE | | B |
| 51. | 703, 801/802, 805, 901 | https://web.archive.org/web/20070628160438/http://www.msnbc.msn.com/id/19444948/site/newsweek/ (reference in Blok report) | NONE | NONE | | B |
| 52. | 703, 801/802, 805, 901 | "The Rise of Smartphones," William Blair & Company, December 9, 2008 (reference in Blok report) | NONE | NONE | | B |
| 53. | 703, 801/802, 805, 901 | https://www.cnet.com/news/apple-iphone-steve-jobs-10-ways- | NONE | NONE | | B |

A = Expect to Offer
B = May Offer

| | | | | | |
|---|---|---|---|---|---|
| | | everything-changed/ (reference in Blok report) | | | |
| 54. | 703, 801/802, 805, 901 | https://www.imore.com/iphone-3g (reference in Blok report) | NONE | NONE | B |
| 55. | 703, 801/802, 805, 901 | http://appleinsider.com/articles/08/12/02/iphone_single_handedly_driving_smartphone_growth.html (reference in Blok report) | NONE | NONE | B |
| 56. | 703, 801/802, 805, 901 | http://www.businessinsider.com/worldwide-smartphone-market-share-by-unit-sales-2010-1 (reference in Blok report) | NONE | NONE | B |
| 57. | 703, 801/802, 805, 901 | https://www.digitaltrends.com/android/history-of-samsungs-galaxy-phones-and-tablets/ (reference in Blok report) | NONE | NONE | B |
| 58. | 703, 801/802, 805, 901 | https://www.canalys.com/newsroom/apple-takes-lead-us-smart-phone-market-26-share (reference in Blok report) | NONE | NONE | B |
| 59. | 703, 801/802, 805, 901 | https://www.computerworld.com/article/2513047/smartphones/android-drives-big-smartphone-growth-in-2010--idc-says.html (reference in Blok report) | NONE | NONE | B |
| 60. | 703, 801/802, 805, 901 | https://www.statista.com/statistics/266136/global-market-share-held-by-smartphone-operating-systems/ (reference in Blok report) | NONE | NONE | B |
| 61. | 703, 801/802, 805, 901 | https://www.statista.com/statistics/201183/forecast-of-smartphone-penetration-in-the-us/ (reference in Blok report) | NONE | NONE | B |
| 62. | 703, 801/802, 805, 901 | http://www.commscope.com/Blog/Smartphones-Are-Shifting-Expectations/ (reference in Blok report) | NONE | NONE | B |
| 63. | 703, 801/802, 805, 901 | http://www.techradar.com/news/the-10-best-features-on-todays-top-smartphones (reference in Blok report) | NONE | NONE | B |
| 64. | 703, 801/802, 805, 901 | https://www.theverge.com/2017/9/12/16291244/new-iphone-x-photos-video-hands-on (reference in Blok report) | NONE | NONE | B |
| 65. | 703, 801/802, 805, 901 | http://www.geomarketing.com/us-mobile-usage-in-2017-stats-you-need-to-know (reference in Blok report) | NONE | NONE | B |

A = Expect to Offer
B = May Offer

| | | | | | | |
|---|---|---|---|---|---|---|
| 66. | 703, 801/802, 805, 901 | https://www.websitemagazine.com/blog/the-rising-expectations-of-mobile (reference in Blok report) | NONE | NONE | | B |
| 67. | 703, 801/802, 805, 901 | "Meeting the expectations of the mobile customer" IBM Software Industry Solutions (reference in Blok report) | NONE | NONE | | B |
| 68. | 703, 801/802, 805, 901 | https://www.wired.com/2016/02/lg-g5-galaxy-s7-mwc-smartphones/ (reference in Blok report) | NONE | NONE | | B |
| 69. | 703, 801/802, 805, 901 | https://www.wired.com/2014/10/samsungs-endgame-looks-bleak-phones-dont-matter-anymore/ (reference in Blok report) | NONE | NONE | | B |
| 70. | 703, 801/802, 805, 901 | https://www.techinasia.com/talk/smartphone-companies-compete-hardware (reference in Blok report) | NONE | NONE | | B |
| 71. | 703, 801/802, 805, 901 | http://www.knowyourmobile.com/htc/htc-one/19552/best-features-htc-one (reference in Blok report) | NONE | NONE | | B |
| 72. | 703, 801/802, 805, 901 | https://www.theverge.com/2013/4/24/4262074/is-this-the-year-of-the-ir-blaster (reference in Blok report) | NONE | NONE | | B |
| 73. | 703, 801/802, 805, 901 | https://www.cnet.com/news/hulk-strong-screens-ir-blasters-nfc-everything-your-future-phone-smartphonesunlocked/ (reference in Blok report) | NONE | NONE | | B |
| 74. | 703, 801/802, 805, 901 | https://electronics.howstuffworks.com/remote-control1.htm (reference in Blok report) | NONE | NONE | | B |
| 75. | 703, 801/802, 805, 901 | https://os.mbed.com/users/4180_1/notebook/ir-andrf-remote-controls/ (reference in Blok report) | NONE | NONE | | B |
| 76. | 703, 801/802, 805, 901 | https://www.cbsnews.com/news/welcome-to-tvs-second-golden-age/ (reference in Blok report) | NONE | NONE | | B |
| 77. | 703, 801/802, 805, 901 | http://www.nielsen.com/us/en/insights/news/2009/1149-million-us-television-homes-estimated-for-2009-2010-season.html (reference in Blok report) | NONE | NONE | | B |

