# EXHIBIT E

**EXHIBIT E**

**DEFENDANT HTC CORPORATION'S UPDATED TRIAL EXHIBIT LIST**

| DX NO | SALAZAR'S OBJECTIONS | EXHIBIT DESCRIPTION | BEGINNING BATES NUMBER | ENDING BATES NUMBER | CONF | CAT |
|---|---|---|---|---|---|---|
| DX001 | | U.S. Patent No. 5,802,467 | SALAZAR- 496 | SALAZAR- 521 | | A |
| DX002 | | File History for U.S. Patent No. 5,802,467 | SALAZAR- 001 | SALAZAR- 495 | | A |
| DX003 | R | U.S. Patent No. 5,537,608 ("Beatty") | HTC039243 | HTC039258 | | A |
| DX004 | R | U.S. Patent No. 5,179,680 ("Colwell") | HTC026211 | HTC026245 | | A |
| DX005 | R | U.S. Patent No. 5,410,326 ("Goldstein") | HTC026246 | HTC026290 | | A |
| DX006 | R | U.S. Patent No. 5,465,401 ("Thompson") | HTC026291 | HTC026310 | | A |
| DX007 | R | U.S. Patent No. 4,623,887 ("Welles") | HTC038568 | HTC038592 | | A |
| DX008 | R | U.S. Patent No. 4,802,114 ("Sogame") | HTC039235 | HTC039242 | | A |
| DX009 | R | U.S. Patent No. 4,866,434 ("Keenan") | HTC038593 | HTC038603 | | A |
| DX010 | R | U.S. Patent No. 4,918,439 ("Wozniak") | HTC038604 | HTC038791 | | A |
| DX011 | R | U.S. Patent No. 5,138,649 ("Krisbergh") | Legible copy of SALAZAR- 268 | Legible copy of SALAZAR- 278 | | A |
| DX012 | H, A, BE, R | "IBM Simon." *Wikipedia,* https://en.wikipedia.org/w/index.php?title=IBM_Simon&oldid=812406507. | HTC039190 | HTC039193 | | A |
| DX013 | H, A, BE, R | "Simonizing the PDA." *Byte.com,* Dec. 1994, https://archive.is/F5d06. | HTC039186 | HTC039189 | | A |
| DX014 | H, A, R | IBM Simon User's Manual, 1994 | HTC039194 | HTC039234 | | A |
| DX015 | | Molero-Castro, L., Description of Variables, Innovative Intelcom Industries, January 10, 1995 [Salazar depo Ex. 2] | SALAZAR- CONFIDENTIAL- 587 | SALAZAR- CONFIDENTIAL- 595 | CONF | B |
| DX016 | | Disclosure Agreement Between L. Molero-Castro and J. Salazar dated May 25, 1993 [Salazar depo Ex. 3] | SALAZAR- CONFIDENTIAL- 578 | SALAZAR- CONFIDENTIAL-578 | CONF | B |

