# EXHIBIT F

**PLAINTIFF JOE ANDREW SALAZAR'S UPDATED DEPOSITION
DESIGNATIONS AND HTC CORPORATION'S OBJECTIONS
AND COUNTER DEPOSITION DESIGNATIONS**

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and the Court's Eighth Amended Docket Control Order (Dkt. 212), Plaintiff Joe Andrew Salazar ("Salazar") hereby submits the following designations from the depositions of those witnesses whose testimony Salazar expects to present at trial by deposition, or may present by deposition if the need arises.

These deposition designations do not identify those witnesses whose testimony Salazar may choose to counter-designate, and Salazar hereby reserves the right to counter-designate the testimony of any witness whose deposition testimony is designated by Defendant HTC Corporation ("HTC") and/or proffered by HTC at trial.  Likewise, these deposition designations do not include deposition testimony that Salazar may use to cross-examine any witness called at trial, and Salazar hereby reserves the right to use deposition testimony to cross-examine and/or impeach any witness called live or by deposition at trial by any party, regardless of whether that witness's testimony is designated herein.  Salazar further reserves the right to present witnesses by deposition and designate their deposition testimony in the event that they become unavailable for trial.

In addition, Salazar reserves the right to amend and/or supplement these Deposition Designations to add or delete deposition testimony as allowed by the Court and law, including to add rebuttal and/or counter-designations, and counter-counter designations, as contemplated by the Court's Eighth Amended Docket Control Order (Dkt. 212), in rebuttal to HTC's case, arguments or evidence, for purposes of authenticating evidence, and/or in response to any deposition testimony designated or counter-designated by HTC.  Salazar notes that his designation

1

of any deposition testimony herein is not an admission that such testimony would be admissible if proffered by HTC and Salazar reserves the right to withdraw or choose not to offer the designated deposition testimony, in whole or in part.

At this time, Salazar identifies the following deposition designations in alphabetical order:

*[continued on next page]*

**PLAINTIFF JOE ANDREW SALAZAR'S UPDATED DEPOSITION DESIGNATIONS**

| Deponent | Date of Deposition | Salazar's Initial Designations | HTC's Objections | HTC's Counter-Designation | Salazar's Objections | Salazar's Counter-Counter Designations | HTC's Objections |
|---|---|---|---|---|---|---|---|
| Blok, Justin | January 24, 2018 | | | | | | |
| Ho, Chia Chu | December 1, 2017 | 17:9 – 19:15 | | | | | |
| Gottesman, Oded | February 19, 2018 | | | | | | |
| Griffin, Roy | January 23, 2018 | | | | | | |
| Griffin, Roy | February 9, 2018 | | | | | | |
| Lai, Hsiu Fen | December 1, 2017 | 11:1 – 18:25 | 11:1-12:9 – 401/402; 403 | 7:16-23 | | | |
| | | | 12:10-12 – 401; objectionable as compound | 12:13-15 | | | |
| | | | 12:16-19 – 401/402, 403, objectionable as asked and answered | 15:14-20 | | | |
| | | | 13:9-14 – objectionable as vague and ambiguous | 15:22 | | | |
| | | | 13:15-15:13 – 401/402, 403 | 19:18-21 | | | |

| Deponent | Date of Deposition | Salazar's Initial Designations | HTC's Objections | HTC's Counter-Designation | Salazar's Objections | Salazar's Counter-Counter Designations | HTC's Objections |
|---|---|---|---|---|---|---|---|
| | | | 17:20-25 – objectionable as vague and ambiguous | 19:23-25 | | | |
| | | | 18:1-7 – 401/402, 403 | 20:3-6 | | | |
| | | | 18:18-25 – 401/402, 403 | 20:8-10 | | | |
| | | | | 22:15-23:11 | | | |
| | | | | 24:13-15 | | | |
| | | | | 26:9-18 | | | |
| | | | | 26:22-25 | | | |
| | | | | 27:10-15 | | | |
| | | | | 27:17-19 | | | |
| | | | | 27:23-28:1 | | | |
| | | | | 28:6-12 | | | |
| | | | | 29:2-5 | | | |
| | | | | 36:14-15 | | | |
| | | | | 36:17-23 | | | |
| | | | | 45:6-13 | | | |
| | | | | 45:22-46:7 | | | |
| | | | | 46:15-17 | | | |
| | | | | 46:19-21 | | | |
| | | | | 46:25-47:1 | | | |
| | | | | 47:3-48:19 | | | |
| Lam, Vincent | March 22, 2018 | | | | | | |
| Muthukumasamy, Sivasubramanian | January 8, 2018 | 25:7-29:21 | | | | | |

| Deponent | Date of Deposition | Salazar's Initial Designations | HTC's Objections | HTC's Counter-Designation | Salazar's Objections | Salazar's Counter-Counter Designations | HTC's Objections |
|---|---|---|---|---|---|---|---|
| Myers, Robert | December 21, 2017 | | | | | | |
| Salazar, Joe Andrew | December 20, 2017 | | | | | | |
| Wei, Tung Shan | December 1, 2017 | | | | | | |
| Wolfe, Andrew | January 31, 2018 | | | | | | |
| Ho, Chia Chu "Robbie" and Wei, Tung Shan "Brian" | March 30, 2018 (March 29, 2018 EST) | 23:1-20 | | | | | |
| | | 23:21-24:17 | | | | | |
| | | 24:18-26-24 | | | | | |
| | | 28:18-25 | | | | | |
| | | 32:18-33:1 | | | | | |
| | | 33:2-9 | | | | | |
| | | 33:10-19 | | | | | |
| | | 34:18-35:6 | | | | | |
| | | 46:22-25, 47:5-15, 48:12-49:4, 49:23-51:5 | | | | | |