# EXHIBIT G

## EXHIBIT G

## HTC'S CORPORATION'S DEPOSITION DESIGNATIONS

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A) and the Eighth Amended Docket Control Order (D.I. 212), Defendant HTC Corporation ("Defendant") hereby serves its affirmative designations of those witnesses whose testimony Defendant may present at trial by means of deposition for issues in which Defendant holds the burden of proof (e.g., invalidity).

Defendant serves these deposition designations subject to and without waiver of its motions *in limine*, motions to exclude certain evidence, *Daubert* motions, and challenges to experts. Defendant reserves the right to modify, amend, or supplement these designations in response to rulings by the Court (including on any motions). Defendant also reserves the right to present deposition testimony from any witness designated by Plaintiff for purposes of impeachment or during the examination of its expert witnesses.


| DEPOSITION OF ROBERT L. MEYERS – DECEMBER 21, 2017 | | | | |
|---|---|---|---|---|
| **HTC's Initial Designations** | **Salazar's Objections** | **Salazar's Counter-Designations** | **HTC's Objections to Salazar's Counter-Designations** | **Court Ruling** |
| 4:7-14 | | None | None | |
| 5:11-17 | | | | |
| 7:8-23 | | | | |
| 8:20 – 9:1 | | | | |
| 11:25 – 12:10 | | | | |
| 17:12-20 | | | | |
| 18:5-14 | | | | |
| 22:11-23:5 | 401/402, S, VA, 602P, 602F | | | |
| 23:17-19 | 401/402, S, VA, 602P, 602F | | | |
| 24:13 – 25:5 | 401/402, S, VA, 602P, 602F | | | |
| 31:20-25 | 401/402, S, VA, 602P, 602F | | | |
| 32:5-8 | 401/402, S, VA, 602P, 602F | | | |

| DEPOSITION OF JOE ANDREW SALAZAR – DECEMBER 20, 2017 | | | | |
|---|---|---|---|---|
| HTC'S INITIAL DESIGNATIONS | SALAZAR'S OBJECTIONS | SALAZAR'S COUNTER-DESIGNATIONS | HTC'S OBJECTIONS TO SALAZAR'S COUNTER-DESIGNATIONS | COURT RULING |
| 4:7-12 | | None | None | |
| 8:6-10 | | | | |
| 30:6-7 | | | | |
| 30:15-18 | LC | | | |
| 30:20-23 | LC | | | |
| 30:25-31:4 | LC | | | |
| 42:6-7 | 602F, VA, 701, 702 | | | |
| 42:9 | 602F, VA, 701, 702 | | | |
| 43:5-6 | 602F, VA, 701, 702 | | | |
| 43:8-11 | 602F, VA, 701, 702 | | | |
| 55:2-3 | 602F, VA, 701, 702 | | | |
| 55:5-6 | 602F, VA, 701, 702 | | | |
| 62:19-63:2 | 602F, VA, 701, 702 | | | |
| 63:10-11 | 602F, VA, 701, 702 | | | |
| 63:14 | 602F, VA, 701, 702 | | | |
| 74:15-19 | 602F, VA, 701, 702 | | | |
| 74:23-75:10 | 602F, VA, 701, 702 | | | |
| 75:15-21 | 602F, VA, 701, 702 | | | |
| 94:12-15 | 602F, VA, 701, 702 | | | |
| 95:8-11 | 602F, VA, 701, 702 | | | |
| 95:20-96:18 | 602F, VA, 701, 702 | | | |
| 97:3-5 | 602F, VA, 701, 702 | | | |
| 97:7-10 | LC | | | |
| 100:10-17 | LC | | | |
| 100:21-24 | | | | |
| 101:17-22 | | | | |
| 110:24-111:2 | LC, MIS, H, 602P, 602F | | | |

| **DEPOSITION OF JOE ANDREW SALAZAR – DECEMBER 20, 2017** | | | | |
|---|---|---|---|---|
| HTC'S INITIAL DESIGNATIONS | SALAZAR'S OBJECTIONS | SALAZAR'S COUNTER-DESIGNATIONS | HTC'S OBJECTIONS TO SALAZAR'S COUNTER-DESIGNATIONS | COURT RULING |
| 111:4-8 | LC, MIS, H, 602P, 602F, PRIV | | | |
| 111:11-20 | LC, MIS, H, 602P, 602F, PRIV | | | |
| 112:2-4 | LC, MIS, H, 602P, 602F, PRIV | | | |
| 112:6-7 | LC, MIS, H, 602P, 602F, PRIV | | | |

4

| **DEPOSITION OF SIVASUBRAMANIAN MUTHUKUMARASAMY – JANUARY 8, 2018** | | | | |
|---|---|---|---|---|
| **SALAZAR'S INITIAL DESIGNATIONS** | **HTC'S OBJECTIONS** | **HTC'S COUNTER DESIGNATIONS** | **SALAZAR'S OBJECTIONS TO SALAZAR'S COUNTER-DESIGNATIONS** | **COURT RULING** |
| | | 8:14-12:25 | 401/402, 602F, 602P, VA | |
| | | 13:20-18:8 | 401/402, 602F, 602P, VA, LC | |
| | | 20:5-7 | | |
| | | 20:11-13 | | |
| | | 20:20-23 | | |
| | | 27:2-3 | | |
| | | 27:5-20 | | |
| | | 28:5-11 | | |
| | | 28:13-16 | | |

5

| KEY | SALAZAR'S OBJECTIONS TO HTC'S REBUTTAL DEPOSITION DESIGNATIONS |
|---|---|
| 106 | Optional completeness required to put statement in proper context |
| 401/402 | Lacks relevance |
| 403P | Prejudice outweighs relevance |
| 403M | Evidence could mislead jury or confuse issues |
| 403C | Cumulative evidence |
| 408 | Settlement communications |
| 602F | Lacks proper foundation |
| 602P | Witness lacks personal knowledge |
| 701/702 | Improper or unreliable opinion testimony |
| 703 | Inadmissible evidence disclosed as basis for expert opinion |
| 802 | Hearsay |
| 805 | Hearsay within hearsay |
| 901 | Lacks authenticity |
| MIL | Subject to motion in limine |
| ARG | Scope/Form: Agrumentative |
| AF | Scope/Form: Assumes facts not in evidence |
| COM | Scope/Form: Compound |
| MIS | Scope/Form: Misquoting/mischaracterizing prior testimony |
| NAR | Scope/Form: Narrative |
| NR | Scope/Form: Non-responsive |
| LQ | Scope/Form: Leading question |
| S | Scope/Form: Speculation |
| LC | Scope/Form: Legal conclusion |
| PRIV | Scope/Form: Privileged |
| R | Scope/Form: Repetitive/asked and answered |
| IP | Scope/Form: Improper Impeachment |
| VA | Scope/Form: Vague/Ambiguous |
| ATTNY | Attorney objections, side-bar remarks or argument not removed |
| PER | Testimony by 30(b)(6) designee outside scope of noticed topics |