# EXHIBIT J

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| JOE ANDREW SALAZAR, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. 2:16-CV-01096-JRG-RSP |
| HTC CORPORATION, | § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

**<u>VERDICT FORM</u>**

In answering the following questions, you are to follow all of the instructions I have given you. Your answers to each question must be unanimous.

In this verdict form, "the '467 patent" refers to U.S. Patent No. 8,502,467.

*CONTINUE ON TO NEXT PAGE*

**QUESTION NO. 1 – INFRINGEMENT**

Did Mr. Salazar prove by a preponderance of the evidence that HTC Corporation infringed any of the following claims of the '467 patent?

**Write "Yes" or "No" for each Claim.**

**A "Yes" is a finding for Mr. Salazar, and a "No" is a finding for HTC Corporation.**

Claim 1 _____

Claim 2 _____

Claim 3 _____

Claim 4 _____

Claim 5 _____

Claim 6 _____

Claim 7 _____

Claim 27 _____

Claim 28 _____

Claim 29 _____

Claim 30 _____

Claim 34 _____

*CONTINUE ON TO NEXT PAGE*

**QUESTION NO. 2 - INVALIDITY**

ANSWER THIS QUESTION ONLY AS TO THOSE CLAIMS YOU ANSWERED "YES" TO IN QUESTION NO. 1. **OTHERWISE, DO NOT ANSWER THIS QUESTION.**

Did HTC Corporation prove by clear and convincing evidence that any of the following claims of the '467 Patent are invalid?

**Write "Yes" or "No" for each Claim.**

**A "Yes" is a finding for HTC Corporation, and a "No" is a finding for Mr. Salazar.**

Claim 1      _____

Claim 2      _____

Claim 3      _____

Claim 4      _____

Claim 5      _____

Claim 6      _____

Claim 7      _____

Claim 27     _____

Claim 28     _____

Claim 29     _____

Claim 30     _____

Claim 34     _____

*CONTINUE ON TO NEXT PAGE*

**QUESTION NO. 3 – DAMAGES**

ANSWER THIS QUESTION ONLY IF YOU HAVE FOUND ONE OR MORE OF THE ASSERTED CLAIMS OF THE '467 PATENT TO BE INFRINGED IN QUESTION NO. 1, AND YOU DID NOT FIND THE INFRINGED CLAIM(S) TO BE INVALID IN QUESTION NO. 2 **OTHERWISE, DO NOT ANSWER THIS QUESTION.**

If you find that HTC Corporation infringed, what sum of money, if paid today in cash, has Mr. Salazar proven by a preponderance of the evidence would compensate him for HTC Corporation's infringement?

**Answer in dollars and cents.**

$_____

*CONTINUE ON TO NEXT PAGE*

You have now reached the end of the verdict form and you should review it to ensure that it accurately reflects your unanimous determinations. The jury foreperson should then sign and date the verdict form in the spaces below and notify the Court Security Officer that you have reached a verdict. The jury foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

**Date:** _____    **By:** _____
                                        **JURY FOREPERSON**