IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JOE ANDREW SALAZAR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 2:16-cv-01096-JRG-RSP |
| | § | |
| HTC CORPORATION, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

**DECLARATION OF JOE ANDREW SALAZAR**

I, Joe Andrew Salazar, declare under penalty of perjury, that the following is true and correct:

1. My name is Joe Andrew Salazar and I am over 21 years of age. I reside at 825 Clemens Way, Lompoc, California 93436. I am the owner of all rights, title, and interest in and to U.S. Patent No. 5,802,467.

2. Innovative Intelcom Industries ("I3") sold the Model Hughes Remote Phone, 650D My One Remote, and My1Remote devices to distributors and directly to customers over the internet. I was the president and majority shareholder of I3 during the entire time these devices were sold and I have first hand knowledge regarding the sales of these devices.

3. The Model Hughes Remote Phone was sold approximately from 1999-2001, 650D My One Remote was sold approximately from 2001-2003, and My1Remote was sold from approximately from 2003-2005.

4. I have first hand knowledge regarding the marking of my patent number on all products manufactured and sold by I3 including the Model Hughes Remote Phone, 650D My One Remote, and My1Remote devices. Each device sold had a manufacturer sticker affixed to the device itself bearing the U.S. patent number 5,802,467.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Lompoc, California this 18th day April, 2018

By: _____
Joe Andrew Salazar

2