# SUPPLEMENTAL EXPERT REPORT OF
# ROY A. GRIFFIN III
# DATED MARCH 30, 2018

# FILED UNDER SEAL