**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| JOE ANDREW SALAZAR, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. 2:16-cv-01096-JRG-RSP |
| § | |
| HTC CORPORATION, § | |
| § | |
| Defendant. § | |

**<u>DECLARATION OF FRANCES H. STEPHENSON</u>**

I, Frances H. Stephenson, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an associate attorney of Meredith & Keyhani, PLLC, attorneys for Plaintiff Joe Andrew Salazar in the above captioned case. I am a member in good standing of the New York State Bar. I am over 21 years of age. I have personal knowledge of the following facts or access to information allowing me to confirm these facts.

2. Attached as Exhibit A are true and correct copies of photographs I took of the Model Hughes Remote Phone marked with the '467 Patent number.

3. Attached as Exhibit B are true and correct copies of photographs I took of the 650D My One Remote marked with the '467 Patent number.

4. Attached as Exhibit C are true and correct copies of photographs I took My1Remote marked with the '467 Patent number.

Dated: April 18, 2018

s/ Frances H. Stephenson
Frances H. Stephenson
Meredith & Keyhani, PLLC
125 Park Avenue, 25th Floor
New York, New York 10017
Tel. (212) 760-0098
Fax (212) 202-3819
fstephenson@meredithkeyhani.com

*Attorneys for Plaintiff Joe Andrew Salazar*

2