**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| JOE ANDREW SALAZAR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HTC CORPORATION,<br><br>　　　　　Defendant. | Civil Action No. 2:16-cv-01096-JRG-RSP<br><br>JURY TRIAL DEMANDED<br>**PATENT CASE** |

**DECLARATION OF MARIO A. APREOTESI IN SUPPORT OF
HTC CORPORATION'S RESPONSE IN OPPOSITION OF PLAINTIFF JOE ANDREW
SALAZAR'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COMPLIANCE
WITH MARKING REQUIREMENTS UNDER 35 U.S.C. § 287(a)**

1.　　I am over twenty-one years of age, have personal knowledge of the following facts or access to information and/or records allowing me to confirm these facts.

2.　　I am a senior associate at the law firm of Vinson & Elkins LLP and represent Defendant HTC Corporation in this case.

3.　　I submit this declaration in support of Defendant HTC Corporation's Response in Opposition of Plaintiff Joe Andrew Salazar's Motion for Partial Summary Judgment on Compliance with Marking Requirements Under 35 U.S.C. § 287(a).

4.　　Attached hereto as Exhibit 1 is a true and correct copy of excerpts from Plaintiff Joe Andrew Salazar's Second Amended Responses and Objections to Defendant HTC Corporation's First Set of Interrogatories.

5.　　Attached hereto as Exhibit 2 is a true and correct copy of photographs of the handsets for the 650D My One Remote, Model Hughes Remote Phone, and My1Remote (collectively, "I3 Handsets.")

      6.      Attached hereto as Exhibit 3 is a true and correct copy of photographs of the charging bases for the 650D My One Remote, Model Hughes Remote Phone, and My1Remote (collectively, "I3 Charging Bases").

      7.      Attached hereto as Exhibit 4 is a true and correct copy of photographs of the My1Remote packaging.

      8.      Attached hereto as Exhibit 5 is a true and correct copy of photographs of the Model Hughes Remote Phone packaging.

      9.      Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the transcript of the December 20, 2017 deposition of Joe Andrew Salazar.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 23, 2018                                 */s/Mario A. Apreotesi*  
                                                                                   Mario A. Apreotesi