# EXHIBIT 6

# JOE ANDREW SALAZAR
## December 20, 2017

1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| JOE ANDREW SALAZAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. |
| vs. | ) 2:16-cv-01096-JRG-RSP |
| | ) |
| HTC CORPORATION, | ) |
| | ) |
| Defendant. | ) |

DEPOSITION of JOE ANDREW SALAZAR, taken on behalf of Defendant, commencing at 9:18 a.m., Wednesday, December 20, 2017, at Courtyard by Marriot, 401 Storke Road, Goleta, California, before TARA SANDFORD, RPR, CSR #3374, Certified Shorthand Reporter in the County of Santa Barbara, State of California.

--ooOoo--

# JOE ANDREW SALAZAR
## December 20, 2017

2

```
 1    APPEARANCES:
 2    For Plaintiff:
 3              MANN TINDEL THOMPSON   MT2
                BY: ANDY TINDEL, ESQ.
 4              112 East Line Street, Suite 304
                Tyler, Texas 75702
 5              903.596.0900
                atindel@andytindel.com
 6                  and
                MEREDITH & KEYHANI
 7              BY:  DARIUSH KEYHANI, ESQ.
                125 Park Avenue, 25th Floor
 8              New York, New York 10017
                212.380.1325
 9              dkeyhani@meredithkeyhani.com
10
11    For Defendant:
12              PATTERSON & SHERIDAN
                BY:  JERRY R. SELINGER, ESQ.
13              1700 Pacific Avenue, Suite 2650
                Dallas, Texas 75201
14              214.720.2200
                jselinger@pattersonsheridan.com
15
16
17                         --oo0oo--
18
19
20
21
22
23
24
25
```

**JOE ANDREW SALAZAR**
**December 20, 2017**

96

```
 1      A.   Yes, I remember this letter now.
 2      Q.   In looking at the last paragraph in your letter
 3   it says, "Motorola is advised that our company and
 4   intellectual property are for sale, including our U.S.
 5   patent 5138649 license, to the extent permitted by our
 6   agreement with GI/Motorola.  I recommend that Motorola
 7   examine the potential usefulness of our intellectual
 8   property before another party acquires the rights and
 9   related assets."
10           Did I read that correctly?
11      A.   Yes, sir.
12      Q.   Did Mr. Moloney ever respond to your letter
13   which is Exhibit 8?
14      A.   I do not remember he ever responded to this
15   letter.
16      Q.   Did you ever write to any Smartphone company
17   offering a license under the '467 patent?
18      A.   No, I don't.
19      Q.   Do you recall what model of LG Smartphone you
20   had?
21           MR. KEYHANI:  Objection.
22           THE WITNESS:  No, I don't remember.
23      Q.   BY MR. SELINGER:  Let me see if I can refresh
24   your recollection.
25           Did you happen to have an LG G2 Smartphone?
```