# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| JOE ANDREW SALAZAR,<br><br>   Plaintiff,<br><br>v.<br><br>HTC CORPORATION,<br><br>   Defendant. | Civil Action No. 2:16-cv-01096-JRG-RSP<br><br>JURY TRIAL DEMANDED<br>**PATENT CASE** |

## ORDER DENYING PLAINTIFF JOE ANDREW SALAZAR'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COMPLIANCE WITH MARKING REQUIREMENTS UNDER 35 U.S.C. § 287(a)

The Court has read and considered the parties' briefing on Plaintiff Joe Andrew Salazar's Motion for Partial Summary Judgment on Compliance with Marking Requirements Under 35 U.S.C. § 287(a).

The Court hereby DENIES the motion.

SO ORDERED.