IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

**CIVIL ACTION NO.**
    **2:16-cv-01096**
    **2:16-cv-01314**
    **2:16-cv-00980**

**ORDER ON JURY SELECTION AND PRESENTATION OF EVIDENCE**

The Court issues this Order *sua sponte*. The Court intends to set jury selection in the above referenced cases as follows.

The following cases, in the order listed below, will be set for jury selection on May 7, 2018:

1. *Salazar v. HTC Corporation* (Case No. 2:16-cv-1096);

2. *KAIST IP US LLC v. Samsung Electronics Co., Ltd., et al.* (Case No. 2:16-cv-1314);

The following case is set for jury selection on May 14, 2018:

1. *Intellectual Ventures II LLC v. FedEx Corporation et al.* (Case No. 2:16-cv-980)

Should *Salazar v. HTC Corporation* proceed to trial, jury selection for *KAIST IP US LLC v. Samsung Electronics Co.* is set second for the week of May 14, 2018. Should *Intellectual Ventures II LLC v. FedEx Corporation* proceed to trial, which is set number one for that week, then the Court will reschedule *KAIST* at a later date and time to be determined. Should *Intellectual Ventures II* not proceed to trial for any reason on May 14, 2018, then *KAIST* will proceed to trial that week.

**So Ordered this**
**Apr 23, 2018**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE