**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| JOE ANDREW SALAZAR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 2:16-cv-01096-JRG-RSP |
| | § | |
| HTC CORPORATION, | § | |
| | § | |
| Defendant. | § | |

**DECLARATION OF ANYA S. ENGEL**

I, Anya S. Engel, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a law clerk of Meredith & Keyhani, PLLC, attorneys for Plaintiff Joe Andrew Salazar in the above captioned case. I am over 21 years of age. I have personal knowledge of the following facts.

2. On April 18, 2018, I purchased a new-in-box Hughes Remote Phone ("900 MHZ Phone and Remote Combo") on Amazon.com from seller Second Hand Cash.

3. Attached as **Exhibit D** is a true and correct copy of the Amazon.com invoice for the purchase.

4. After receiving the phone and removing it from its original packaging, I verified that the base station is marked with a label reading "U.S. Patent 5,802,467." This label is identical to those on the I3 samples.

5. Attached as **Exhibit E** is a true and correct copy of photographs of the Hughes Remote Phone I purchased.

**Commented [AE1]:** Are there multiple or just one?

Dated: April 25, 2018

/s/ Anya S. Engel
Anya S. Engel
Meredith & Keyhani, PLLC
125 Park Avenue, 25th Floor
New York, New York 10017
Tel. (212) 760-0098
Fax (212) 202-3819
aengel@meredithkeyhani.com
*Attorneys for Plaintiff*

2