# EXHIBIT D



# Final Details for Order #114-1170389-5393031

**Print this page for your records.**

**Order Placed:** April 18, 2018
**Amazon.com order number:** 114-1170389-5393031
**Order Total: $46.98**

## Shipped on April 19, 2018

| **Items Ordered** | **Price** |
|---|---|
| 1 of: *900 MHZ Phone and Remote Combo*<br>Sold by: Second Hand Cash (seller profile)<br><br>Condition: New<br>New i opened box just to verify everything was included. | $35.00 |

**Shipping Address:**
Darius Keyhani
205 MAIN ST
EAST AURORA, NY 14052-1634
United States

**Shipping Speed:**
Expedited Shipping

Item(s) Subtotal: $35.00
Shipping & Handling: $11.98
-----
Total before tax: $46.98
Sales Tax: $0.00
-----
**Total for This Shipment:** **$46.98**

## Payment information

**Payment Method:**
American Express | Last digits: 2005

**Billing address**
Darius Keyhani
205 MAIN ST
EAST AURORA, NY 14052-1634
United States

**Credit Card transactions**

Item(s) Subtotal: $35.00
Shipping & Handling: $11.98
-----
Total before tax: $46.98
Estimated tax to be collected: $0.00
-----
**Grand Total:** **$46.98**

AmericanExpress ending in 2005: April 19, 2018: $46.98

To view the status of your order, return to *Order Summary*.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates