IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JOE ANDREW SALAZAR, | § § § § § § § § § § | |
| Plaintiff, | | |
| vs. | | Civil Action No. 2:16-CV-01096-JRG-RSP |
| HTC CORPORATION, | | JURY TRIAL DEMANDED |
| Defendant. | | |

**PLAINTIFF JOE ANDREW SALAZAR'S NOTICE OF FILING
AMENDED EXHIBIT "F" TO THE PROPOSED JOINT PRETRIAL ORDER**

Plaintiff Joe Andrew Salazar ("Salazar") respectfully provides notice to the Court that he is filing herewith Plaintiff's Amended Updated Deposition Designations and HTC Corporation's Objections and Counter Deposition Designations to the Proposed Joint Final Pretrial Order (Dkt. Nos. 219, 231, 233) that amends the current Exhibit "F" to the Proposed Joint Final Pretrial Order (Dkt. No. 231-5) by adding additional designations from the deposition of Hsiu Fen Lai. Attached hereto as Amended Exhibit "F" to the Joint Final Pretrial Order is Plaintiff's Amended Updated Deposition Designations and HTC Corporation's Objections and Counter Deposition Designations.

Dated: April 27, 2018   Respectfully submitted,

DARIUSH KEYHANI, Lead Attorney
NJ SBN 044062002 *Pro Hac Vice*
MEREDITH & KEYHANI, PLLC
125 Park Avenue, 25th Floor
New York, New York 10017
(212) 760-0098 Telephone
(212) 380-1325 Direct Line
(212) 202-3819 Facsimile
Email: dkeyhani@meredithkeyhani.com

1

Andy Tindel
Texas State Bar No. 20054500
MT² LAW GROUP
MANN | TINDEL | THOMPSON
112 East Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile:  (903) 596-0909
Email: atindel@andytindel.com

J. Mark Mann
Texas State Bar No. 12926150
G. Blake Thompson
Texas State Bar No. 24042033
MT² LAW GROUP
MANN | TINDEL | THOMPSON
300 West Main Street
Henderson, Texas 75652
(903) 657-8540
(903) 657-6003 (fax)
Email: mark@themannfirm.com
Email: blake@themannfirm.com

*Attorneys for Plaintiff Joe Andrew Salazar*

## CERTIFICATE OF SERVICE

This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on this the 27th day of April, 2018.  Any other known counsel of record will be served with a copy of this document by email and/or facsimile transmission.

_____
Andy Tindel

2