# Amended Exhibit F

## PLAINTIFF JOE ANDREW SALAZAR'S AMENDED UPDATED DEPOSITION DESIGNATIONS AND HTC CORPORATION'S OBJECTIONS <u>AND COUNTER DEPOSITION DESIGNATIONS</u>

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and the Court's Eighth Amended Docket Control Order (Dkt. 212), Plaintiff Joe Andrew Salazar ("Salazar") hereby submits the following designations from the depositions of those witnesses whose testimony Salazar expects to present at trial by deposition, or may present by deposition if the need arises.

These deposition designations do not identify those witnesses whose testimony Salazar may choose to counter-designate, and Salazar hereby reserves the right to counter-designate the testimony of any witness whose deposition testimony is designated by Defendant HTC Corporation ("HTC") and/or proffered by HTC at trial. Likewise, these deposition designations do not include deposition testimony that Salazar may use to cross-examine any witness called at trial, and Salazar hereby reserves the right to use deposition testimony to cross-examine and/or impeach any witness called live or by deposition at trial by any party, regardless of whether that witness's testimony is designated herein. Salazar further reserves the right to present witnesses by deposition and designate their deposition testimony in the event that they become unavailable for trial.

In addition, Salazar reserves the right to amend and/or supplement these Deposition Designations to add or delete deposition testimony as allowed by the Court and law, including to add rebuttal and/or counter-designations, and counter-counter designations, as contemplated by the Court's Eighth Amended Docket Control Order (Dkt. 212), in rebuttal to HTC's case, arguments or evidence, for purposes of authenticating evidence, and/or in response to any deposition testimony designated or counter-designated by HTC. Salazar notes that his designation of any deposition testimony herein is not an admission that such testimony would be admissible if

proffered by HTC and Salazar reserves the right to withdraw or choose not to offer the designated deposition testimony, in whole or in part.

At this time, Salazar identifies the following deposition designations in alphabetical order:

*[continued on next page]*

**PLAINTIFF JOE ANDREW SALAZAR'S AMENDED UPDATED DEPOSITION DESIGNATIONS**

| Deponent | Date of Deposition | Salazar's Initial Designations | HTC's Objections | HTC's Counter-Designation | Salazar's Objections | Salazar's Counter-Counter Designations | HTC's Objections |
|---|---|---|---|---|---|---|---|
| Blok, Justin | January 24, 2018 | | | | | | |
| Ho, Chia Chu | December 1, 2017 | 17:9 – 19:15 | 18:1-9 – 401/402; 403 | | | | |
| | | | 18:22-19:3 – objectionable as compound | | | | |
| | | | | 7:22-24 | | | |
| | | | | 8:3-22 | | | |
| | | | | 8:24 | | | |
| Gottesman, Oded | February 19, 2018 | | | | | | |
| Griffin, Roy | January 23, 2018 | | | | | | |
| Griffin, Roy | February 9, 2018 | | | | | | |
| Lai, Hsiu Fen | December 1, 2017 | 11:1 – 18:25 | 11:1-12:9 – 401/402; 403 | | | | |
| | | | 13:15-15:13 – 401/402, 403 | | | | |
| | | | 18:1-7 – 401/402, 403 | | | | |
| | | | 18:18-25 – 401/402, 403 | | | | |
| | | | | 7:16-23 | | 20:11-17 | Compound, Beyond the Scope |
| | | | | 12:13-15 | | 26:20-37:4 | 28:16-29:5 – 401/402, 403 |
| | | | | 15:14-20 | | | 29:16-17 – 401/402, 403 |
| | | | | 15:22 | | | 29:18-21 – Vague |

| Deponent | Date of Deposition | Salazar's Initial Designations | HTC's Objections | HTC's Counter-Designation | Salazar's Objections | Salazar's Counter-Counter Designations | HTC's Objections |
|---|---|---|---|---|---|---|---|
| | | | | 19:18-21 | | | 30:22-31:5 – 401/402, 403, Vague, Compound |
| | | | | 19:23-25 | | | 31:20 – 31:22 – Compound |
| | | | | 20:3-6 | | | 31:23-32:1 – 401/402, 403 |
| | | | | 20:8-10 | | | 32:20-33:5 – Compound |
| | | | | 22:15-23:11 | | | 34:8-34:15 – Vague, 401/402, 403 |
| | | | | 24:13-15 | | | 34:16-20 – Vague, 401/402, 403, Misstates prior testimony |
| | | | | 26:9-18 | | | 34:21-35:6 – Vague |
| | | | | 26:22-25 | | 38:24-48:21 | 38:24-39:14 – Vague, 401/402, 403 |
| | | | | 27:10-15 | | | 39:14-21 - Compound |
| | | | | 27:17-19 | | | 39:22-40:18 – 401/402, 403, Vague, Assumes Facts Not in Evidence |

