**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| JOE ANDREW SALAZAR | § | |
| | § | |
| v. | § | Case No. 2:16-cv-1096- JRG-RSP |
| | § | |
| HTC CORPORATION | § | |

**MINUTES FOR FINAL PRETRIAL CONFERENCE
HELD BEFORE U. S. MAGISTRATE JUDGE ROY PAYNE
May 4, 2018**

**OPEN: 10:04 a.m.**                                                                       **ADJOURN: 11:40 a.m.**

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERK: | Michael Paul |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 10:04 a.m. | Counsel announced ready for hearing. |
| | The Court heard argument on exhibit disputes. |
| | Mr. Tindel addressed Plaintiff's trial exhibits. Plaintiff withdrew objections to remaining exhibits. HTC withdrew prior product objections. Plaintiff will not need to play any deposition clips on Monday. Plaintiff exhibits 249-262 will be added to the list. |
| | Mr. Gillam indicated that defendant's exhibit list is current and correct. |
| | Mr. Landis addressed issues re claim construction chart and experts. Mr. Keyhani responded. |
| 10:25 a.m. | Recess. |
| 11:37 p.m. | Court reconvened. Court's Claim Construction Chart to be attached to minutes Chart and also in the Jury Notebook. |
| | Mr. Landis addressed *In re Varma* cite. |
| | Mr. Landis addressed Plaintiff's Motion in Limine 21 - Any Statement, Argument, Testimony or Evidence that references or mentions products or disclosure of products sold by Mr. Salazar or I3 that did not practice any claims of the '467 Patent (even if mistakenly marked). Mr. Keyhani responded. |
| 11:40 a.m. | Court adjourned. |