| Term | Court's Construction |
|---|---|
| "communications, command, control and sensing system"<br><br>(All claims) | Plain and ordinary meaning |
| "control signals"<br><br>(Claims 1, 34) | Plain and ordinary meaning |
| "a microprocessor for generating a plurality of control signals used to operate said system, said microprocessor creating a plurality of reprogrammable communication protocols"<br><br>(Claims 1, 34) | "a microprocessor configured to generate a plurality of control signals used to operate said system and configured to create a plurality of [reprogrammable] communication protocols" |
| "a memory device coupled to said microprocessor configured to store a plurality of parameter sets retrieved by said microprocessor so as to recreate a desired command code set, such that the memory space required to store said parameters is smaller than the memory space required to store said command code sets"<br><br>(Claim 1) | "a memory device coupled to said microprocessor configured to store a plurality of parameter sets retrieved by said microprocessor so as to recreate, by the microprocessor, a desired command code set, such that the memory space required to store said parameters is smaller than the memory space required to store said command code sets" |
| "a memory device coupled to said microprocessor configured to store a plurality of parameter sets retrieved by said microprocessor so as to recreate based on said parameter sets a desired set of pulse signals corresponding to logical "1's" and "0's" as specified by a command code set"<br><br>(Claim 34) | "a memory device coupled to said microprocessor configured to store a plurality of parameter sets retrieved by said microprocessor so as to recreate, by the microprocessor, based on said parameter sets a desired set of pulse signals corresponding to logical "1's" and "0's" as specified by a command code set" |
| "a selector controlled by said microprocessor for enabling said radiofrequency transceiver and said infra-red frequency transceiver to transmit a desired command code set generated by | "a selector controlled by said microprocessor for enabling said radio frequency transceiver and said infra-red frequency transceiver to transmit a desired command code set generated by said microprocessor via either radio frequency signals |

| | |
|---|---|
| said microprocessor via either radio frequency signals and infra-red signals as desired, and to receive a signal from any one of said external devices via either radio frequency signals and infra-red signals" (Claim 2) | and infra-red signals as selected by a user, and to receive a signal from any one of said external devices via either radio frequency signals and infra-red signals" |
| "command code set that defines the signals that are employed to communicate with each one of said external devices" (Claims 1, 34) | Plain and ordinary meaning |
| "communication protocols" (Claims 1, 34) | Plain and ordinary meaning |
| "parameter sets" (Claims 1, 34) | Plain and ordinary meaning |
| "external device" (Claims 1, 34) | "a device separate from the handset and the base station" |
| "configured to" (Claims 1, 34) | Plain and ordinary meaning, which requires some particularized arrangement of the memory device for a specific purpose |
| "an infra-red frequency transceiver coupled to said microprocessor for transmitting to said external devices and receiving from said external devices" (Claims 1, 34) | "an infra-red frequency transceiver, coupled to said microprocessor, capable of transmitting to or receiving from each of said plurality of external devices" |