IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JOE ANDREW SALAZAR,<br><br>Plaintiff,<br><br>v.<br><br>HTC CORPORATION,<br><br>Defendant. | Civil Action No. 2:16-cv-01096-JRG-RSP<br><br>JURY TRIAL DEMANDED<br>PATENT CASE |

## DEFENDANT HTC CORPORATION'S TRIAL EXHIBIT LIST

| PRESIDING JUDGE: | PLAINTIFF'S ATTORNEYS: | DEFENDANT'S ATTORNEYS: |
|---|---|---|
| The Honorable Judge Gilstrap | Dariush Keyhani<br>Andy Tindel<br>Mark Mann<br>Blake Thompson | Fred Williams<br>Todd Landis<br>Gil Gillam<br>Mario Apreotesi |
| TRIAL DATE:<br>MAY 7, 2018 | COURT REPORTER:<br>Shelly Holmes | COURTROOM DEPUTY:<br>Jan Lockhart |

| DX NO | DATE OFFERED | DATE ADMITTED | EXHIBIT DESCRIPTION | BEGINNING BATES NUMBER | ENDING BATES NUMBER | CONF |
|---|---|---|---|---|---|---|
| **DX001** | | | U.S. Patent No. 5,802,467 | SALAZAR- 496 | SALAZAR- 521 | |
| **DX002** | | | File History for U.S. Patent No. 5,802,467 | SALAZAR- 001 | SALAZAR- 495 | |
| **DX003** | | | U.S. Patent No. 5,537,608 ("Beatty") | HTC039243 | HTC039258 | |
| **DX004** | | | U.S. Patent No. 5,179,680 ("Colwell") | HTC026211 | HTC026245 | |
| **DX005** | | | U.S. Patent No. 5,410,326 ("Goldstein") | HTC026246 | HTC026290 | |
| **DX006** | | | U.S. Patent No. 5,465,401 ("Thompson") | HTC026291 | HTC026310 | |
| **DX007** | | | U.S. Patent No. 4,623,887 ("Welles") | HTC038568 | HTC038592 | |
| **DX008** | | | U.S. Patent No. 4,802,114 ("Sogame") | HTC039235 | HTC039242 | |
| **DX009** | | | U.S. Patent No. 4,866,434 ("Keenan") | HTC038593 | HTC038603 | |
| **DX010** | | | U.S. Patent No. 4,918,439 ("Wozniak") | HTC038604 | HTC038791 | |
| **DX011** | | | U.S. Patent No. 5,138,649 ("Krisbergh") | Legible copy of SALAZAR- 268 | Legible copy of SALAZAR- 278 | |
| DX012 | | | Withdrawn | | | |
| DX013 | | | Withdrawn | | | |

