IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JOE ANDREW SALAZAR,<br><br>   Plaintiff,<br><br> v.<br><br>HTC CORPORATION,<br><br>   Defendant. | Civil Action No. 2:16-cv-01096-JRG-RSP<br><br>JURY TRIAL DEMANDED<br>**PATENT CASE** |

## THIRD SUPPLEMENT TO THE PARTIES PROPOSED JOINT FINAL PRETRIAL ORDER

Defendant HTC Corporation ("HTC Corp.") files the following updated exhibits to the Joint Proposed Final Pretrial Order (Dkt. 219):

Ex. B – HTC Corporation's Updated Trial Witness List

Ex. F – Salazar's Updated Deposition Designations and HTC Corporation's Objections and Counter Deposition Designations.

Dated: May 4, 2018                                          Respectfully submitted by,


*/s/ Fred I. Williams*
Fred I. Williams
State Bar No. 00794855
fwilliams@velaw.com
Mario A. Apreotesi
State Bar No. 24080772
mapreotesi@velaw.com
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Tel: 512.542.8400
Fax: 512.542.8612

Todd E. Landis
State Bar No. 24030226
tlandis@velaw.com
Eric J. Klein
State Bar No. 24041258
eklein@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel: 214.220.7700
Fax: 214.220.7716

Parker Hancock
Georgia Bar No. 463690
phancock@velaw.com
VINSON & ELKINS LLP
1001 Fannin, Suite 2500
Houston, Texas 77002
Tel: 713.758.2222
Fax: 713.758.2346

>Harry Lee Gillam, Jr.
>State Bar No. 07921800
>gil@gillamsmithlaw.com
>GILLAM & SMITH, LLP
>303 South Washington Avenue
>Marshall, Texas   75670
>Tel:  903.934.8450
>Fax: 903.934.9257
>
>*Counsel for Defendant HTC Corporation*

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have deemed to have consented to electronic service are being served on May 4, 2018, with a copy of the foregoing document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

>*/s/ Fred I. Williams*_____
>Fred I. Williams