# EXHIBIT B

## HTC CORPORATION'S UPDATED TRIAL WITNESS LIST

Defendant HTC Corporation ("Defendant") hereby submits its updated trial witness list under Federal Rule of Civil Procedure 26(a)(3)(A) and the Eighth Amended Docket Control Order (D.I. 212). Defendant makes no representation that each of the witnesses in this identification will ultimately be able to attend the trial.  Defendant does not know the precise nature or scope of the testimony and evidence that Plaintiff may seek to present at trial or which witnesses will be available to testify at trial.  As such, Defendant reserves the right to modify, amend or supplement this identification throughout the balance of this case based on case developments, including but not limited to the right to (1) not call certain of the listed witnesses, (2) call live or by deposition as its witness at trial any witnesses necessary to authenticate or lay the foundation for the introduction of documents to which Plaintiff objects (including but not limited to custodians of records or authors of prior art).  Defendant also reserves the right to supplement or modify this rebuttal in response to rulings by the Court (including on any motions).  Defendant identifies herein individuals who may be listed on Plaintiff's witness list without prejudice to Defendant's right to object to Plaintiff's presentation of those witnesses at trial, to the admissibility of all or part of those witnesses' testimony, or Defendant's right to move for the exclusion of those witnesses' testimony.  Subject to the foregoing, Defendant identifies the following witnesses for trial at this time:

1

## I.     HTC'S WITNESSES

|  |  | DESIGNATION | | |
|---|---|---|---|---|
| | WITNESS | WILL CALL | MAY CALL | MAY, BUT PROBABLY WILL NOT CALL |
| 1. | Andrew Wolfe | X (live) | | |
| 2. | Christopher Bakewell | X (live) | | |
| 3. | Nigel Newby-House, HTC Corp. Representative | X (live) | | |
| 4. | Hsiu Fen Lai | | X (live) | |
| 5. | Tung Shan Wei | | X (live) | |
| 6. | Ho Chia Chu | | X (live) | |

## II.     SALAZAR'S WITNESSES

|  |  | DESIGNATION | | |
|---|---|---|---|---|
| | WITNESS | WILL CALL | MAY CALL | MAY, BUT PROBABLY WILL NOT CALL |
| 7. | Joe Andrew Salazar | | X (live or via deposition) | |
| 8. | Any witnesses properly identified by Plaintiff on its witness list | | X (live or via deposition) | |

III.     **THIRD-PARTY WITNESSES**

| | | DESIGNATION | | |
|---|---|---|---|---|
| | **WITNESS** | **WILL CALL** | **MAY CALL** | **MAY, BUT PROBABLY WILL NOT CALL** |
| 9. | Robert L. Meyers | | X (via deposition) | |
| 10. | Sivasubramanian Muthukumarasamy | | X (via deposition) | |