**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| JOE ANDREW SALAZAR | § | |
| | § | |
| v. | § | Case No. 2:16-cv-1096- JRG-RSP |
| | § | |
| HTC CORPORATION | § | |

**MINUTES FOR JURY SELECTION – JURY TRIAL DAY ONE
HELD BEFORE U. S. DISTRICT JUDGE, RODNEY GILSTRAP
May 7, 2018**

**OPEN: 9:21 a.m.**                                                              **ADJOURN: 6:33 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Ashbey Morgan<br>Michael Paul<br>Patrick Holvey |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 9:21 a.m. | Court opened. Counsel announced ready for hearing. |
| 9:30 a.m. | Juror panel answered nine questions. |
| 10:05 a.m. | Mr. Tindel conducted voir dire examination on behalf of Plaintiff. |
| 10:36 a.m. | Mr. Gillam conducted voir dire examination on behalf of Defendant. |
| 11:04 a.m. | Bench conference. |
| 11:06 a.m. | Recess – attorneys to exercise strikes. |
| 11:50 a.m. | Jury seated and sworn. Court's preliminary instructions to the Jury. |
| 12:15 p.m. | Lunch recess. |
| 1:10 p.m. | Court reconvened. |
| 1:12 p.m. | Jury returned to the courtroom. |
| 1:53 p.m. | Opening statement by Mr. Tindel on behalf of Plaintiff. |
| 2:25 p.m. | Opening statement by Mr. Williams on behalf of Defendant. |
| 2:53 p.m. | Rule invoked as to fact witnesses. |
| 2:55 p.m. | Recess. |
| 3:12 p.m. | Court reconvened. |
| 3:13 p.m. | Direct examination of Joe Andrew Salazar by Mr. Keyhani. |

| TIME | MINUTES |
|---|---|
| 3:48 p.m. | Bench conference. |
| 3:49 p.m. | Direct examination of Joe Andrew Salazar by Mr. Keyhani. |
| 4:28 p.m. | Bench conference. |
| 4:29 p.m. | Direct examination of Joe Andrew Salazar by Mr. Keyhani. |
| 4:30 p.m. | Bench conference. |
| 4:30 p.m. | Direct examination of Joe Andrew Salazar by Mr. Keyhani. |
| 4:38 p.m. | Recess. |
| 4:54 p.m. | Court reconvened. Cross examination of Joe Andrew Salazar by Mr. Gillam. |
| 5:15 p.m. | Bench conference. |
| 5:21 p.m. | Cross examination of Joe Andrew Salazar by Mr. Gillam. |
| 5:27 p.m. | Redirect examination of Joe Andrew Salazar by Mr. Keyhani. |
| 5:37 p.m. | Recross examination of Joe Andrew Salazar by Mr. Gillam. |
| 5:39 p.m. | Redirect examination of Joe Andrew Salazar by Mr. Keyhani. |
| 5:41 p.m. | Recross examination of Joe Andrew Salazar by Mr. Gillam. |
| 5:42 p.m. | Parties passed the witness.   Bench conference. |
| 5:44 p.m. | Direct examination of Roy A. Griffin by Mr. Keyhani. |
| 6:09 p.m. | Bench conference. |
| 6:10 p.m. | Direct examination of Roy A. Griffin by Mr. Keyhani. |
| 6:11 p.m. | Jury excused. |
| 6:12 p.m. | Hearing outside the presence of the Jury.   Recess. |
| 6:31 p.m. | Court reconvened. Hearing outside the presence of the Jury. |
| 6:33 p.m. | Court adjourned. |