# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| JOE ANDREW SALAZAR, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> HTC CORPORATION, § <br> § <br> Defendant. § | <br><br><br><br><br>Case No. 2:16-cv-01096-JRG-RSP<br><br>Jury Trial Demanded |

## PLAINTIFF'S FINAL TRIAL EXHIBIT LIST

| PRESIDING JUDGE <br> Hon. Rodney Gilstrap | PLAINTIFF'S ATTORNEYS <br> Dariush Keyhani <br> Andy Tindel <br> Frances Stephenson <br> Blake Thompson | DEFENDANT'S ATTORNEYS <br> Fred Williams <br> Mario Apreotesi <br> Todd Landis <br> Gil Gillam |
|---|---|---|
| TRIAL DATE(S) <br> May 7-10, 2018 | COURT REPORTER <br> Shelly Holmes | COURTROOM DEPUTY <br> Jan Lockhart |

| PLF NO. | DATE OFFERED | DATE ADMITTED | EXHIBIT DESCRIPTION | BATES NUMBER |
|---|---|---|---|---|
| 1 | | 05/07/18 | U.S. Patent No. 5,802,467 | SALAZAR 496 - SALAZAR 521 |
| 2 | | | The prosecution history of the application that resulted in the '467 Patent | SALAZAR 1 - SALAZAR 559 |
| 3 | | 05/10/18 | Notice of Allowability re the patent application for the '467 (February 17, 1998) (part of the prosecution history of the '467 patent) | SALAZAR 287 - SALAZAR 292 |
| 4 | | 05/10/18 | Election/Restriction re application for the '467 Patent (April 27, 1997) (part of the application of the '467 Patent) | SALAZAR 293 - SALAZAR 295 |

1

| | | | | |
|---|---|---|---|---|
| 5 | | | Contract between Joe Andrew Salazar and Luis Molero Castro | SALAZAR 596 - SALAZAR 598 |
| 6 | | | Schematic Diagrams | SALAZAR 845 - SALAZAR 847 |
| 7 | | | Bill of Materials | SALAZAR 848 - SALAZAR 851 |
| 8 | | 05/07/18 | Asset Assignment and Debt Satisfaction Agreement between Innovative Intelcom Industries and Joe Andrew Salazar | SALAZAR 559 |
| 12 | | | HTC Corporation's Responses to Salazar's First Set of Interrogatories (No. 1-10) dated June 7, 2017 | NONE |
| 13 | | | HTC Corporation's Responses to Salazar's Second Set of Interrogatories (No. 11-23) dated November 2, 2017 | NONE |
| 14 | | | HTC Corporation's First Amended/Supplemental Responses to Salazar's First Set of Interrogatories (No. 1-10) dated November 27, 2017 | NONE |
| 15 | | | HTC Corporation's Amended/Supplemental Responses to Salazar's Second Set of Interrogatories (No. 11-23) dated November 27, 2017 | NONE |
| 16 | | | HTC Corporation's Responses to Salazar's Third Set of Interrogatories dated December 12, 2017 | NONE |
| 17 | | 05/08/18 | HTC Spreadsheet | HTC036724 |
| 18.a | | 05/09/18 | HTC Corporation's Master Purchase Agreement with AT&T Mobility with all amendments | HTC038818 - HTC039032 |
| 18.b | | 05/09/18 | HTC Corporation's Equipment Addendum with T-Mobile | HTC039033 - HTC039061 |
| 19 | | 05/09/18 | HTC Corporation Master Purchase Agreement with Verizon Wireless with all amendments | HTC039062 - HTC039139 |
| 20 | | 05/09/18 | Distribution Agreement between HTC Corporation and HTC America, Inc. | HTC037528 - HTC037547 |
| 31 | | 05/08/18 | 2013 HTC Annual Report (reference in Blok report) | HTC037706 - HTC037867 |
| 81 | | | https://www.eia.gov/todayinenergy/detail.php?id=30132 (reference in Blok report) | NONE |
| 92 | | | http://getpronto.com/en (reference in Blok report) | NONE |

2

| 105 | | | https://www.bloomberg.com/gadfly/articles/2016-08-22/apple-and-samsung-still-dominate-where-it-mattersprofits (reference in Blok report) | NONE |
|---|---|---|---|---|
| 107 | | 05/08/18 | https://www.mymobilenation.com/_media/images/support_library/HTC%20One%20Key%20Features.pdf (reference in Blok report) | NONE |
| 108 | | | Sense 5 Application Brief 2/7/13 (reference in Blok report) | HTC029830 - HTC030052 |
| 109 | | | HTC One Global Keynote Speaker Notes 9/6/17 (reference in Blok report) | HTC031829 - HTC031885 |
| 113 | | | HTC One (M8) Training Deck (reference in Blok report) | HTC034005 - HTC034081 |
| 131 | | | http://www.htc.com/us/smartphones/htc-one-m7/ (reference in Griffin report) | NONE |
| 134.c | | | HTC024869; HTC026869; HTC027441; HTC027753<br>Block Diagram | HTC027441, HTC027453 |
| 143.c | | | HTC027756; HTC027773 : HTC027774; HTC029084 (references in Griffin report)<br>HTC Corporation Feature Sheet | HTC029080 - HTC029087 |
| 148 | | | Https://www.att.com/support_static_files/manuals/HTC_One.pdf (reference in Griffin report) | NONE |
| 161.a | | | HTC004821 : HTC004932<br>IR Remote, Sense 5, (Android) Functional Specification (references in Griffin report) | HTC004821 - HTC004876 |
| 161.b | | | HTC004821 : HTC004932<br>TV Sense 5+, Approved Wireframes (references in Griffin report) | HTC004877 - HTC004890 |
| 161.c | | | HTC004821 : HTC004932<br>HTC Gesture Remote, Sense 5 (references in Griffin report) | HTC004891 - HTC004932 |
| 163 | | | https://www.htcdev.com/devcenter/opensense-sdk/htc-ir-api (reference in Griffin report) | NONE |
| 175 | | 05/09/18 | HTC016841<br>Schematic (reference in Griffin report) | HTC016840 - HTC016853 |
| 186 | | | HTC020813, HTC020867, HTC020816<br>Schematic (references in Griffin report) | HTC020813 - HTC020872 |
| 246 | | | HTC One M7 User Guide (reference to Endnote 35 in Griffin report) | NONE |
| 247 | | | HTC One M8 User Guide (reference to Endnote 37 in Griffin report) | NONE |
| 248 | | | Audio/Video Remote Control Profile (reference to Endnote 131 in Griffin report) | NONE |

| 249 |  | 05/07/18 | Photo of Hughes Remote Phone |  |
|---|---|---|---|---|
| 250 |  |  | Photo of Hughes Remote Phone |  |
| 251 |  | 05/07/18 | Photo of 650D My One Remote |  |
| 252 |  |  | Photo of My1Remote |  |
| 253 |  |  | Photos of Hughes Remote Phone, 650D My One Remote and My1Remote |  |
| 254 |  |  | Photos of 650D My One Remote, Hughes Remote Phone and My1Remote |  |
| 255 |  |  | Photos of My1Remote packaging |  |
| 256 |  |  | Photos of Hughes Remote Phone packaging |  |
| 257 |  |  | Photos of Hughes Remote Phone |  |
| 258 |  |  | Photo of 650D My One Remote |  |
| 259 |  | 05/07/18 | Photos of 650D My One Remote |  |
| 260 |  |  | Hughes Remote Phone |  |
| 261 |  |  | 650D My One Remote |  |
| 262 |  |  | My1 Remote |  |