# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| JOE ANDREW SALAZAR,<br><br>        Plaintiff,<br><br>v.<br><br>HTC CORPORATION,<br><br>        Defendant. | Civil Action No. 2:16-cv-01096-JRG-RSP<br><br>JURY TRIAL DEMANDED<br>**PATENT CASE** |

**DEFENDANT HTC CORPORATION'S FINAL LIST OF ADMITTED TRIAL EXHIBITS**

| **PRESIDING JUDGE:**<br>The Honorable Judge Gilstrap | **PLAINTIFF'S ATTORNEYS:**<br>Dariush Keyhani<br>Andy Tindel<br>Mark Mann<br>Blake Thompson | **DEFENDANT'S ATTORNEYS:**<br>Fred Williams<br>Todd Landis<br>Gil Gillam<br>Mario Apreotesi |
|---|---|---|
| **TRIAL DATE:**<br>MAY 7, 2018 | **COURT REPORTER:**<br>Shelly Holmes | **COURTROOM DEPUTY:**<br>Jan Lockhart |

| DX NO | DATE OFFERED | DATE ADMITTED | EXHIBIT DESCRIPTION | BEGINNING BATES NUMBER | ENDING BATES NUMBER | CONF |
|---|---|---|---|---|---|---|
| **DX005** | 05/09/18 | 05/10/18 | U.S. Patent No. 5,410,326 ("Goldstein") | HTC026246 | HTC026290 | |
| **DX020** | 05/07/18 | 05/08/18 | Asset Assignment and Debt Satisfaction Agreement Between Innovative Intelcom Industries and Salazar dated December 14, 2006 [Salazar depo Ex. 9] | SALAZAR-CONFIDENTIAL- 559 | SALAZAR-CONFIDENTIAL- 559 | CONF |
| **DX025** | 05/08/19 | 05/09/18 | U.S. Patent No. 5,802,467 | Legible copy of SALAZAR- 496 | Legible copy of SALAZAR- 521 | |
| **DX035** | 08/09/10 | 08/10/18 | International Distributor Agreement [Lai depo Ex 2] | HTC037528 | HTC037547 | CONF |
| **DX036** | 08/09/10 | 08/10/18 | HTC America, Inc. Invoice, July 17, 2013 [Lai depo Ex 2] | HTC037608 | HTC037608 | CONF |
| **DX037** | 08/09/10 | 08/10/18 | HTC America, Inc. Invoice, August 16, 2014 [Lai depo Ex 2] | HTC037609 | HTC037609 | CONF |
| **DX038** | 08/09/10 | 08/10/18 | HTC America, Inc. Invoice, March 21, 2014 [Lai depo Ex 2] | HTC037610 | HTC037610 | CONF |
| **DX039** | 08/09/10 | 08/10/18 | HTC America, Inc. Invoice, April 3, 2015 [Lai depo Ex 2] | HTC037611 | HTC037611 | CONF |
| **DX040** | 08/09/10 | 08/10/18 | HTC America, Inc. Invoice, March 28, 2013 [Lai depo Ex 2] | HTC037612 | HTC037612 | CONF |
| **DX041** | 08/09/10 | 08/10/18 | HTC America, Inc. Invoice, March 30, 2013 [Lai depo Ex 2] | HTC037613 | HTC037613 | CONF |
| **DX051** | 05/09/18 | 05/10/18 | Master Purchase Agreement (MPA) between Sprint and HTC Corp., May 19, 2008 | HTC038162 | HTC038278 | CONF |
| **DX057** | 05/09/18 | 05/10/18 | HTC One (M9) User Guide | HTC001873 | HTC002081 | |
| **DX066** | 05/09/18 | 05/10/18 | MaxQ614 Datasheet, September 2012 | HTC011331 | HTC011358 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **DX067** | 05/09/10 | 05/10/18 | M7 Schematics, July 13, 2012 | HTC016840 | HTC016853 | CONF |
| **DX068** | 05/08/19 | 05/09/18 | M7 Schematics, January 11, 2013 | HTC020813 | HTC020872 | CONF |
| **DX071** | 05/09/18 | 05/10/18 | W8 Schematics, July 30, 2014 | HTC027441 | HTC027506 | CONF |
| **DX076** | 05/09/18 | 05/10/18 | M9 Block Diagram, November 7, 2014 | HTC038817 | HTC038817 | CONF |
| **DX079** | 05/08/18 | 05/09/18 | HTC One - One Pager, May 22, 2013 | HTC030669 | HTC030670 | |
| **DX087** | 05/09/18 | 05/10/18 | M8 Training Deck – The all new HTC One (M8), March 3, 2014 | HTC034005 | HTC034081 | CONF |
| **DX092** | 08/09/10 | 08/10/18 | HTC M9 v. G4 - One Pager, July 14, 2015 | HTC036655 | HTC036656 | |
| **DX094** | 05/07/18 | 05/08/18 | Plaintiff Joe Andrew Salazar's Second Amended Responses and Objections to Defendant HTC Corporation's First Set of Interrogatories (Nos. 1-12), served September 7, 2017 | NONE | NONE | |
| **DX096** | 05/08/18 | 05/09/18 | http://getpronto.com/en (reference in Blok report) | NONE | NONE | |
| **DX098** | 05/09/18 | 05/09/18 | Settlement Agreement Between Mozly Tech and HTC America, Inc. | HTC036774 | HTC036787 | CONF |

Dated: May 10, 2018                                 Respectfully submitted by,

/s/ *Fred I. Williams*
Fred I. Williams
State Bar No. 00794855
fwilliams@velaw.com
Mario A. Apreotesi
State Bar No. 24080772
mapreotesi@velaw.com
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Tel:  512.542.8400
Fax: 512.542.8612

Todd E. Landis
State Bar No. 24030226
tlandis@velaw.com
Eric J. Klein
State Bar No. 24041258
eklein@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, Texas  75201
Tel:  214.220.7700
Fax: 214.220.7716

Parker Hancock
Georgia Bar No. 463690
phancock@velaw.com
VINSON & ELKINS LLP
1001 Fannin, Suite 2500
Houston, Texas  77002
Tel:  713.758.2222
Fax: 713.758.2346

Harry Lee Gillam, Jr.
State Bar No. 07921800
gil@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas   75670
Tel:  903.934.8450
Fax: 903.934.9257

*Counsel for Defendant HTC Corporation*

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served on May 10, 2018, with a copy of the foregoing document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

*/s/ Fred I. Williams*_____
Fred I. Williams