**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| JOE ANDREW SALAZAR, | § | |
| | § | |
| Plaintiff, | § | **CIVIL ACTION NO. 2:16-CV-01096-JRG** |
| | § | |
| v. | § | |
| | § | |
| HTC CORPORATION, | § | |
| | § | |
| Defendant. | § | |
| | § | |

# FINAL JUDGMENT

A jury trial commenced in this case on May 7, 2018. On May 11, 2018, the jury returned a unanimous verdict (Dkt. No. 272) finding no infringement.

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the jury's verdict and the entirety of the record available to the Court, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. Defendant HTC Corporation ("Defendant" or "HTC Corporation") has not infringed claims 1-7, 27-30, and 34 of U.S. Patent No. 5,802,467 through the use, sale, or offer for sale in the United States, or the import into the United States, of the HTC One M7, HTC One M8, and HTC One M9.

2. Pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1920, Defendant is the prevailing party, and as the prevailing party, Defendant shall recover its costs from Plaintiff. Defendant is directed to file its proposed Bill of Costs.

2

Any and all pending motions as between Plaintiff Joe Andrew Salazar and Defendant HTC Corporation in this case that have not previously been addressed by the Court are hereby **DENIED AS MOOT**.

The Clerk is directed to **CLOSE** the above referenced case.

**So ORDERED and SIGNED this 18th day of May, 2018.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE