**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| JOE ANDREW SALAZAR, § § | |
| Plaintiff, § | **CIVIL ACTION NO. 2:16-CV-01096-JRG** |
| § | |
| v. § | |
| § | |
| HTC CORPORATION, § § | |
| Defendant. § § | |

**POST-VERDICT DOCKET CONTROL ORDER**

In light of the jury verdict rendered in this case (Dkt. No. 272), the Court's concurrent Entry of Final Judgment, and the Court's inherent power to control its own docket, it is hereby

**ORDERED** that the following schedule of deadlines is in effect until further order of this Court:

| July 2, 2018 | Deadline for Post-Trial Mediation |
|---|---|
| June 25, 2018 | *Deadline to move for attorney fees under § 285 or any other post-verdict motion.<br><br>The Parties should indicate in their briefing whether, in the Parties' view, a hearing on these motions is necessary. Additionally, these motions and any responses shall comply with the page limits provided in Local Rule 7(c). |
| May 11, 2018 | Date of Jury Verdict |

(*) indicates a deadline that cannot be changed without showing good cause. Good cause is not shown merely by indicating that the parties agree that the deadline should be changed.

**ADDITIONAL REQUIREMENTS**

**Motions for Judgment as a Matter of Law and Motions for New Trial:** Unless an alternative briefing schedule is suggested by the Parties and approved by the Court, the default deadlines for such motions as outlined in the Federal Rules of Civil Procedure shall apply. *See* Fed. R. Civ. Pro. 50, 54, and 59.

**Amendments to the Docket Control Order ("DCO")**: Any motion to alter any date on this Post-Verdict DCO shall take the form of a motion to amend the DCO. The motion to amend

the DCO shall include a proposed order that lists all of the remaining dates in one column (as above) and the proposed changes to each date in an additional adjacent column (if there is no change for a date the proposed date column should remain blank or indicate that it is unchanged). In other words, the DCO in the proposed order should be complete such that one can clearly see all the remaining deadlines and the changes, if any, to those deadlines, rather than needing to also refer to an earlier version of the DCO.

**So ORDERED and SIGNED this 18th day of May, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE