# APPENDIX A

## HTC CORPORATION'S ITEMIZATION OF COSTS

| INVOICE DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **SECTION 1: Fees of the Clerk** | | |
| | **SECTION 1 TOTAL:** | **$0.00** |
| **SECTION 2: Fees for Service of Summons and Subpoena** | | |
| | **SECTION 2 TOTAL:** | **$0.00** |
| **SECTION 3: Fees for Printed or Electronically Recorded Transcripts Necessarily Obtained for Use in the Case** | | |
| A. Deposition Transcripts | | |
| 2/22/2018 Justin R. Blok (CSI) | Original and Certified Copy of Transcript | $709.50 |
| | Court Reporter's Appearance Fee | $100.00 |
| 2/14/2018 Justin R. Blok (CSI) | Videographer's Fees | $625.00 |
| 2/28/2018 Oded Gottesman (CSI) | Original and Certified Copy of Transcript | $621.30 |
| | Court Reporter's Appearance Fee | $100.00 |
| | Videographer's Fee | $500.00 |
| 1/31/2018 Roy Griffin – Vol. 1 (CSI) | Original and Certified Copy of Transcript | $1,092.20 |
| | Court Reporter's Appearance Fee | $100.00 |
| | Court Reporter's Appearance Fee - After 5:30 pm | $150.00 |
| 2/16/2018 Roy Griffin – Vol. 1 (CSI) | Videographer's Fee | $1,662.50 |
| 2/21/2018 Roy Griffin – Vol. 2 (CSI) | Original and Certified Copy of Transcript | $464.40 |
| | Court Reporter's Appearance Fee | $50.00 |
| | Videographer's Fee | $562.50 |
| 12/29/2017 Chia Chu Ho – Vol. 1 (Planet Depos) | Copy of Transcript | $533.33 |
| 4/2/2018 Chia Chu Ho – Vol. 2 + Tung Shan Wei (Veritext) | Copy of Transcript | $563.45 |
| 12/29/2017 Hsiu Fen Lai (Planet Depos) | Copy of Transcript | $533.33 |
| 1/22/2018 Robert L. Meyers (CSI) | Original and Certified Copy of Transcript | $272.00 |
| | Court Reporter's Appearance Fee | $50.00 |

1

| INVOICE DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1/25/2018 Sivasubramanian Muthukumarasamy (CSI) | Original and Certified Copy of Transcript | $399.30 |
|  | Court Reporter's Appearance Fee | $50.00 |
| 2/1/2018 Sivasubramanian Muthukumarasamy (CSI) | Videographer's Fee | $375.00 |
| 4/30/2018 Nigel Newby-House (Aptus) | Copy of Transcript | $1,632.39 |
| 1/22/2018 Joe Andrew Salazar (CSI) | Original and Certified Copy of Transcript | $668.00 |
| 12/29/2017 Tung Shan Wei (Planet Depos) | Copy of Transcript | $533.33 |
| 2/26/2018 Dr. Andrew Wolfe (Planet Depos) | Copy of Transcript | $2,646.00 |
|  | Section 3.A. Subtotal | $14,993.53 |
| B. Hearing Transcripts | | |
| 12/2/2017 (Tammy Goolsby) | Court Reporter Fee for Transcript of Claim Construction Hearing | $122.85 |
| 2/18/2018 (Tammy Goolsby) | Court Reporter Fee for Transcript of Motions Hearing | $460.35 |
| 4/18/2018 (Shelly Holmes) | Court Reporter Fee for Transcripts of Pretrial Hearings on 4/16/18 and 5/4/2018 | $1,540.35 |
|  | Section 3.B. Subtotal | $2,123.55 |
| C. Trial Transcripts | | |
| 4/23/2018 (Shelly Holmes) | Court Reporter Fee for Daily Trial Transcripts | $10,000.00 |
| 5/22/2018 (Shelly Holmes) | Court Reporter Fee for Daily Trial Transcripts | $781.10 |
|  | Section 3.C. Subtotal | $10,781.00 |
|  | **SECTION 3 TOTAL:** | **$27,898.08** |
| **SECTION 4: Fees for Disbursements and Printing** | | |
|  | **SECTION 4 TOTAL:** | **$0.00** |