A = Expect to Offer
B = May Offer

| 78. | 703, 801/802, 805, 901 | http://www.nielsen.com/us/en/insights/news/2014/nielsen-estimates-116-3-million-tv-homes-inthe-us.html (reference in Blok report) | NONE | NONE | | B |
|---|---|---|---|---|---|---|
| 79. | 703, 801/802, 805, 901 | Statista, "Number of TV Households in the United States from Season 2000-2001 to Season 2017-2018 (in millions)," 2017 (reference in Blok report) | NONE | NONE | | B |
| 80. | 703, 801/802, 805, 901 | https://www.fiercecable.com/broadcasting/average-number-tvs-u-s-homes-declining-government-study-says (reference in Blok report) | NONE | NONE | | B |
| 81. | 703, 801/802, 805, 901 | https://www.eia.gov/todayinenergy/detail.php?id=30132 (reference in Blok report) | NONE | NONE | | B |
| 82. | 703, 801/802, 805, 901 | "TV & Video in the United States," Datamonitor, May 2013 (reference in Blok report) | NONE | NONE | | B |
| 83. | 703, 801/802, 805, 901 | https://familylivingtoday.com/best-home-theater-systems/ (reference in Blok report) | NONE | NONE | | B |
| 84. | 703, 801/802, 805, 901 | https://www.lifewire.com/what-is-home-theater-1846801/ (reference in Blok report) | NONE | NONE | | B |
| 85. | 703, 801/802, 805, 901 | https://www.energystar.gov/products/electronics/set_top_boxes_cable_boxes (reference in Blok report) | NONE | NONE | | B |
| 86. | 703, 801/802, 805, 901 | https://www.timewarnercable.com/en/support/faqs/faqs-tv/digitalcon/what-is-the-difference-between.html (reference in Blok report) | NONE | NONE | | B |
| 87. | 703, 801/802, 805, 901 | https://blog.byjasco.com/the-benefits-of-using-a-universal-remote (reference in Blok report) | NONE | NONE | | B |
| 88. | 703, 801/802, 805, 901 | http://www.ebay.com/gds/The-Benefits-of-a-One-For-All-Remote-Control-/10000000177318179/g.html (reference in Blok report) | NONE | NONE | | B |
| 89. | 703, 801/802, 805, 901 | http://invisioncommunity.co.uk/2016/01/13/benefits-one-universal-remote-control/ (reference in Blok report) | NONE | NONE | | B |
| 90. | DUP (#17), 403 (except columns A-J), SM | HTC036724 (reference in Blok report) | HTC036724 | | C | B |

A = Expect to Offer
B = May Offer

| 91. | 703, 801/802, 901 | Edward F. Sherry and David J. Teece, *Royalties, Evolving Patent Rights, and the Value of Innovation.* Institute of Management, Innovation and Organization, Haas School of Business, University of California, May 2003 (reference in Blok report) | NONE | NONE | | B |
|---|---|---|---|---|---|---|
| 92. | | http://getpronto.com/en (reference in Blok report) | NONE | NONE | | B |
| 93. | 703, 801/802, 805, 901 | http://www.audioxpress.com/news/Pronto-and-Peel-Turn-iPhone-into-a-Smart-Universal-Remote-for-Home-Entertainment-Systems (reference in Blok report) | NONE | NONE | | B |
| 94. | 703, 801/802, 805, 901 | https://9to5mac.com/2014/12/15/philips-pronto/ (reference in Blok report) | NONE | NONE | | B |
| 95. | 703, 801/802, 805, 901 | https://web.archive.org/web/20150317151800/http://www.bestbuy.com/site/pronto-smart-remoteblack/3479096.p?id=1219582883211&skuId=3479096 (reference in Blok report) | NONE | NONE | | B |
| 96. | 703, 801/802, 805, 901 | https://shop-us.getpronto.com/ (reference in Blok report) | NONE | NONE | | B |
| 97. | 703, 801/802, 805, 901 | https://www.amazon.com/l/13588384011?pageId=TO146RZ58011BH&slashargs= (reference in Blok report) | NONE | NONE | | B |
| 98. | 703, 801/802, 805, 901 | http://www.businessinsider.com/amazon-deals-prime-day-camelcamelcamel-fakespot-2017-7/#-3 (reference in Blok report) | NONE | NONE | | B |
| 99. | 703, 801/802, 805, 901 | https://camelcamelcamel.com/Pronto-Universal-Control-Compatible-Android/product/B00Y2SIYP4?context=search (reference in Blok report) | NONE | NONE | | B |
| 100. | 703, 801/802, 901 | https://www.logitech.com/en-us/product/harmony-hub (reference in Blok report) | NONE | NONE | | B |
| 101. | 703, 801/802, 805, 901 | https://support.myharmony.com/en-us/adding-a-device-thats-not-found-in-the-harmony-database (reference in Blok report) | NONE | NONE | | B |
| 102. | 703, 801/802, 805, 901 | https://www.amazon.com/Logitech-915-000238-Harmony-Home-Hub/dp/B00N3RFC4Q/ref=sr_1_3?ie=UTF8&qid=1513792132&sr=8-3&keywords=harmony+hub+remote (reference in Blok report) | NONE | NONE | | B |