A = Expect to Offer
B = May Offer

| DX NO | SALAZAR'S OBJECTIONS | EXHIBIT DESCRIPTION | BEGINNING BATES NUMBER | ENDING BATES NUMBER | CONF | CAT |
|---|---|---|---|---|---|---|
| DX017 | | Contract Between L. Molero-Castro and J. Salazar dated July 2, 1993 [Salazar depo Ex. 4] | SALAZAR-CONFIDENTIAL- 596 | SALAZAR-CONFIDENTIAL- 598 | CONF | B |
| DX018 | H, R, O | Letter from J. Dimatteo to C. Spencer Requesting Prior Art Search dated January 6, 1995 [Salazar depo Ex. 5] | SALAZAR-CONFIDENTIAL- 575 | SALAZAR-CONFIDENTIAL- 576 | CONF | A |
| DX019 | H, R | Letter from J. Salazar to D. Moloney/Motorola Broadband Communications Sector Regarding Patent License Agreement 1023 dated July 30, 2006 [Salazar depo Ex. 8] | SALAZAR-CONFIDENTIAL- 577 | SALAZAR-CONFIDENTIAL- 577 | CONF | A |
| DX020 | R | Asset Assignment and Debt Satisfaction Agreement Between Innovative Intelcom Industries and Salazar dated December 14, 2006 [Salazar depo Ex. 9] | SALAZAR-CONFIDENTIAL- 559 | SALAZAR-CONFIDENTIAL- 559 | CONF | A |
| DX021 | H, R | Draft of Letter from R. Eisert to S. Meyers/General Instrument Corporation Regarding Exclusive License Under U.S. Patent No. 5,138,649 dated March 3, 1995 [Salazar depo Ex. 10] | SALAZAR-CONFIDENTIAL- 574 | SALAZAR-CONFIDENTIAL- 574 | CONF | A |
| DX022 | H, R | Innovative Intelcom Industries Annual Meeting of Shareholders Presentation dated May 26, 1995 [Salazar depo Ex. 11] | SALAZAR-CONFIDENTIAL- 611 | SALAZAR-CONFIDENTIAL- 616 | CONF | A |
| DX023 | R | U.S. Patent Pub. No. 2005/0054289 A1 ("Salazar '489") [Meyers depo Ex. 14] | HTC038550 | HTC038567 | | A |
| DX024 | R | Declaration and Power of Attorney of J. Salazar, L. Molero-Castro, and R. Meyers for Provisional Patent Application 10/656633 dated August 2003 [Meyers depo Ex. 15] | NONE | NONE | | A |
| DX025 | | U.S. Patent No. 5,802,467 | Legible copy of SALAZAR- 496 | Legible copy of SALAZAR- 521 | | A |
| DX026 | H, A, R | Qualcomm Snapdragon 600 Processor APQ8064 Data Sheet at 19, available online at https://www.qualcomm.com/documents/snapdragon-600-apq-8064-data-sheet [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | A |
| DX027 | H, A, R | Qualcomm Snapdragon 810 Processor Product Brief, available online at https://www.qualcomm.com/media/documents/files/snapdragpn-810-processor-product-brief [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | B |

A = Expect to Offer
B = May Offer

| DX NO | SALAZAR'S OBJECTIONS | EXHIBIT DESCRIPTION | BEGINNING BATES NUMBER | ENDING BATES NUMBER | CONF | CAT |
|---|---|---|---|---|---|---|
| DX028 | H, A, BE, R | AnandTech, "Qualcomm's Snapdragon 801 (MSM8974AC): The New 32-bit Flagship Until 805," (Feb. 24, 2014), available online at http://www.anandtech.com/show/7783/qualcomms-snapdragon-801-msm8974ac-the-new032bit-flagship-until-805 [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | B |
| DX029 | H, A, R | Qualcomm Snapdragon 801 Processor Product Brief, available online at https://www.qualcomm.com/media/documents/files/snapdragon-801-processor-product-brieg [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | B |
| DX030 | H, A, R | BCM4330 Datasheet, available online at http://www.datasheetq.com/datasheet-download/713750/1/Broadcom/BCM4330?lang=en [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | A |
| DX031 | H, A, BE, R | BCM43353 Datasheet, available online at http://pdf1.alldatasheet.com/datasheetpdf/view/828933/CYPRESS/BCM43353.html [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | A |
| DX032 | H, A, BE, R | PN544 datasheet, available online at http://www.datasheet4u.com/datasheet-pdf/NXPSemiconductors/PN544/pdf.php?id=706823 [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | A |
| DX033 | R | HTC-SC0005-63 (HtcIrInterfaceCpp) [Wolfe's Rebuttal Noninfringement Report] | HTC-SC0005 | HTC-SC0063 | CONF | B |
| DX034 | H, A, BE, R | http://peel.freshdesk.com/support/solutions/articles/19000008374-i-can-t-find-my-tv-from-the-list-provided- [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | B |
| DX035 | | International Distributor Agreement [Lai depo Ex 2] | HTC037528 | HTC037547 | CONF | A |
| DX036 | R, 403, C | HTC America, Inc. Invoice, June 17, 2013 [Lai depo Ex 2] | HTC037608 | HTC037608 | CONF | A |
| DX037 | R, 403, C | HTC America, Inc. Invoice, August 16, 2014 [Lai depo Ex 2] | HTC037609 | HTC037609 | CONF | A |
| DX038 | R, 403, C | HTC America, Inc. Invoice, March 21, 2014 [Lai depo Ex 2] | HTC037610 | HTC037610 | CONF | A |