| Deponent | Date of Deposition | Salazar's Initial Designations | HTC's Objections | HTC's Counter-Designation | Salazar's Objections | Salazar's Counter-Counter Designations | HTC's Objections |
|---|---|---|---|---|---|---|---|
| | | | | 27:23-28:1 | | | 41:16-42:5 – 401/402, 403, Subject to HTC MIL 2C |
| | | | | 28:6-12 | | | 42:19-43:1 – 401/402, 403 |
| | | | | 29:2-5 | | | |
| | | | | 36:14-15 | | | |
| | | | | 36:17-23 | | | |
| | | | | 45:6-13 | 401/402 | | |
| | | | | 45:22-46:7 | 401/402 | | |
| | | | | 46:15-17 | 401/402 | | |
| | | | | 46:19-21 | 401/402 | | |
| | | | | 46:25-47:1 | 401/402 | | |
| | | | | 47:3-48:19 | 401/402 | | |
| | | 20:24-22:4 | | | | | |
| | | 22:15-23:11 | | | | | |
| Lam, Vincent | March 22, 2018 | | | | | | |
| Muthukumarasamy, Sivasubramanian | January 8, 2018 | 25:7-29:21 | 25:7 – 401/402; 403; objectionable as only an answer without a question | | | | |
| | | | 25:19-23 – objectionable as vague and ambiguous and withdrawn/ stricken | | | | |

| Deponent | Date of Deposition | Salazar's Initial Designations | HTC's Objections | HTC's Counter-Designation | Salazar's Objections | Salazar's Counter-Counter Designations | HTC's Objections |
|---|---|---|---|---|---|---|---|
| | | | 26:5-25 – 401/402; 403; objectionable as vague and ambiguous and as compound; no answer | | | | |
| | | | 27:21-28:3 – 401/402; objectionable as compound and vague and ambiguous; no answer | | | | |
| | | | | 8:14-12:25 | 401/402, 602F, 602P, VA | | |
| | | | | 13:20-18:8 | 401/402, 602F, 602P, VA, LC | | |
| | | | | 20:5-7 | | | |
| | | | | 20:11-13 | | | |
| | | | | 20:20-23 | | | |
| | | | | 27:2-3 | | | |
| | | | | 27:5-20 | | | |
| | | | | 28:5-11 | | | |
| | | | | 28:13-16 | | | |
| Meyers, Robert | December 21, 2017 | | | | | | |

| Deponent | Date of Deposition | Salazar's Initial Designations | HTC's Objections | HTC's Counter-Designation | Salazar's Objections | Salazar's Counter-Counter Designations | HTC's Objections |
|---|---|---|---|---|---|---|---|
| Salazar, Joe Andrew | December 20, 2017 | | | | | | |
| Wei, Tung Shan | December 1, 2017 | | | | | | |
| Wolfe, Andrew | January 31, 2018 | | | | | | |
| Ho, Chia Chu "Robbie" and Wu, Chih Chung "Brian" | March 30, 2018 (March 29, 2018 EST) | 23:1-20 | 23:4-17 – 401/402; 403; HTC's MIL #II.C (discovery conduct/ disputes) | | | | |
| | | 23:21-24:17 | 401/402; 403; objectionable as vague and ambiguous; HTC's MIL #II.C (discovery conduct/ disputes) | | | | |
| | | 24:18-26:24 | 24:18-25:12 – 401/402; 403; objectionable as improper narrative by counsel<br><br>25:20-21 – 401/402 | | | | |

| Deponent | Date of Deposition | Salazar's Initial Designations | HTC's Objections | HTC's Counter-Designation | Salazar's Objections | Salazar's Counter-Counter Designations | HTC's Objections |
|---|---|---|---|---|---|---|---|
| | | | 26:5-24 – 602; objectionable as vague and ambiguous; outside sclope of 30(b)(6) 26:10-20 – 401/402; 403 | | | | |
| | | 28:18-25 | objectionable as vague and ambiguous; HTC's MIL #II.C (discovery conduct/ disputes) | | | | |
| | | 32:18-33:1 | 32:18-33:1 - objectionable as vague and ambiguous; HTC's MIL II.C (discovery conduct/ disputes) 32:18-19 – 401/402; 403 | | | | |
| | | 33:2-9 | outside the scope | | | | |