| DX NO | DATE OFFERED | DATE ADMITTED | EXHIBIT DESCRIPTION | BEGINNING BATES NUMBER | ENDING BATES NUMBER | CONF |
|---|---|---|---|---|---|---|
| DX014 | | | Withdrawn | | | |
| DX015 | | | Molero-Castro, L., Description of Variables, Innovative Intelcom Industries, January 10, 1995 [Salazar depo Ex. 2] | SALAZAR-CONFIDENTIAL-587 | SALAZAR-CONFIDENTIAL-595 | CONF |
| DX016 | | | Disclosure Agreement Between L. Molero-Castro and J. Salazar dated May 25, 1993 [Salazar depo Ex. 3] | SALAZAR-CONFIDENTIAL-578 | SALAZAR-CONFIDENTIAL-578 | CONF |
| DX017 | | | Contract Between L. Molero-Castro and J. Salazar dated July 2, 1993 [Salazar depo Ex. 4] | SALAZAR-CONFIDENTIAL-596 | SALAZAR-CONFIDENTIAL-598 | CONF |
| DX018 | | | Withdrawn | | | |
| DX019 | | | Letter from J. Salazar to D. Moloney/Motorola Broadband Communications Sector Regarding Patent License Agreement 1023 dated July 30, 2006 [Salazar depo Ex. 8] | SALAZAR-CONFIDENTIAL-577 | SALAZAR-CONFIDENTIAL-577 | CONF |
| DX020 | | | Asset Assignment and Debt Satisfaction Agreement Between Innovative Intelcom Industries and Salazar dated December 14, 2006 [Salazar depo Ex. 9] | SALAZAR-CONFIDENTIAL-559 | SALAZAR-CONFIDENTIAL-559 | CONF |
| DX021 | | | Withdrawn | | | |
| DX022 | | | Withdrawn | | | |
| DX023 | | | Withdrawn | | | |
| DX024 | | | Withdrawn | | | |
| DX025 | | | U.S. Patent No. 5,802,467 | Legible copy of SALAZAR-496 | Legible copy of SALAZAR-521 | |
| DX026 | | | Withdrawn | | | |
| DX027 | | | Withdrawn | | | |
| DX028 | | | Withdrawn | | | |
| DX029 | | | Withdrawn | | | |
| DX030 | | | Withdrawn | | | |
| DX031 | | | Withdrawn | | | |
| DX032 | | | Withdrawn | | | |
| DX033 | | | Withdrawn | | | |
| DX034 | | | Withdrawn | | | |
| DX035 | | | International Distributor Agreement [Lai depo Ex 2] | HTC037528 | HTC037547 | CONF |
| DX036 | | | HTC America, Inc. Invoice, July 17, 2013 [Lai depo Ex 2] | HTC037608 | HTC037608 | CONF |
| DX037 | | | HTC America, Inc. Invoice, August 16, 2014 [Lai depo Ex 2] | HTC037609 | HTC037609 | CONF |
| DX038 | | | HTC America, Inc. Invoice, March 21, 2014 [Lai depo Ex 2] | HTC037610 | HTC037610 | CONF |
| DX039 | | | HTC America, Inc. Invoice, April 3, 2015 [Lai depo Ex 2] | HTC037611 | HTC037611 | CONF |
| DX040 | | | HTC America, Inc. Invoice, March 28, 2013 [Lai depo Ex 2] | HTC037612 | HTC037612 | CONF |
| DX041 | | | HTC America, Inc. Invoice, March 30, 2013 [Lai depo Ex 2] | HTC037613 | HTC037613 | CONF |
| DX042 | | | HTC America, Inc. Invoice, April 16, 2013 | HTC037614 | HTC037614 | CONF |
| DX043 | | | HTC America, Inc. Invoice, March 3, 2015 | HTC037615 | HTC037615 | CONF |
| DX044 | | | HTC America, Inc. Invoice, March 14, 2014 | HTC037616 | HTC037616 | CONF |

| DX NO | DATE OFFERED | DATE ADMITTED | EXHIBIT DESCRIPTION | BEGINNING BATES NUMBER | ENDING BATES NUMBER | CONF |
|---|---|---|---|---|---|---|
| **DX045** | | | HTC America, Inc. Invoice, March 22, 2014 | HTC037617 | HTC037617 | CONF |
| **DX046** | | | HTC America, Inc. Invoice, October 31, 2014 | HTC037618 | HTC037618 | CONF |
| **DX047** | | | HTC America, Inc. Invoice, October 31, 2014 | HTC037619 | HTC037619 | CONF |
| **DX048** | | | HTC America, Inc. Invoice, March 21, 2015 | HTC037620 | HTC037620 | CONF |
| **DX049** | | | HTC America, Inc. Invoice, March 18, 2015 | HTC037621 | HTC037621 | CONF |
| **DX050** | | | HTC America, Inc. Invoice, March 24, 2015 | HTC037622 | HTC037622 | CONF |
| **DX051** | | | Master Purchase Agreement (MPA) between Sprint and HTC Corp., May 19, 2008 | HTC038162 | HTC038278 | CONF |
| **DX052** | | | Amendment 6 to MPA between Sprint and HTC Corp., June 9, 2010 | HTC038279 | HTC038280 | CONF |
| DX053 | | | Withdrawn | | | |
| DX054 | | | Withdrawn | | | |
| **DX055** | | | HTC One (M8) User Guide | HTC001165 | HTC001358 | |
| **DX056** | | | HTC One (M8) Verizon User Guide | HTC001557 | HTC001872 | |
| **DX057** | | | HTC One (M9) User Guide | HTC001873 | HTC002081 | |
| **DX058** | | | HTC One (M9) Sprint User Guide | HTC002490 | HTC002796 | |
| **DX059** | | | HTC One (M9) Verizon User Guide | HTC003226 | HTC003546 | |
| **DX060** | | | HTC One User Guide | HTC003734 | HTC003914 | |
| **DX061** | | | HTC One Sprint User Guide | HTC003915 | HTC004151 | |
| **DX062** | | | HTC One User Guide | HTC004154 | HTC004339 | |
| **DX063** | | | HTC One Verizon User Guide | HTC004529 | HTC004820 | |
| **DX064** | | | IR Remote Functional Specification for Sense 5.0, December 19, 2012 | HTC004821 | HTC004876 | CONF |
| **DX065** | | | HTC Gesture Remote, Sense 5.0, December 17, 2012 | HTC004891 | HTC004932 | CONF |
| **DX066** | | | MaxQ614 Datasheet, September 2012 | HTC011331 | HTC011358 | |
| **DX067** | | | M7 Schematics, July 13, 2012 | HTC016840 | HTC016853 | CONF |
| **DX068** | | | M7 Schematics, January 11, 2013 | HTC020813 | HTC020872 | CONF |
| **DX069** | | | M8 Schematics, January 17, 2014 | HTC024869 | HTC024933 | CONF |
| **DX070** | | | W8 Logic Specification, revised July 30, 2014 | HTC026864 | HTC026904 | CONF |
| **DX071** | | | W8 Schematics, July 30, 2014 | HTC027441 | HTC027506 | CONF |
| DX072 | | | Withdrawn | | | |
| DX073 | | | Withdrawn | | | |
| **DX074** | | | M9 VZW Feature Sheet, August 19, 2014 | HTC029080 | HTC029087 | CONF |
| **DX075** | | | M9 Schematics, January 16, 2015 | HTC037548 | HTC037599 | CONF |
| **DX076** | | | M9 Block Diagram, November 7, 2014 | HTC038817 | HTC038817 | CONF |
| **DX077** | | | Sense 5 Application Brief V1.3f, February 7, 2013 | HTC029830 | HTC030052 | CONF |
| **DX078** | | | M7 Merchandising Proposal, April 16, 2013 | HTC030269 | HTC030309 | CONF |
| **DX079** | | | HTC One - One Pager, May 22, 2013 | HTC030669 | HTC030670 | |
| DX080 | | | Withdrawn | | | |