| SECTION 5: Fees for Witnesses | | |
|---|---|---|
| A. Witness Deposition Attendance | | |
| 12/1/2017 | Chia Chu Ho: attendance - 1 day @ $40/day | $40.00 |
| 3/29/2018 | Chia Chu Ho: attendance - 1 day @ $40/day | $40.00 |
| 12/1/2017 | Hsiu Fen Lai: attendance - 1 day @ $40/day | $40.00 |
| 3/29/2018 | Chih Chung Wu: attendance - 1 day @ $40/day | $40.00 |
| 4/30/2018 | Nigel Newby-House: attendance - 1 day @ $40/day | $40.00 |
| 3/22/2018 | Vincent Lam: attendance - 1 day @ $40/day | $40.00 |
| 12/1/2017 | Tung Shan Wei: attendance - 1 day @ $40/day | $40.00 |
| 1/31/2018 | Dr. Andrew Wolfe: attendance - 1 day @ $40/day | $40.00 |
| 12/22/2017 | Sivasubramanian Muthukumarasamy - Witness Fee | $48.00 |
| | Section 5.A Subtotal | $368.00 |
| B. Witness Trial Attendance | | |
| 5/7/2018 | Nigel Newby-House: attendance – 2 trial days @ $40/day | $80.00 |
| 5/7/2018 | Dr. Andrew Wolfe: attendance – 4 trial + 2 travel days @ $40/day | $240.00 |
| 5/7/2018 | Christopher Bakewell: attendance – 3 trial + 2 travel days @ $40/day | $200.00 |
| | Section 5.B. Subtotal | $520.00 |
| C. Witness Actual Expenses at Trial | | |
| Christopher Bakewell | Lodging | $481.78 |
| | Transportation – Car Rental | $368.58 |
| | Transportation – Fuel | $32.69 |
| | Meals - 5 days @ $85.29/day | $426.45 |
| Nigel Newby-House | Lodging – 2 days | $243.98 |
| | Meals – 2 days @ $85.29/day | $170.58 |
| Dr. Andrew Wolfe | Lodging | $822.64 |
| | Transportation - Airfare | $1,087.40 |
| | Transportation – Car Rental | $324.01 |
| | Transportation – Airport Parking | $154.00 |
| | Meals - 5 days @ $85.29/day | $426.45 |
| | Section 5.C. Subtotal | $4,538.56 |
| | **SECTION 5 TOTAL:** | **$5,426.56** |
| **SECTION 6: Fees for Exemplification and the Costs of Making Copies of Any Materials Where the Copies are Necessarily Obtained for Use in the Case** | | |
| A. Document Production Conversion Fees | | |
| 6/30/2017 (Inventus) | TIFF file delivery for 14.2 GB | $4,970.00 |

3

| 7/31/2017 (Inventus) | TIFF file delivery for 3.39 GB | $1,186.50 |
|---|---|---|
| | Section 6.A. Subtotal | $6,156.50 |
| B. Fees for Preparation of Trial Exhibits | | |
| 3/31/2018 (Rainmaker) | Tier 1 File Conversion | $336.90 |
| | Custom Exhibit Branding | $169.75 |
| | E-Label – per each exhibit with exhibit number | $224.06 |
| | OCR for Searchable PDF | $168.45 |
| | Export to PDF files and FTP link | $25.00 |
| | Section 6.B. Subtotal | $924.16 |
| | **SECTION 6 TOTAL:** | **$7,080.66** |
| **SECTION 7: Docket Fees Under 28 U.S.C. 1923** | | |
| | **SECTION 7 TOTAL:** | **$0.00** |
| **SECTION 8: Costs as Shown On Mandate of Court of Appeals** | | |
| | **SECTION 8 TOTAL:** | **$0.00** |
| **SECTION 9: Costs of Court-Appointed Experts** | | |
| | **SECTION 9 TOTAL:** | **$0.00** |
| **SECTION 10: Compensation of Interpreters and Costs of Special Interpretation Services Under 28 U.S.C. 1828** | | |
| | **SECTION 10 TOTAL:** | **$0.00** |
| **SECTION 11: Other Costs** | | |
| | **SECTION 11 TOTAL:** | **$0.00** |
| | **TOTAL BILL OF COSTS:** | **$40,405.30** |