A = Expect to Offer
B = May Offer

| 103. | 703, 801/802, 805, 901 | https://www.bestbuy.com/site/logitech-harmony-home-hubblack/1483019.p?skuId=1483019 (reference in Blok report) | NONE | NONE | | B |
|------|------------------------|---------------------------------------------|------|------|---|---|
| 104. | 703, 801/802, 805, 901 | https://www.amazon.com/Logitech-915-000230-Harmony-350/dp/B00J7KM5X4 (reference in Blok report) | NONE | NONE | | B |
| 105. | 703, 801/802, 805, 901 | https://www.bloomberg.com/gadfly/articles/2016-08-22/apple-and-samsung-still-dominate-where-it-mattersprofits (reference in Blok report) | NONE | NONE | | B |
| 106. | 703, 801/802, 805, 901 | https://www.cnet.com/news/agony-and-htc-how-an-underdog-phone-maker-aims-to-reinvent-itself/ (reference in Blok report) | NONE | NONE | | B |
| 107. | 703, 801/802, 805, 901 | https://www.mymobilenation.com/_media/images/support_library/HTC%20One%20Key%20Features.pdf (reference in Blok report) | NONE | NONE | | B |
| 108. | | HTC029830 – 0052 (reference in Blok report) | HTC029830 | HTC030052 | C | B |
| 109. | | HTC031829 – 885 (reference in Blok report) | HTC031829 | HTC031885 | C | B |
| 110. | 703, 801/802, 805, 901 | https://www.mensxp.com/technology/phones/5703-how-to-turn-your-phone-into-a-universal-remote-a-mensxpspecial.Html (reference in Blok report) | NONE | NONE | | B |
| 111. | 703, 801/802, 805, 901 | https://www.cnet.com/news/turning-your-smartphone-into-a-smarter-tv-remote/ (reference in Blok report) | NONE | NONE | | B |
| 112. | | HTC032036 – 069 (reference in Blok report) | HTC032036 | HTC032069 | C | B |
| 113. | | HTC034005 – 081 (reference in Blok report) | HTC034005 | HTC034081 | C | B |
| 114. | | HTC029807 – 829 (reference in Blok report) | HTC029807 | HTC029829 | C | B |
| 115. | | WITHDRAWN | | | | |
| 116. | 401/402, 403 | Salazar - 564 – 573 (reference in Blok report) | SALAZAR 564 | SALAZAR 573 | | B |
| 117. | | U.S. Patent No. 5,138,649 | | | | B |

A = Expect to Offer
B = May Offer

| | | | | | | |
|---|---|---|---|---|---|---|
| 118. | 703, 801/802, 901 | https://businesssearch.sos.ca.gov/CBS/Detail (reference in Blok report) | NONE | NONE | | B |
| 119. | 703, 801/802, 805, 901 | https://www.bestbuy.com/site/logitech-harmony-smart-controlblack/8574049.p?skuId=8574049&ref=212&loc=1&ksid=b65c0e02-b419-45f4-a0b1-f052b6f53812&ksprof_id=16&ksaffcode=pg252604&ksdevice=c&lsft=ref:212,loc:2&gclid=CjwKCAiA1O3RBRBHEiwAq5fD_IZpvM5ZtO-8ED-30rZQ7KCqHOt5R8v221vaL9M_FO0X4RYKfafinRoCy10QAvD_BwE (reference in Blok report) | NONE | NONE | | B |
| 120. | 703, 801/802, 805, 901 | http://www.electroncomponents.com/IR-5mm-infrared-transmitter-receiver (reference in Blok report) | NONE | NONE | | B |
| 121. | 703, 801/802, 805, 901 | https://probots.co.in/index.php?main_page=product_info&products_id=114 (reference in Blok report) | NONE | NONE | | B |
| 122. | 403, 801/802, 805 | Expert Report of Justin R. Blok dated December 29, 2017 | | | C | B |
| 123. | 403, 801/802, 805, 901 | Curriculum Vitae of Justin R. Blok (Exhibit 1 to Blok Report) | | | | A |
| 124. | 403, 801/802, 805, 901 | Documents Reviewed by Justin R. Blok (Exhibit 2 to Blok report) | | | | A |
| 125. | 403, 801/802, 901, 1006, SM | Reasonable Royalty Summary (Exhibit 3 to Blok report) | | | C | A |
| 126. | 403, 801/802, 901, 1006 | HTC Accused Products: Units Sold (Exhibit 4 to Blok report) | | | C | A |
| 127. | 403, 801/802, 901, 1006, SM | HTC Accused Products: Revenues (Exhibit 5 to Blok report) | | | C | A |
| 128. | 403, 801/802, 901, 1006, SM | HTC Accused Products: Cost of Goods Sold (Exhibit 6 to Blok report) | | | C | A |
| 129. | 403, 801/802, 901, 1006, SM | HTC Accused Products: Average Sales Price (Exhibit 7 to Blok report) | | | C | A |
| 130. | 403, 801/802, 901, 1006, SM | HTC Accused Products: Gross Margin (Exhibit 8 to Blok report) | | | C | A |
| 131. | 1002 | http://www.htc.com/us/smartphones/htc-one-m7/ (reference in Griffin report) | NONE | NONE | | B |

A = Expect to Offer
B = May Offer

| | | | | | | |
|---|---|---|---|---|---|---|
| 132. | 703, 801/802, 901, 1002 | http://www.windowscentral.com/htc-one-m8  (reference in Griffin report) | NONE | NONE | | B |
| 133. | 106 (include HTC027773) | HTC027774  (reference in Griffin report) | HTC027773 | HTC027774 | | B |
| 134.a | 901/1006/FRCP 26 (improper compilation, exhibit contains multiple individual documents) | HTC024869; HTC026869; HTC027441; HTC027753 | HTC024869 | | | B |
| 134.b | 106 (include entire document: HTC026864-26904); 901/1006/FRCP 26 (improper compilation, exhibit contains multiple individual documents) | HTC024869; HTC026869; HTC027441; HTC027753 | HTC026864 | HTC026904 | | B |
| 134.c | 106 (include HTC027453); 901/1006/FRCP 26 (improper compilation, exhibit contains multiple individual documents) | HTC024869; HTC026869; HTC027441; HTC027753 | HTC027441 HTC027453 | | | B |
| 134.d | 106 (include entire document: HTC027752-27758); 901/1006/FRCP 26 (improper compilation, exhibit contains multiple individual documents) | HTC024869; HTC026869; HTC027441; HTC027753 | HTC027752 | HTC027758 | | B |
| 135. | 403, 703, 801/802, 805, 901 | https://en.wikipedia.org/wiki/Bluetooth  (reference in Griffin report) | NONE | NONE | | B |
| 136. | 403, 703, 801/802, 805, 901 | https://en.wikipedia.org/wiki/List_of_Bluetooth_profiles  (reference in Griffin report) | NONE | NONE | | B |
| 137. | 403, 703, 801/802, 805, 901 | http://www.radio-electronics.com/info/wireless/bluetooth/profiles.php (reference in Griffin report) | NONE | NONE | | B |
| 138. | 106, 801/802, 901 | https://www.bluetooth.com/specifications/bluetooth-core-specification (reference in Griffin report) | NONE | NONE | | B |
| 139. | 106, 801/802, 901 | https://www.bluetooth.com/specifications/profiles-overview  (reference | NONE | NONE | | B |