A = Expect to Offer
B = May Offer

| DX NO | SALAZAR'S OBJECTIONS | EXHIBIT DESCRIPTION | BEGINNING BATES NUMBER | ENDING BATES NUMBER | CONF | CAT |
|---|---|---|---|---|---|---|
| DX039 | R, 403, C | HTC America, Inc. Invoice, April 3, 2015 [Lai depo Ex 2] | HTC037611 | HTC037611 | CONF | A |
| DX040 | R, 403, C | HTC America, Inc. Invoice, March 28, 2013 [Lai depo Ex 2] | HTC037612 | HTC037612 | CONF | A |
| DX041 | R, 403, C | HTC America, Inc. Invoice, March 30, 2013 [Lai depo Ex 2] | HTC037613 | HTC037613 | CONF | A |
| DX042 | R, 403, C | HTC America, Inc. Invoice, April 16, 2013 | HTC037614 | HTC037614 | CONF | B |
| DX043 | R, 403, C | HTC America, Inc. Invoice, March 3, 2015 | HTC037615 | HTC037615 | CONF | B |
| DX044 | R, 403, C | HTC America, Inc. Invoice, March 14, 2014 | HTC037616 | HTC037616 | CONF | B |
| DX045 | R, 403, C | HTC America, Inc. Invoice, March 22, 2014 | HTC037617 | HTC037617 | CONF | B |
| DX046 | R, 403, C | HTC America, Inc. Invoice, October 31, 2014 | HTC037618 | HTC037618 | CONF | B |
| DX047 | R, 403, C | HTC America, Inc. Invoice, October 31, 2014 | HTC037619 | HTC037619 | CONF | B |
| DX048 | R, 403, C | HTC America, Inc. Invoice, March 21, 2015 | HTC037620 | HTC037620 | CONF | B |
| DX049 | R, 403, C | HTC America, Inc. Invoice, March 18, 2015 | HTC037621 | HTC037621 | CONF | B |
| DX050 | R, 403, C | HTC America, Inc. Invoice, March 24, 2015 | HTC037622 | HTC037622 | CONF | B |
| DX051 | | Master Purchase Agreement (MPA) between Sprint and HTC Corp., May 19, 2008 | HTC038162 | HTC038278 | CONF | A |
| DX052 | | Amendment 6 to MPA between Sprint and HTC Corp., June 9, 2010 | HTC038279 | HTC038280 | CONF | A |
| DX053 | H, A, R, C | HTC One (M8) for Windows User Guide | HTC000396 | HTC000508 | | B |
| DX054 | H, A, R, C | HTC One (M8) for Windows Verizon User Guide | HTC000511 | HTC000693 | | B |
| DX055 | H, A, R, C | HTC One (M8) User Guide | HTC001165 | HTC001358 | | B |
| DX056 | H, A, R, C | HTC One (M8) Verizon User Guide | HTC001557 | HTC001872 | | B |
| DX057 | H, A, R, C | HTC One (M9) User Guide | HTC001873 | HTC002081 | | B |
| DX058 | H, A, R, C | HTC One (M9) Sprint User Guide | HTC002490 | HTC002796 | | B |
| DX059 | H, A, R, C | HTC One (M9) Verizon User Guide | HTC003226 | HTC003546 | | B |
| DX060 | H, A, R, C | HTC One User Guide | HTC003734 | HTC003914 | | B |