| Deponent | Date of Deposition | Salazar's Initial Designations | HTC's Objections | HTC's Counter-Designation | Salazar's Objections | Salazar's Counter-Counter Designations | HTC's Objections |
|---|---|---|---|---|---|---|---|
| | | 33:10-19 | 33:10-19 – objectionable as argumentative and mischaracterizes the witness' prior testimony; HTC's MIL II.C (discovery conduct/ disputes)<br><br>33:6, 14-16 – 401/402 | | | | |
| | | 34:18-35:6 | 34:18-21 – objectionable as vague and ambiguous<br><br>34:22-34:25 – 401/402, 403<br><br>35:3-6 – 401/402; objectionable as vague and ambiguous and argumentative | | | | |

| Deponent | Date of Deposition | Salazar's Initial Designations | HTC's Objections | HTC's Counter-Designation | Salazar's Objections | Salazar's Counter-Counter Designations | HTC's Objections |
|---|---|---|---|---|---|---|---|
| | | 46:22-25 | 401/402; outside the scope | | | | |
| | | 47:5-15 | 47:5-9 – 401/402/ 403; objectionable as argumentative and improper narrative by counsel<br><br>47:13-15 – 401/402; 403 | | | | |
| | | 48:12-49:4, | 48:12-14 – outside the scope; HTC's MIL II.C (discovery conduct/ disputes)<br><br>48:15-49:1 – 401/402; 403; HTC's MIL II.C (discovery conduct/ disputes)<br><br>49:2-4 – outside the | | | | |

| Deponent | Date of Deposition | Salazar's Initial Designations | HTC's Objections | HTC's Counter-Designation | Salazar's Objections | Salazar's Counter-Counter Designations | HTC's Objections |
|---|---|---|---|---|---|---|---|
| | | | scope; HTC's MIL II.C (discovery conduct/ disputes) | | | | |
| | | 49:23-51:5 | 49:23-50:4 – 401/402; objectionable as vague and ambiguous; outside the scope; HTC's MIL II.C (discovery conduct/ disputes)<br><br>50:5-8 – objectionable as argumentative; 401/402; 403; outside the scope; HTC's MIL II.C (discovery conduct/ disputes)<br><br>50:9-16 – 401/402; | | | | |

| Deponent | Date of Deposition | Salazar's Initial Designations | HTC's Objections | HTC's Counter-Designation | Salazar's Objections | Salazar's Counter-Counter Designations | HTC's Objections |
|---|---|---|---|---|---|---|---|
| | | | objectionable as vague and ambiguous; outside the scope; HTC's MIL II.C (discovery conduct/ disputes) 50:17-51:5 – 401/402; 403; 401/402; outside the scope; HTC's MIL (discovery conduct/ disputes) | | | | |
| | | | | 44:17-19 | | | |
| | | | | 44:25-45:9 | | | |
| | | | | 45:11-12 | | | |
| | | | | 56:5-8 | Improper Leading Question (LQ) | | |
| | | | | 56:10-14 | LQ | | |
| | | | | 56:16-20 | LQ | | |
| | | | | 56:22-57:1 | LQ | | |
| | | | | 57:10-21 | LQ | | |
| | | | | 57:23-58:2 | LQ | | |
| | | | | 58:4-10 | LQ | | |
| | | | | 58:12-15 | LQ | | |

| Deponent | Date of Deposition | Salazar's Initial Designations | HTC's Objections | HTC's Counter-Designation | Salazar's Objections | Salazar's Counter-Counter Designations | HTC's Objections |
|---|---|---|---|---|---|---|---|
| | | | | 59:13-59:17 | LQ | | |
| | | | | 59:19-22 | LQ | | |
| | | | | 59:24-60:3 | LQ | | |
| | | | | 60:9-14 | LQ | | |
| | | | | 60:17-24 | LQ | | |
| | | | | 61:1-8 | LQ | | |
| | | | | 61:10-15 | LQ | | |
| | | | | 61:17 | LQ | | |
| | | | | 61:19 - 25 | LQ | | |
| | | | | 62:5-8 | LQ | | |
| | | | | 62:15-20 | LQ | | |
| | | | | 63:3-7 | LQ | | |
| | | | | 63:9 | LQ | | |