| DX NO | DATE OFFERED | DATE ADMITTED | EXHIBIT DESCRIPTION | BEGINNING BATES NUMBER | ENDING BATES NUMBER | CONF |
|---|---|---|---|---|---|---|
| DX081 | | | Withdrawn | | | |
| **DX082** | | | HTC Brand Tracking Research United States Report – H1 2013 | HTC032361 | HTC032428 | CONF |
| DX083 | | | Withdrawn | | | |
| DX084 | | | Withdrawn | | | |
| DX085 | | | Withdrawn | | | |
| DX086 | | | Withdrawn | | | |
| **DX087** | | | M8 Training Deck – The all new HTC One (M8), March 3, 2014 | HTC034005 | HTC034081 | CONF |
| **DX088** | | | HTC One M8 – One Pager, March 4, 2014 | HTC034082 | HTC034083 | CONF |
| DX089 | | | Withdrawn | | | |
| DX090 | | | Withdrawn | | | |
| **DX091** | | | W8 Poster 22x28, August 13, 2014 | HTC035172 | HTC035172 | |
| **DX092** | | | HTC M9 v. G4 - One Pager, July 14, 2015 | HTC036655 | HTC036656 | |
| DX093 | | | Withdrawn | | | |
| **DX094** | | | Plaintiff Joe Andrew Salazar's Second Amended Responses and Objections to Defendant HTC Corporation's First Set of Interrogatories (Nos. 1-12), served September 7, 2017 | NONE | NONE | |
| **DX095** | | | Subpoena to Peel Technologies, Inc. with Exhibit A [Muthukumarasamy 1/8/18 Deposition, Exhibit 1] | NONE | NONE | |
| **DX096** | | | http://getpronto.com/en (reference in Blok report) | NONE | NONE | |
| **DX097** | | | HTC IR Component Costs | HTC038161 | HTC038161 | CONF |

Dated: May 4, 2018

Respectfully submitted by,

*/s/ Fred I. Williams*
Fred I. Williams
State Bar No. 00794855
fwilliams@velaw.com
Mario A. Apreotesi
State Bar No. 24080772
mapreotesi@velaw.com
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Tel:  512.542.8400
Fax: 512.542.8612

Todd E. Landis
State Bar No. 24030226
tlandis@velaw.com
Eric J. Klein
State Bar No. 24041258
eklein@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, Texas  75201
Tel:  214.220.7700
Fax: 214.220.7716

Parker Hancock
Georgia Bar No. 463690
phancock@velaw.com
VINSON & ELKINS LLP
1001 Fannin, Suite 2500
Houston, Texas  77002
Tel:  713.758.2222
Fax: 713.758.2346

Harry Lee Gillam, Jr.
State Bar No. 07921800
gil@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas  75670
Tel:  903.934.8450
Fax: 903.934.9257

*Counsel for Defendant HTC Corporation*

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served on May 4, 2018, with a copy of the foregoing document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

*/s/ Fred I. Williams*_____
Fred I. Williams