A = Expect to Offer
B = May Offer

| | | | | | | |
|---|---|---|---|---|---|---|
| | | in Griffin report) | | | | |
| 140. | 106, 801/802, 901 | https://www.bluetooth.com/specifications/gatt  (reference in Griffin report) | NONE | NONE | | B |
| 141. | 703, 801/802, 901 | https://developer.android.com/guide/topics/connectivity/bluetooth.html (reference in Griffin report) | NONE | NONE | | B |
| 142. | 703, 801/802, 901 | https://developer.android.com/guide/topics/connectivity/bluetooth-le.html  (reference in Griffin report) | NONE | NONE | | B |
| 143.a | DUP (#134.d); 106 (include entire document: HTC027752-27758); 901/1006/FRCP 26 (improper compilation, exhibit contains multiple individual documents) | HTC027756; HTC027773 : HTC027774; HTC029084  (references in Griffin report) | HTC027752 | HTC027758 | | B |
| 143.b | DUP (#133) (include HTC027774); 106; 901/1006/FRCP 26 (improper compilation, exhibit contains multiple individual documents) | HTC027756; HTC027773 : HTC027774; HTC029084  (references in Griffin report) | HTC027773 | HTC027774 | | B |
| 143.c | 106 (include entire document: HTC029080-29087); 901/1006/FRCP 26 (improper compilation, exhibit contains multiple individual documents) | HTC027756; HTC027773 : HTC027774; HTC029084  (references in Griffin report) | HTC029080 | HTC029087 | | B |
| 144. | 703, 801/802, 805, 901 | http://www.radio-electronics.com/info/wireless/wi-fi/ieee-802-11g.php (reference in Griffin report) | NONE | NONE | | B |
| 145. | 403, 703, 801/802, 805, 901 | https://en.wikipedia.org/wiki/Near-field_communication  (reference in Griffin report) | NONE | NONE | | B |
| 146. | 703, 801/802, 805 | http://blog.htc.com/2013/04/introducing-sense-tv/  (reference in Griffin report) | NONE | NONE | | B |

A = Expect to Offer
B = May Offer

| 147. | 403, 703, 801/802, 805 | http://blog.htc.com/2013/06/htc-one-ir-blaster-api-from-color-tiger/ (reference in Griffin report) | NONE | NONE | | B |
|------|-------------------------|---------------------------------------------------------------------------------------------------|------|------|---|---|
| 148. | 801/802, 901, 1002 | Https://www.att.com/support_static_files/manuals/HTC_One.pdf (reference in Griffin report) | NONE | NONE | | B |
| 149.a | 901/1006/ Protective Order (improper compilation, exhibit contains multiple individual documents) | HTC-SC00160 : HTC-SC00293; HTC-SC00115 : HTC-SC00123; HTC-SC0069 : HTC-SC0078; HTC-SC00302 : HTC-SC00314 (references in Griffin report) | HTC-SC00160 | HTC-SC00293 | C | B |
| 149.b | 901/1006/ Protective Order (improper compilation, exhibit contains multiple individual documents) | HTC-SC00160 : HTC-SC00293; HTC-SC00115 : HTC-SC00123; HTC-SC0069 : HTC-SC0078; HTC-SC00302 : HTC-SC00314 (references in Griffin report) | HTC-SC00115 | HTC-SC00123 | C | B |
| 149.c | 901/1006/ Protective Order (improper compilation, exhibit contains multiple individual documents) | HTC-SC00160 : HTC-SC00293; HTC-SC00115 : HTC-SC00123; HTC-SC0069 : HTC-SC0078; HTC-SC00302 : HTC-SC00314 (references in Griffin report) | HTC-SC0069 | HTC-SC0078 | C | B |
| 149.d | 901/1006/ Protective Order (improper compilation, exhibit contains multiple individual documents) | HTC-SC00160 : HTC-SC00293; HTC-SC00115 : HTC-SC00123; HTC-SC0069 : HTC-SC0078; HTC-SC00302 : HTC-SC00314 (references in Griffin report) | HTC-SC0032 | HTC-SC00314 | C | B |
| 150.a | 901/1006/ Protective Order (improper compilation, exhibit contains multiple individual documents) | HTC-SC005 : HTC-SC0066; HTC-SC001 : HTC-SC006; HTC-SC00160 : HTC-SC00293 (references in Griffin report) | HTC-SC005 | HTC-SC0063 | C | B |
| 150.b | 901/1006/ Protective Order (improper compilation, exhibit contains multiple individual documents) | HTC-SC005 : HTC-SC0066; HTC-SC001 : HTC-SC006; HTC-SC00160 : HTC-SC00293 (references in Griffin report) | HTC-SC0064 | HTC-SC0066 | C | B |