A = Expect to Offer
B = May Offer

| DX NO | SALAZAR'S OBJECTIONS | EXHIBIT DESCRIPTION | BEGINNING BATES NUMBER | ENDING BATES NUMBER | CONF | CAT |
|---|---|---|---|---|---|---|
| DX061 | H, A, R, C | HTC One Sprint User Guide | HTC003915 | HTC004151 | | B |
| DX062 | H, A, R, C | HTC One User Guide | HTC004154 | HTC004339 | | B |
| DX063 | H, A, R, C | HTC One Verizon User Guide | HTC004529 | HTC004820 | | B |
| DX064 | H, A, R | IR Remote Functional Specification for Sense 5.0, December 19, 2012 | HTC004821 | HTC004876 | CONF | A |
| DX065 | H, A, R | HTC Gesture Remote, Sense 5.0, December 17, 2012 | HTC004891 | HTC004932 | CONF | A |
| DX066 | H, A, R | MaxQ614 Datasheet, September 2012 | HTC011331 | HTC011358 | | A |
| DX067 | H, A, R | M7 Schematics, July 13, 2012 | HTC016840 | HTC016853 | CONF | A |
| DX068 | H, A, R | M7 Schematics, January 11, 2013 | HTC020813 | HTC020872 | CONF | A |
| DX069 | H, A, R | M8 Schematics, January 17, 2014 | HTC024869 | HTC024933 | CONF | A |
| DX070 | H, A, R | W8 Logic Specification, revised July 30, 2014 | HTC026864 | HTC026904 | CONF | A |
| DX071 | H, A, R | W8 Schematics, July 30, 2014 | HTC027441 | HTC027506 | CONF | A |
| DX072 | H, A, R | W8 VZW Feature Sheet, July 31, 2014 | HTC027752 | HTC027758 | CONF | A |
| DX073 | H, A, R | W8 Product Requirements, April 9, 2014 | HTC027759 | HTC027812 | CONF | A |
| DX074 | H, A, R | M9 VZW Feature Sheet, August 19, 2014 | HTC029080 | HTC029087 | CONF | A |
| DX075 | H, A, R | M9 Schematics, January 16, 2015 | HTC037548 | HTC037599 | CONF | A |
| DX076 | H, A, R | M9  Block Diagram, November 7, 2014 | HTC038817 | HTC038817 | CONF | A |
| DX077 | H, A, R | Sense 5 Application Brief V1.3f, February 7, 2013 | HTC029830 | HTC030052 | CONF | A |
| DX078 | H, A, R | M7 Merchandising Proposal, April 16, 2013 | HTC030269 | HTC030309 | CONF | B |
| DX079 | H, A, R, BE | HTC One - One Pager, May 22, 2013 | HTC030669 | HTC030670 | | B |
| DX080 | H, A, R, BE | HTC One Retail Store Training – HTC One Global Speaker Notes, June 11, 2013 | HTC031026 | HTC031082 | CONF | B |
| DX081 | H, A, R, BE | Gartner - Forecast Analysis: Mobile Phone Production and Semiconductors, Worldwide, 2Q13 Update, July 16, 2013 | HTC031912 | HTC031937 | CONF | B |