A = Expect to Offer
B = May Offer

| 150.c | 901/1006/ Protective Order (improper compilation, exhibit contains multiple individual documents); DUP (#150a) | HTC-SC005 : HTC-SC0066; HTC-SC001 : HTC-SC006; HTC-SC00160 : HTC-SC00293 (references in Griffin report) | HTC-SC001 | HTC-SC004 | C | B |
|---|---|---|---|---|---|---|
| 150.d | 901/1006/ Protective Order (improper compilation, exhibit contains multiple individual documents); DUP (#149a) | HTC-SC005 : HTC-SC0066; HTC-SC001 : HTC-SC006; HTC-SC00160 : HTC-SC00293 (references in Griffin report) | HTC-SC00160 | HTC-SC00293 | C | B |
| 151. | DUP (#149a, 149b, 149c, 149d); 901/1006/ Protective Order (improper compilation, exhibit contains multiple individual documents) | HTC-SC0067 : HTC-SC00314   (references in Griffin report) | HTC-SC0067 HTC-SC0069 HTC-SC0079 HTC-SC0096 HTC-SC00110 HTC-SC00115 HTC-SC00124 HTC-SC00128 HTC-SC00144 HTC-SC00160 HTC-SC00294 HTC-SC00299 HTC-SC00302 | HTC-SC0068 HTC-SC0078 HTC-SC0095 HTC-SC00109 HTC-SC00114 HTC-SC00123 HTC-SC00127 HTC-SC00144 HTC-SC00159 HTC-SC00293 HTC-SC00298 HTC-SC00301 HTC-SC00314 | C | B |
| 152. | 401/402, 403, 703, 801/802, 901, 1002 | _RE file:///C:/Ver%202.7.823329/Doxygen/html/index.html  (reference in Griffin report) | NONE | NONE |  | B |
| 153. | 703, 801/802, 901 | http://www.htc.com/us/support/htc-one/howto/598049.html  (reference in Griffin report) | NONE | NONE |  | B |
| 154. | 703, 801/802, 805, 901, 1002 | _RE file:///C:/Ver%202.7.859666/Doxygen/html/namespacecom_1_1htc_1_1lib3_1_1medialinksharedmodule_1_1htcdlnainterface.html (reference in Griffin report) | NONE | NONE |  | B |
| 155. | 703, 801/802, 901 | http://www.htc.com/us/support/htc-one-m8/howto/465023.html (reference in Griffin report) | NONE | NONE |  | B |
| 156. | 403, 703, 801/802, 805, 901 | https://en.wikipedia.org/wiki/Digital_Living_Network_Alliance | NONE | NONE |  | B |

A = Expect to Offer
B = May Offer

| | | (reference in Griffin report) | | | | |
|---|---|---|---|---|---|---|
| 157. | 403, 703, 801/802, 805, 901 | https://wikileaks.org/sony/docs/07/Documents/@Deals/DirecTV/4k/RVU/DLNA%20Guidelines%20March%202014%20-%20Part%205%20Device%20Profiles.pdf  (reference in Griffin report) | NONE | NONE | | B |
| 158. | 106, 703, 801/802, 901 | https://spirespark.com/dlna/guidelines/ (reference in Griffin report) | NONE | NONE | | B |
| 159.a | 703, 801/802, 901, 1002, 901/1006/FRCP 26 (improper compilation, exhibit contains multiple individual documents) | http://cdn.billiger.com/dynimg/82z1ImlrhgSX90aFpmTDmHt4H9rycHjeBa9LTdXG2DAPXrYY8Gy9d4eEhubQCN0j7-7J9kkX6j7oE8jYFJykrc/Bedienungsanleitung.pdf , https://www.youtube.com/watch?v=Z5EuTE_Qi4Q (reference in Griffin report) | NONE | NONE | | B |
| 159.b | 703, 801/802, 805, 901, 1002, 901/1006/FRCP 26 (improper compilation, exhibit contains multiple individual documents) | http://cdn.billiger.com/dynimg/82z1ImlrhgSX90aFpmTDmHt4H9rycHjeBa9LTdXG2DAPXrYY8Gy9d4eEhubQCN0j7-7J9kkX6j7oE8jYFJykrc/Bedienungsanleitung.pdf , https://www.youtube.com/watch?v=Z5EuTE_Qi4Q (reference in Griffin report) | NONE | NONE | | B |
| 160. | 703, 801/802, 901 | http://dl4.htc.com/web_materials/Manual/HTC_Media_Link_HD/HTC_MediaLinkHD_ReadMeFirst.pdf?_ga=2.196855788.1189088617.1510802323-238579444.1506917980  (reference in Griffin report) | NONE | NONE | | B |
| 161.a | 901/1006/FRCP 26 (improper compilation, exhibit contains multiple individual documents) | HTC004821 : HTC004932   (references in Griffin report) | HTC004821 | HTC004876 | | B |
| 161.b | 901/1006/FRCP 26 (improper compilation, exhibit contains multiple individual documents) | HTC004821 : HTC004932   (references in Griffin report) | HTC004877 | HTC004890 | | B |
| 161.c | 901/1006/FRCP 26 (improper compilation, exhibit contains multiple individual documents) | HTC004821 : HTC004932   (references in Griffin report) | HTC004891 | HTC004932 | | B |
| 162.a | DUP (#149); 901/1006/FRCP 26 (improper compilation, exhibit contains multiple individual | HTC-SC00128:HTC-SC00143; HTC-SC00144: HTC-SC00159 (references in Griffin report) | HTC-SC00128 | HTC-SC00143 | C | B |