A = Expect to Offer
B = May Offer

| DX NO | SALAZAR'S OBJECTIONS | EXHIBIT DESCRIPTION | BEGINNING BATES NUMBER | ENDING BATES NUMBER | CONF | CAT |
|---|---|---|---|---|---|---|
| DX082 | H, A, R, BE | HTC Brand Tracking Research United States Report – H1 2013 | HTC032361 | HTC032428 | CONF | B |
| DX083 | H, A, R, BE | Gartner – Hype Cycle for Consumer Services and Mobile Applications, July 31, 2013 | HTC032690 | HTC032783 | CONF | B |
| DX084 | H, A, R, BE | Gartner – Market Trends: Production of Smartphones by EMS Companies and ODMs, Worldwide, 2013, September 20, 2013 | HTC032990 | HTC033002 | CONF | B |
| DX085 | H, A, R, BE | Gartner – Forecast Analysis: Devices, Worldwide, 3Q13 Update, October 9, 2013 | HTC033159 | HTC033172 | CONF | B |
| DX086 | H, A, R, BE | Gartner – Forecast Analysis: Consumer Electronics Semiconductor Revenue and Unit Production, Worldwide, 3Q13 Update, October 10, 2013 | HTC033173 | HTC033215 | CONF | B |
| DX087 | H, A, R, BE | M8 Training Deck – The all new HTC One (M8), March 3, 2014 | HTC034005 | HTC034081 | CONF | B |
| DX088 | H, A, R, BE | HTC One M8 – One Pager, March 4, 2014 | HTC034082 | HTC034083 | CONF | B |
| DX089 | H, A, R, BE | HTC USA Consumer Market Report – Data to Q1 2014 – Kantar World Panel, May 9, 2014 | HTC034496 | HTC034570 | CONF | B |
| DX090 | H, A, R, BE | HTC USA Consumer Market Report – Data to Q2 2014 – Kantar World Panel, August 13, 2014 | HTC035096 | HTC035167 | CONF | B |
| DX091 | H, A, R, BE | W8 Poster 22x28, August 13, 2014 | HTC035172 | HTC035172 | | B |
| DX092 | H, A, R, BE | HTC M9 v. G4 - One Pager, July 14, 2015 | HTC036655 | HTC036656 | | B |
| DX093 | H, A, R, BE | HTC US Consumer Market Report Q3 2015 – Kantar World Panel, October 20, 2015 | HTC036657 | HTC036723 | CONF | B |
| DX094 | | Plaintiff Joe Andrew Salazar's Second Amended Responses and Objections to Defendant HTC Corporation's First Set of Interrogatories (Nos. 1-12), served September 7, 2017 | NONE | NONE | | B |
| DX095 | | Subpoena to Peel Technologies, Inc. with Exhibit A [Muthukumarasamy 1/8/18 Deposition, Exhibit 1] | NONE | NONE | | B |
| DX096 | | http://getpronto.com/en (reference in Blok report) | NONE | NONE | | A |

A = Expect to Offer
B = May Offer

| DX NO | SALAZAR'S OBJECTIONS | EXHIBIT DESCRIPTION | BEGINNING BATES NUMBER | ENDING BATES NUMBER | CONF | CAT |
|-------|----------------------|--------------------|------------------------|---------------------|------|-----|
| DX097 | | HTC IR Component Costs | HTC038161 | HTC038161 | CONF | A |

## SALAZAR'S OBJECTION KEY

| ABBREVIATIONS FOR SALAZAR'S OBJECTIONS TO HTC'S EXHIBIT LIST | |
|---|---|
| R = Lacks Relevance (FRE 401/402) | MIL = Subject to motion *in limine* |
| H = Hearsay (FRE 802) | A = Lacks authentication (FRE 901) |
| O = Improper Opinion (FRE 701/702) | NT = contains text in a foreign language that is not translated into English |
| F = Lacks Foundation/Speculative (FRE 602) | 26(a) = Exhibit inadmissible during expert testimony where expert did not disclose document in deposition or expert report served pursuant to Fed. R Civ. P 26(a)(2)(B) |
| V = Vague/Ambiguous | I = Improper/Incomplete Document |
| P = Protected by Privilege | S = Speculation |
| 408 = Settlement (FRE 408) | 403 = Unduly prejudicial/confusion/waste of time/misleading (FRE 403) |
| LC = Legal Conclusion | AF = Assumes facts not in evidence |
| C or D = Cumulative/Duplicated Exhibit | M = contains more than one documents or is an improper collection of documents |
| BE = Best Evidence (FRE 1001-1008) | 703 = relied upon by expert, but otherwise inadmissible (FRE 703) |
| ILL = Illegible | U = Untimely (*e.g.*, not produced in discovery) |
| ID = Incorrect Description | |

A = Expect to Offer
B = May Offer