A = Expect to Offer
B = May Offer

| | documents) | | | | | |
|---|---|---|---|---|---|---|
| 162.b | DUP (#149); 901/1006/FRCP 26 (improper compilation, exhibit contains multiple individual documents) | HTC-SC00128:HTC-SC00143; <u>HTC-SC00144: HTC-SC00159</u> (references in Griffin report) | HTC-SC00144 | HTC-SC00159 | C | B |
| 163. | | https://www.htcdev.com/devcenter/opensense-sdk/htc-ir-api (reference in Griffin report) | NONE | NONE | | B |
| 164. | 703, 801/802, 805 | http://blog.htc.com/2013/02/calling-all-ir-apps/ (reference in Griffin report) | NONE | NONE | | B |
| 165. | | https://www.htcdev.com/devcenter/opensense-sdk/htc-ir-api/htc-ir-api-and-android-4.4/ (reference in Griffin report) | NONE | NONE | | B |
| 166. | | https://www.htcdev.com/devcenter/opensense-sdk/legacy-apis/htc-ir-api/ (reference in Griffin report) | NONE | NONE | | B |
| 167. | 703, 801/802, 901, 1002 | HtcIrData.html from the HTC sdk/api file: addon-htc_opensense_ir_api.zip (reference in Griffin report) | NONE | NONE | | B |
| 168. | 703, 801/802, 901,1002 | HtcIrInterface.html from the HTC sdk/api file: addon-htc_opensense_ir_api.zip (reference in Griffin report) | NONE | NONE | | B |
| 169. | 403, 703, 801/802, 901 | _RE demo.zip (reference in Griffin report) | NONE | NONE | | B |
| 170. | 401/402, 403, 703, 801/802, 805, 901 | https://en.wikipedia.org/wiki/Shorthand (reference in Griffin report) | NONE | NONE | | B |
| 171. | 703, 801/802, 901 | https://developer.android.com/guide/topics/ui/index.html (reference in Griffin report) | NONE | NONE | | B |
| 172. | 401/402, 403, 703, 801/802, 901, 1002, DUP (#152) | _RE file:///C:/Ver%202.7.823329/Doxygen/html/index.html (reference in Griffin report) | NONE | NONE | | B |
| 173. | 401/402, 403, 703, 801/802, 901, | _RE file:///C:/Ver%202.7.859666/Doxygen/html/index.html (reference | NONE | NONE | | B |

A = Expect to Offer
B = May Offer

| | 1002 | in Griffin report) | | | | |
|---|---|---|---|---|---|---|
| 174. | 703, 801/802, 805, 901, 1002 | http://www.windowscentral.com/htc-sense-tv-app-htc-one-updated-remote-learning-function (reference in Griffin report) | NONE | NONE | | B |
| 175. | 106 (include entire document HTC016840-16853) | HTC016841 (reference in Griffin report) | HTC016840 | HTC016853 | | B |
| 176. | | HTC011331 : HTC011358 (references in Griffin report) | HTC011331 | HTC011358 | | B |
| 177. | 703, 801/802, 805, 901, 1002 | _RE file:///C:/Ver%202.7.859666/Doxygen/html/classcom_1_1htc_1_1lib3_1_1circontrol_1_1_c_i_r_control.html#ad475b225ee5d96e5a48ba58a910f62ef (reference in Griffin report) | NONE | NONE | | B |
| 178. | 703, 801/802, 805, 901, 1002 | _RE file:///C:/Ver%202.7.859666/Doxygen/html/classcom_1_1htc_1_1lib3_1_1circontrol_1_1_c_i_r_control.html#a91b7471a466c3f8a2df8a973750af1e2 (reference in Griffin report) | NONE | NONE | | B |
| 179. | 703, 801/802, 805, 901, 1002 | _RE file:///C:/Ver%202.7.859666/Doxygen/html/namespacecom_1_1htc_1_1lib3_1_1circontrol.html (reference in Griffin report) | NONE | NONE | | B |
| 180.a | DUP (#134.d); 106 (include entire document HTC027752-27758); 901/1006/FRCP 26 (improper compilation, exhibit contains multiple individual documents) | HTC027753:HTC027754; HTC029081 (references in Griffin report) | HTC027752 | HTC027758 | | B |
| 180.b | DUP (#143.d); 106 (include entire document HTC029080-29087); 901/1006/FRCP 26 (improper compilation, exhibit contains multiple individual documents) | HTC027753:HTC027754; HTC029081 (references in Griffin report) | HTC029080 | HTC029087 | | B |

A = Expect to Offer
B = May Offer

| | | | | | |
|---|---|---|---|---|---|
| 181. | | http://www.htc.com/us/accessories/htc-media-link-hd/  (reference in Griffin report) | NONE | NONE | | B |
| 182. | 403, 703, 801/802, 805, 901 | https://en.wikipedia.org/wiki/List_of_Bluetooth_profiles#Audio.2FVideo_Remote_Control_Profile_.28AVRCP.29  (reference in Griffin report) | NONE | NONE | | B |
| 183. | 801/802, 901 | https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=309020  (reference in Griffin report) | NONE | NONE | | B |
| 184. | 403, 703, 801/802, 805, 901 | https://en.wikipedia.org/wiki/Nyquist%E2%80%93Shannon_sampling_theorem  (reference in Griffin report) | NONE | NONE | | B |
| 185. | 703, 801/802, 901, 1002 | https://developer.android.com/reference/android/net/wifi/WifiManager.html  (reference in Griffin report) | NONE | NONE | | B |
| 186. | 106 (include entire document HTC020813-20872) | HTC020813, HTC020867, HTC020816   (references in Griffin report) | HTC020813 | HTC020872 | | B |
| 187. | DUP (#186); 106 (include entire document HTC020813-20872) | HTC020816   (reference in Griffin report) | HTC020813 | HTC020872 | | B |
| 188. | 901/1006/FRCP 26 (improper compilation, exhibit contains multiple individual documents). | HTC037593, HTC037548 : HTC037549   (references in Griffin report) | | | | B |
| 189. | 401/402, 403, 703, 801/802, 901, Dkt No. 148 (striking Mini+), Dkt. No. 153 (dismissing claim 10) | https://www.thegeeksclub.com/htc-mini-accessory-launched-htc-android-phones-specs-features/  (reference in Griffin report) | NONE | NONE | | B |
| 190. | 401/402, 403, 801/802, 901, Dkt No. 148 (striking Mini+), Dkt. No. 153 (dismissing claim 10) | M7_snapshot_settings_2.JPG   (reference in Griffin report) | NONE | NONE | | B |
| 191. | 401/402, 403, 801/802, 901, Dkt No. 148 (striking Mini+), Dkt. No. 153 (dismissing claim 10) | M7_snapshot_settings_3.JPG   (reference in Griffin report) | NONE | NONE | | B |

A = Expect to Offer
B = May Offer

| 192. | 401/402, 403, 703, 801/802, 901, Dkt No. 148 (striking Mini+), Dkt. No. 153 (dismissing claim 10) | http://www.igyaan.in/62169/htc-mini-launched/  (reference in Griffin report) | NONE | NONE | | B |
| 193. | 401/402, 403, 703, 801/802, 901, Dkt No. 148 (striking Mini+), Dkt. No. 153 (dismissing claim 10) | http://www.pocket-lint.com/news/123249-hands-on-htc-mini-is-a-bluetooth-handset-and-remote-for-your-larger-phone  (reference in Griffin report) | NONE | NONE | | B |
| 194. | 401/402, 403, 703, 801/802, 901, Dkt No. 148 (striking Mini+), Dkt. No. 153 (dismissing claim 10) | HTC_Mini_plus_User_Guide.pdf  (reference in Griffin report) | NONE | NONE | | B |
| 195. | 401/402, 403, 703, 801/802, 901, Dkt No. 148 (striking Mini+), Dkt. No. 153 (dismissing claim 10) | http://blog.clove.co.uk/wp-content/uploads/2013/10/HTC_Mini_Plus_User_Guide.pdf (reference in Griffin report) | NONE | NONE | | B |
| 196. | 401/402, 403, 703, 801/802, 901, Dkt No. 148 (striking Mini+), Dkt. No. 153 (dismissing claim 10) | http://www.theunwired.net/?item=quickview-htc-mini-bluetooth-telephone-receiver-and-remote-control-for-htc-one-and-desire-smartphones  (reference in Griffin report) | NONE | NONE | | B |
| 197. | 703, 801/802, 901 | http://www.htc.com/us/support/htc-one-m8/howto/464883.html (reference in Griffin report) | NONE | NONE | | B |
| 198. | | HTC026799 : HTC026839   (references in Griffin report) | HTC026799 | HTC026839 | | B |
| 199. | 106 (include entire document HTC026864-26904) | HTC026885   (reference in Griffin report) | HTC026864 | HTC026904 | | B |
| 200. | 106 (include entire document HTC027759-27821) | HTC027766   (reference in Griffin report) | HTC027759 | HTC027821 | | B |
| 201. | 703, 801/802, 901 | http://www.htc.com/us/support/htc-one-m8/howto/464920.html (reference in Griffin report) | NONE | NONE | | B |

A = Expect to Offer
B = May Offer

| 202. | 703, 801/802, 901, 1002 | https://support.t-mobile.com/docs/DOC-10357  (reference in Griffin report) | NONE | NONE | | B |
| 203. | 703, 801/802, 901, 1002, NP (document does not exist) | http://www.htc.com/us/support/htc-one/howto/365683.html  (reference in Griffin report) | NONE | NONE | | B |
| 204. | 703, 801/802, 901 | https://developer.qualcomm.com/download/sd600/wcd9311-audio-codec-device-specification.pdf  (reference in Griffin report) | NONE | NONE | | B |
| 205. | 401/402, 403, 703, 801/802, 901, Dkt No. 148 (striking Mini+), Dkt. No. 153 (dismissing claim 10) | http://www.htc.com/in/accessories/htc-mini-plus/  (reference in Griffin report) | NONE | NONE | | B |
| 206. | 401/402, 403, 703, 801/802, 901, Dkt No. 148 (striking Mini+), Dkt. No. 153 (dismissing claim 10) | https://www.youtube.com/watch?v=wcMV0VE55bo  (reference in Griffin report) | NONE | NONE | | B |
| 207. | 401/402, 403, 703, 801/802, 901, Dkt No. 148 (striking Mini+), Dkt. No. 153 (dismissing claim 10) | https://www.youtube.com/watch?v=Jvvif49IRHg  (reference in Griffin report) | NONE | NONE | | B |
| 208. | 401/402, 403, 703, 801/802, 901, Dkt No. 148 (striking Mini+), Dkt. No. 153 (dismissing claim 10) | https://www.youtube.com/watch?v=c_3E40ozJGM  (reference in Griffin report) | NONE | NONE | | B |
| 209. | 401/402, 403, 703, 801/802, 901, Dkt No. 148 (striking Mini+), Dkt. No. 153 (dismissing claim 10) | https://www.slashgear.com/htc-one-software-update-earns-mini-support-and-a-google-keyboard-21294467/  (reference in Griffin report) | NONE | NONE | | B |
| 210. | NP; not a document or exhibit (component name) | CSR 57E687CG   (reference in Griffin report) | NONE | NONE | | B |
| 211. | 401/402, 403, 703, 801/802, 901, Dkt No. 148 (striking Mini+), | http://www.htc.com/sea/support/htc-mini-plus/news/  (reference in | NONE | NONE | | B |

A = Expect to Offer
B = May Offer

| | | | | | | |
|---|---|---|---|---|---|---|
| | Dkt. No. 153 (dismissing claim 10) | Griffin report) | | | | |
| 212. | 401/402, 403, 703, 801/802, 901, Dkt. No. 148 (striking Mini+), Dkt. No. 153 (dismissing claim 10) | http://dl4.htc.com/managed-assets/support/software/HTC%20Mini/4.13.997.1.dfu?_ga=2.266865998.1568063475.1514305282-238579444.1506917980  (reference in Griffin report) | NONE | NONE | | B |
| 213. | 401/402, 403, 703, 801/802, 805, 901, Dkt. No. 148 (striking Mini+), Dkt. No. 153 (dismissing claim 10) | _RE file:///C:/Ver%202.7.859666/Doxygen/html/classcom_1_1htc_1_1tiber2_1_1tools_1_1_alert_dialog_factory.html#a298cfd21a56d864af4be0751cb14661c  (reference in Griffin report) | NONE | NONE | | B |
| 214. | 401/402, 403, 703, 801/802, 901, Dkt. No. 148 (striking Mini+), Dkt. No. 153 (dismissing claim 10) | _RE file:///C:/Ver%202.7.859666/Searches/Mini+.htm   (reference in Griffin report) | NONE | NONE | | B |
| 215. | 703, 801/802, 805, 901, 1002 | http://www.androidbeat.com/2014/02/heres-can-measure-heart-rate-galaxy-s4-s3-htc-one-lg-g2-phones  (reference in Griffin report) | NONE | NONE | | B |
| 216. | 703, 801/802, 805, 901 | https://www.cnet.com/news/htc-joins-forces-with-under-armour-for-high-tech-fitness/  (reference in Griffin report) | NONE | NONE | | B |
| 217. | 703, 801/802, 805, 901 | https://www.youtube.com/watch?v=rxTH6cwdngw  (reference in Griffin report) | NONE | NONE | | B |
| 218. | 703, 801/802, 805, 901 | https://techcrunch.com/2015/03/01/htc-grip/  (reference in Griffin report) | NONE | NONE | | B |
| 219. | DUP (#164); 703, 801/802, 805 | http://blog.htc.com/2013/02/calling-all-ir-apps/  (reference in Griffin report) | NONE | NONE | | B |
| 220. | 403, 801/802, 805 | Expert Report of Roy A. Griffin III, December 28, 2017 | | | C | B |
| 221. | 403, 801/802, 805, 901 | Curriculum Vitae of Roy A. Griffin III (Exhibit B to Griffin report) | | | | A |
| 222. | 403, 801/802, 805 | Claim Charts (Exhibit C to Griffin report) | | | C | A |

A = Expect to Offer
B = May Offer

| 223. | 403, 801/802, 805, 901 | Curriculum Vitae of Dr. Oded Gottesman (Exhibit B to Gottesman report) | | | | A |
|---|---|---|---|---|---|---|
| 224. | 403, 801/802, 805 | Rebuttal Expert Report of Dr. Oded Gottesman, January 17, 2018 | | | | B |
| 225. | 403, 801/802, 805, 901 | Documents Considered by Dr. Oded Gottesman (Exhibit A to Gottesman report) | | | | B |
| 226. | 701, 801/802, 805, 901 | Articles related to IR Blaster/Android Forum (Exhibit C to Gottesman report) | | | | A |
| 227. | FRCP 32; ND | Deposition of Ho Chia Chu | | | | A |
| 228. | FRCP 32 | Deposition of Hisu Fen Lai | | | | A |
| 229. | FRCP 32; ND | Deposition of Tung Shan Wei | | | | A |
| 230. | FRCP 32; ND | Deposition of Sivasubramanian Muthukumarasamy | | | | A |
| 231. | FRCP 32; ND | Deposition of Robert L. Myers | | | | A |
| 232. | 401/402, 403, 901, FRCP 26 | Salazar family photographs (Nos. 1-24) | | | | A |
| 233. | DUP (#48), 703, 801/802, 805, 901 | http://www.businessinsider.com/worlds-first-smartphone- simon-launched-before-iphone-2015-6 (Fn. 1 to Dr. Gottesman's expert report) | NONE | NONE | | A |
| 234. | 401/402, 703, 801/802, 805, 901 | http://fortune.com/fortune500/texas-instruments/ (Fn. 9 to Dr. Gottesman's expert report) | NONE | NONE | | A |
| 235. | DUP (#234), 401/402, 703, 801/802, 805, 901 | http://fortune.com/fortune500/texas-instruments/ (Fn. 10 to Dr. Gottesman's expert report) | NONE | NONE | | A |
| 236. | 403, 701, 703, 801/802, 805, 901 | Does the HTC 10 have an IR Blaster? - Android Forums at AndroidCentral.com (Exhibit C to Dr. Gottesman's expert report) | NONE | NONE | | A |
| 237. | 701, 703, 801/802, 805, 901 | Back from the dead: why do 2013's best smartphones have IR blasters? - The Verge (Exhibit C to Dr. Gottesman's expert report) | NONE | NONE | | A |
| 238. | 401/402, 403, 701, 703, 801/802, | I think I want the IR blaster back on Samsung devices – SamMobile | NONE | NONE | | A |

A = Expect to Offer
B = May Offer

| | | | | | | |
|---|---|---|---|---|---|---|
| | 805, 901 | (Exhibit C to Dr. Gottesman's expert report) | | | | |
| 239. | DUP (#1) | U.S. Patent 8,502,467 | | | | A |
| 240. | DUP (#2), FRCP 26 | Prosecution History of U.S. Patent 8,502,467 | | | | A |
| 241. | DUP (#223), 403, 801/802, 805, 901 | Curriculum Vitae of Dr. Oded Gottesman (Exhibit B to Gottesman report) | NONE | NONE | | A |
| 242. | DUP (#223), 403, 801/802, 805 | Rebuttal Expert Report of Dr. Oded Gottesman (January 17, 2018) | NONE | NONE | | B |
| 243. | | Expert Report of Andrew Wolfe, Ph.D. Regarding the Validity of U.S. Patent 8,502,467 (January 17, 2018) and all documents and exhibits references therein | NONE | NONE | | B |
| 244. | DUP (#220-222), 403, 801/802, 805, 901 | Initial Expert Report of Roy A. Griffin III (December 28, 2017) and all documents and exhibits references therein | NONE | NONE | C | B |
| 245. | DUP (#122-130), 403, 801/802, 805, 901, 1006, SM | Expert Report of Justin R. Blok (December 29, 2017) and all documents and exhibits references therein | NONE | NONE | C | B |

## HTC'S OBJECTION KEY

| ABBREVIATION | DEFINITION |
|---|---|
| DUP | Duplicative |
| NP | Not produced |
| SM | Subject to motion (Daubert and/or motion in limine) |
| ND | Testimony has not been designated |
| FRCP 26 | Proposed exhibit not separately identified either by BATES number (or similar identifying designation) or as a separate, stand alone document |
| FRCP 32 | Deposition not admissible as exhibit |

A = Expect to Offer
B = May Offer